FILED

2003 OCT 14 P 2:49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br> )<br> )<br> )<br> )<br> )<br>v. )<br> )<br>RALPH BELLO; VERA BELLO; VERA )<br>BELLO ASSOCIATES LIMITED )<br>PARTNERSHIP; REAL PROPERTY )<br>ADDRESSED AT 16-20 ELM, WEST HAVEN, )<br>CONNECTICUT; and THE TORRINGTON )<br>COMPANY, )<br>    Defendant. ) | CIVIL ACTION NO.: 3:01 CV 1568(SRU)<br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 10, 2003 |

APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

THE TORRINGTON COMPANY

October 10, 2003
Date

_____
Signature

Scott N. Koschwitz
Print clearly or type name

ct23684
Federal Bar Number

340548                                  1

<u>Updike, Kelly & Spellacy, P.C.</u>
Firm Name

<u>One Century Tower</u>
<u>265 Church Street</u>
<u>New Haven, Connecticut 06510</u>
Address

<u>203-786-8315</u>
Telephone

340548

2

## CERTIFICATION

A copy of the foregoing has been mailed by first class mail, postage prepaid, this 10th day of October, 2003, to:

John B. Hughes, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, Connecticut 06510

Catherine Adams Fiske, Esq.
U.S. Dept. of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA 02458

Ikechukwu Umeugo
Umeugo & Associates, P.C.
840 Orange Avenue
West Haven, Connecticut 06516

Lawrence W. Puckett
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Catherine R. McCabe, Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

By: _____
SCOTT N. KOSCHWITZ, ESQ.
Updike, Kelly & Spellacy, P.C.

340548

3