UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff | : | |
| V. | : | |
| | : | CIVIL NO. 3:01 CV (1568) SRU |
| RALPH BELLO; VERA BELLO; VERA | : | |
| ASSOCIATES LIMITED PARTNERSHIP; | : | |
| REAL PROPERTY ADDRESSED AT 16- | : | |
| 20 ELM STREET, WEST HAVEN, | : | |
| CONNECTICUT; and THE | : | |
| TORRINGTON COMPANY, | : | |
|     Defendants | : | |
| | : | |
| V. | : | |
| | : | |
| DETROIT STEEL CORPORATION; | : | |
| INDUSTRIAL ENVIRONMENTAL | : | |
| SERVICES, INC.; PRATT & WHITNEY; | : | |
| WESTERN SAND & GRAVEL; | : | OCTOBER 22, 2003 |
| CARPENTER TECHNOLOGY CORP.; | : | |
| MRM INDUSTRIES, INC.; | : | |
| ARMSTRONG RUBBER CO.; and | : | |
| BRIDGEPORT BRASS CO., | : | |
|     Third-Party Defendants. | : | |

## APPEARANCE

Please enter the appearance of Eric Lukingbeal, of Robinson & Cole LLP, on

behalf of the Pratt & Whitney, third-party defendant in the above captioned matter.

THIRD-PARTY DEFENDANT,
PRATT & WHITNEY


By

Eric Lukingbeal
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Federal Bar No.: ct05965
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: elukingbeal@rc.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, on October 22, 2003,

postage prepaid, to:

John B. Hughes, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

Catherine Adams Fiske, Esq.
U.S. Dept. of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA 02458

Ikechukwu Umeugo
Umeugo & Associates, P.C.
840 Orange Avenue
West Haven, CT 06516

Lawrence W. Puckett
Environmental Enforcement Section
Environmental and Natural Resources
Division
U.S. Dept. of Justice
P.O. Box 7611
Washington, DC 20044-7611

Catherine R. McCabe, Deputy Chief
Environmental Enforcement Section
Environmental and Natural Resources
Division
U.S. Dept. of Justice
P.O. Box 7611
Washington, DC 20044-7611

Detroit Steel Corp.
650 Washington Road
Pittsburgh, PA 15228

Industrial Environmental Services, Inc.
785 Middle Street
Bristol, CT 06010

Western Sand & Gravel, Inc.
368 Douglas Turnpike
Harrisville, RI 02830

Carpenter Technology
1047 North Park Road
Wyomissing, PA 19610

MRM Industries, Inc.
c/o Fred A. Hitt, Esq.
350 South Main Street
Cheshire, CT 06410

- 3 -

Armstrong Rubber Co.
500 Sargent Drive
P.O. Box 2001
New Haven, CT  06604

Bridgeport Brass Co.
30 Grand Street
Bridgeport, CT  06604

Eric Lukingbeal