#28

FILED

## UNITED STATES DISTRICT COURT 2003 OCT 16  P 12: 42
## DISTRICT OF CONNECTICUT

U.S.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:01 CV 1568 (SRU) JF |
| | : | |
| V. | : | |
| | : | |
| | : | |
| RALPH BELLO; VERA BELLO; VERA | : | |
| ASSOCIATES LIMITED PARTNERSHIP; | : | |
| REAL PROPERTY ADDRESSED AT | : | |
| 16-20 ELM STREET, WEST HAVEN, | | |
| CONNECTICUT; and THE | | |
| TORRINGTON COMPANY, | : | |
| Defendants | : | OCTOBER 14, 2003 |

### MOTION FOR EXTENTION OF TIME

Pursuant to Connecticut Practice Book the defendants, Ralph Bello et al, hereby

moves for a thirty (30) day extension of time, from October 20, 2003 up to and including

November 20, 2003, within which to respond to plaintiff's Motion to Dismiss.  The

defendants require the additional time to properly address and respond to the plaintiff's

Motion to Dismiss.  The defendant, Torrington Company through its Counsel Attorney David

Monz has consented to an extension of time.

THE DEFENDANTS
RALPH BELLO; VERA BELLO; VERA ASSOCIATES
LIMITED PARTNERSHIP AND REAL PROPERTY
ADDRESS AT 16-20 ELM STREET, WEST HAVEN, CT.

BY: _____
IKECHUKWU UMEUGO
THEIR ATTORNEY
UMEUGO & ASSOCIATES, P.C
840 ORANGE AVE, 2ND FLOOR
WEST HAVEN, CT 06516
(203) 931-2680, FED. BAR# 04536

### ORAL ARGUMENT NOT REQUESTED

GRANTED; ABSENT OBJECTION.

SO ORDERED.

Stefan R. Underhill, U.S.D.J.

1/22/03

2003 OCT 22  A 10: 09