## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br>V.<br><br>RALPH BELLO; VERA BELLO; VERA ASSOCIATES LIMITED PARTNERSHIP; REAL PROPERTY ADDRESSED AT 16-20 ELM STREET, WEST HAVEN, CONNECTICUT; and THE TORRINGTON COMPANY,<br>    Defendants<br><br>V.<br><br>DETROIT STEEL CORPORATION; INDUSTRIAL ENVIRONMENTAL SERVICES, INC.; PRATT & WHITNEY; WESTERN SAND & GRAVEL; CARPENTER TECHNOLOGY CORP.; MRM INDUSTRIES, INC.; ARMSTRONG RUBBER CO.; and BRIDGEPORT BRASS CO.,<br>    Third-Party Defendants. | CIVIL NO. 3:01 CV (1568) SRU<br><br><br><br>OCTOBER 29, 2003 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, and Rule 7(b)1 of the Local Rules of Civil Procedure, Third-Party Defendant, Pratt & Whitney, respectfully requests an extension of time of 20 days, up to and including November 19, 2003, within which to object or respond to Defendant/Third-Party Plaintiff's Third-Party/Apportionment Complaint ("Complaint").

As grounds for this motion, Defendant states as follows:

1.    Third-Party Defendant's objections and responses would otherwise be due on

October 30, 2003.

2.  Counsel for Third-Party Defendant has recently received the case and needs additional time to conduct an investigation into the allegations in the Complaint and explore the existence of any affirmative defenses.

3.  This is Third-Party Defendant's first request for an extension of time to respond to this Complaint.

4.  Third-Party Plaintiff's counsel has been contacted and has represented that Third-Party Plaintiff has no objection to this request.

WHEREFORE, Third-Party Defendant respectfully requests that it be granted a twenty (20) day extension, up to and including November 19, 2003 within which to respond to Defendant/Third-Party Plaintiff's Complaint.

THIRD-PARTY DEFENDANT,
PRATT & WHITNEY

By _____
Eric Lukingbeal
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Federal Bar No.: ct05965
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: elukingbeal@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, on October 29, 2003, postage prepaid, to:

| | |
|---|---|
| John B. Hughes, Esq.<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>157 Church Street, 23rd Floor<br>New Haven, CT 06510 | Catherine Adams Fiske, Esq.<br>U.S. Dept. of Justice<br>Environmental Enforcement Section<br>One Gateway Center, Suite 616<br>Newton, MA 02458 |
| Ikechukwu Umeugo<br>Umeugo & Associates, P.C.<br>840 Orange Avenue<br>West Haven, CT 06516 | Lawrence W. Puckett<br>Environmental Enforcement Section<br>Environmental and Natural Resources Division<br>U.S. Dept. of Justice<br>P.O. Box 7611<br>Washington, DC 20044-7611 |
| Catherine R. McCabe, Deputy Chief<br>Environmental Enforcement Section<br>Environmental and Natural Resources Division<br>U.S. Dept. of Justice<br>P.O. Box 7611<br>Washington, DC 20044-7611 | Detroit Steel Corp.<br>650 Washington Road<br>Pittsburgh, PA 15228 |
| Industrial Environmental Services, Inc.<br>785 Middle Street<br>Bristol, CT 06010 | Western Sand & Gravel, Inc.<br>368 Douglas Turnpike<br>Harrisville, RI 02830 |
| Carpenter Technology<br>1047 North Park Road<br>Wyomissing, PA 19610 | MRM Industries, Inc.<br>c/o Fred A. Hitt, Esq.<br>350 South Main Street<br>Cheshire, CT 06410 |

3

| | |
|---|---|
| Armstrong Rubber Co.<br>500 Sargent Drive<br>P.O. Box 2001<br>New Haven, CT  06604 | Bridgeport Brass Co.<br>30 Grand Street<br>Bridgeport, CT  06604 |

_____
Eric Lukingbeal