FILED
2003 NOV 17 P 12: 24
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:01 CV 1568 (SRU) |
| V. | : | |
| RALPH BELLO; VERA BELLO; VERA ASSOCIATES LIMITED PARTNERSHIP; REAL PROPERTY ADDRESSED AT 16-20 ELM STREET, WEST HAVEN, CONNECTICUT; and THE TORRINGTON COMPANY, | : | |
| Defendants | : | NOVEMBER 14, 2003 |

## MOTION FOR EXTENTION OF TIME

Pursuant to Connecticut Practice Book the defendants, Ralph Bello et al, hereby moves for a twenty-one (21) day extension of time, from November 20, 2003 up to and including December 11, 2003, within which to respond to plaintiff's Motion to Dismiss. The defendants require the additional time to properly address and respond to the plaintiff's Motion to Dismiss. The defendant, Torrington Company through its Counsel Attorney David Monz has consented to an extension of time.

THE DEFENDANTS
RALPH BELLO; VERA BELLO; VERA ASSOCIATES
LIMITED PARTNERSHIP AND REAL PROPERTY
ADDRESS AT 16-20 ELM STREET, WEST HAVEN, CT.

BY: _____
IKECHUKWU UMEUGO
THEIR ATTORNEY
UMEUGO & ASSOCIATES, P.C
840 ORANGE AVE, 2ND FLOOR
WEST HAVEN, CT 06516
(203) 931-2680, FED. BAR# 04536

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATION

A copy of the foregoing has been mailed by first class mail, postage prepaid, this 14th day of November 2003 to:

John B. Hughes, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Catherine Adams Fiske, Esq.
U.S. Dept. of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA 02458

David J. Monz, Esq.
Joseph A. Rosenthal, Esq.
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510

Lawrence W. Puckett
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Catherine R. McCabe, Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

A courtesy copy has also been sent to:

Eve Vaudo, Esq.
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street
Boston, MA 02114-2023

_____
IKECHUKWU UMEUGO, ESQ.