\#32

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff <br> V. <br><br> RALPH BELLO; VERA BELLO; VERA ASSOCIATES LIMITED PARTNERSHIP; REAL PROPERTY ADDRESSED AT 16-20 ELM STREET, WEST HAVEN, CONNECTICUT; and THE TORRINGTON COMPANY, <br>     Defendants <br><br> V. <br><br> DETROIT STEEL CORPORATION; INDUSTRIAL ENVIRONMENTAL SERVICES, INC.; PRATT & WHITNEY; WESTERN SAND & GRAVEL; CARPENTER TECHNOLOGY CORP.; MRM INDUSTRIES, INC.; ARMSTRONG RUBBER CO.; and BRIDGEPORT BRASS CO., <br>     Third-Party Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL NO. 3:01 CV (1568) SRU <br><br><br><br><br><br><br><br><br><br><br> OCTOBER 29, 2003 |

FILED 2003 NOV -4 A     U.S. DISTRICT COURT BRIDGEPORT CT

GRANTED; ABSENT OBJECTION.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J.  11/3/03

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, and Rule 7(b)1 of the Local Rules of Civil Procedure, Third-Party Defendant, Pratt & Whitney, respectfully requests an extension of time of 20 days, up to and including November 19, 2003, within which to object or respond to Defendant/Third-Party Plaintiff's Third-Party/Apportionment Complaint ("Complaint").

As grounds for this motion, Defendant states as follows:

1.     Third-Party Defendant's objections and responses would otherwise be due on