FILED

2003 NOV 10  P 2: 35

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff, | :    CIVIL ACTION NO.<br>:    3:01 CV 1568 (SRU) |
| v. | : |
| RALPH BELLO, ET AL.,<br>          Defendants and Third-Party Plaintiffs, | : |
| v. | : |
| DETROIT STEEL CORPORATION, ET AL.,<br>          Third-Party Defendants. | :<br>:    NOVEMBER 10, 2003 |

### MOTION FOR EXTENSION OF TIME IN
### WHICH TO FILE RESPONSIVE PLEADING

Pursuant to Local Rule 9(b), third-party defendant Armstrong Rubber Co. ("Armstrong Rubber") hereby requests an extension of time in which to file a responsive pleading in the above-captioned matter to 30 days from the date of its Appearance filed herewith.

This extension is necessary to provide the undersigned counsel time to confer with out-of-state clients and address the serious matters contained in the Third-Party Apportionment Complaint (the "Complaint"). Although the Complaint was filed on August 29, 2003, Armstrong Rubber was not aware of the Complaint until it received a notice from the Connecticut Secretary of State dated October 10, 2003. The undersigned counsel was retained by Armstrong Rubber shortly thereafter.

Attorney David Monz, counsel for The Torrington Company, has been contacted and consents to this Motion for Extension of Time. This is Armstrong Rubber's first request for an extension of time in this matter.

WHEREFORE, Armstrong Rubber Co. respectfully requests a 30 day extension to December 10, 2003 in which to file a responsive pleading.

THIRD-PARTY DEFENDANT,
ARMSTRONG RUBBER CO.

By_____
Joseph P. Williams
Federal Bar No. ct14809
Matthew Ranelli
Federal Bar No. ct21638
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
PHONE: (860) 251-5000
FAX: (860) 251-5600
E-MAIL: jwilliams@goodwin.com
         mranelli@goodwin.com
Its Attorneys

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, this 10th day of November, 2003, to:

John B. Hughes, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
157 Church Street
P. O. Box 1824
New Haven, CT 06510

David J. Monz, Esq.
Updike, Kelly & Spellacy, P.C.
265 Church Street
10th Floor
New Haven, CT 06510

Catherine R. McCabe, Esq.
Lawrence W. Puckett, Esq.
Environmental Enforcement Section
Environmental and Natural Resources Division
U. S. Department of Justice
P. O. Box 7611
Washington, DC 20044-7611

Detroit Steel Corporation
560 Washington Road
Pittsburgh, PA 15228

Pratt & Whitney
One Financial Plaza
Hartford, CT 06101

Carpenter Technology Corp.
1047 North Park Road
Wyomissing, PA 19610

Catherine Adams Fiske, Esq.
Environmental Enforcement Section
U. S. Department of Justice
One Gateway Center
Suite 616
Newton, MA 02458

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue
West Haven, CT 06516

Eve Vaudo, Esq.
Senior Enforcement Counsel
U. S. Environmental Protection Agency
Region I
One Congress Street
Boston, MA 02114-2023

Industrial Environmental Services, Inc.
785 Middle Street
Bristol, CT 06010

Western Sand & Gravel, Inc.
368 Douglas Turnpike
Harrisville, RI 02830

Bridgeport Brass Co.
30 Grand Street
Bridgeport, CT 06604

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

MRM Industries, Inc.
c/o Fred A. Hitt, Esq.
350 South Main Street
Cheshire, CT 06410

                                                   Matthew Ranelli

357437

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT  06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385