FILED
2003 NOV 10 P 2: 35
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : | CIVIL ACTION NO.<br>3:01 CV 1568 (SRU) |
| v. | : | |
| RALPH BELLO, ET AL.,<br>    Defendants and Third-Party Plaintiffs, | : | |
| v. | : | |
| DETROIT STEEL CORPORATION, ET AL.,<br>    Third-Party Defendants. | : | NOVEMBER 10, 2003 |

## APPEARANCE

Please enter my appearance, in addition to any appearances already on file, as attorney for the third-party defendant ARMSTRONG RUBBER CO. in the above-captioned matter.

Dated at Hartford, Connecticut, this 7th day of November, 2003.

THIRD-PARTY DEFENDANT,
ARMSTRONG RUBBER CO.

By_____
Matthew Ranelli
Federal Bar No. ct21638
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
PHONE:  (860) 251-5748
FAX:  (860) 251-5699
E-MAIL:  mranelli@goodwin.com
Its Attorney

CERTIFICATION OF SERVICE

     I hereby certify that a copy of the foregoing Appearance was mailed, postage prepaid, this 10th day of November, 2003, to:

John B. Hughes, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
157 Church Street
P. O. Box 1824
New Haven, CT 06510

Catherine Adams Fiske, Esq.
Environmental Enforcement Section
U. S. Department of Justice
One Gateway Center
Suite 616
Newton, MA 02458

David J. Monz, Esq.
Updike, Kelly & Spellacy, P.C.
265 Church Street
10th Floor
New Haven, CT 06510

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue
West Haven, CT 06516

Catherine R. McCabe, Esq.
Lawrence W. Puckett, Esq.
Environmental Enforcement Section
Environmental and Natural Resources Division
U. S. Department of Justice
P. O. Box 7611
Washington, DC 20044-7611

Eve Vaudo, Esq.
Senior Enforcement Counsel
U. S. Environmental Protection Agency
Region I
One Congress Street
Boston, MA 02114-2023

Detroit Steel Corporation
560 Washington Road
Pittsburgh, PA 15228

Industrial Environmental Services, Inc.
785 Middle Street
Bristol, CT 06010

Pratt & Whitney
One Financial Plaza
Hartford, CT 06101

Western Sand & Gravel, Inc.
368 Douglas Turnpike
Harrisville, RI 02830

Carpenter Technology Corp.
1047 North Park Road
Wyomissing, PA 19610

Bridgeport Brass Co.
30 Grand Street
Bridgeport, CT 06604

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

MRM Industries, Inc.
c/o Fred A. Hitt, Esq.
350 South Main Street
Cheshire, CT 06410

_____
Matthew Ranelli

357432/s1

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385