# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE TORRINGTON COMPANY | : | Case No.  3:01 CV (1568) SRU |
| Defendant and Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CARPENTER TECHNOLOGY CORP. | : | |
| Third-Party Defendant. | : | |

### STIPULATION

It is hereby AGREED that third-party defendant Carpenter Technology Corporation shall have until November 26, 2003 to answer, plead or otherwise move in response to defendant/third-party plaintiff The Torrington Company's Third Party/Apportionment Complaint, Prayer for Relief and Certification.

David J. Monz, Esquire
Scott N. Koschwitz
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th Floor
New Haven, CT   06510

*Attorney for Defendant and*
*Third-Party Plaintiff*
*The Torrington Company*

Katherine A. Burroughs (Id. No. CT 03233)
Dechert LLP
90 State House Square
Hartford, CT 06103-3702

*Attorney for Third-party Defendant*
*Carpenter Technology Corporation*

Dated: Nov. 10, 2003