# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

United States of America,
        Plaintiff

v.

The Torrington Company,
        Defendant and Third-Party Plaintiff

v.

Carpenter Technology Copr.
        Thrid Party Defendant

**APPEARANCE**

CASE NUMBER: 3:01 (1568) SRU

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Carpenter Technology Corp.

---

November 10, 2003
**Date**

CT 03233
**Connecticut Federal Bar Number**

860.524.3961
**Telephone Number**

860.524.3930
**Fax Number**

katherine.burroughs@dechert.com
**E-mail address**

*[Signature]*
**Signature**

Katherine A. Burroughs
**Print Clearly or Type Name**

90 State House Square, 12th Floor
**Address**

Hartford, CT 06103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Scott N. Koschwitz, Esq.
UPDIKE, KELLEY & SPELLACY, P.C.
One State Street
Suite 2400
Hartford, CT 06103

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

237733.1.49

Appearance.frm.Jan.2001