#33

FILED

2003 NOV 17 P 12: 24

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:01 CV 1568 (SRU) |
| V. | : | |
| RALPH BELLO; VERA BELLO; VERA ASSOCIATES LIMITED PARTNERSHIP; REAL PROPERTY ADDRESSED AT 16-20 ELM STREET, WEST HAVEN, CONNECTICUT; and THE TORRINGTON COMPANY, | : | |
| Defendants | : | NOVEMBER 14, 2003 |

## MOTION FOR EXTENTION OF TIME

Pursuant to Connecticut Practice Book the defendants, Ralph Bello et al, hereby moves for a twenty-one (21) day extension of time, from November 20, 2003 up to and including December 11, 2003, within which to respond to plaintiff's Motion to Dismiss. The defendants require the additional time to properly address and respond to the plaintiff's Motion to Dismiss. The defendant, Torrington Company through its Counsel Attorney David Monz has consented to an extension of time.

THE DEFENDANTS
RALPH BELLO; VERA BELLO; VERA ASSOCIATES
LIMITED PARTNERSHIP AND REAL PROPERTY
ADDRESS AT 16-20 ELM STREET, WEST HAVEN, CT.

BY: _____
IKECHUKWU UMEUGO
THEIR ATTORNEY
UMEUGO & ASSOCIATES, P.C
840 ORANGE AVE, 2ND FLOOR
WEST HAVEN, CT 06516
(203) 931-2680, FED. BAR# 04536

**ORAL ARGUMENT NOT REQUESTED**

GRANTED, ABSENT OBJECTION.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J. 11/18/03