UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br>V.<br><br>RALPH BELLO; VERA BELLO; VERA ASSOCIATES LIMITED PARTNERSHIP; REAL PROPERTY ADDRESSED AT 16-20 ELM STREET, WEST HAVEN, CONNECTICUT; and THE TORRINGTON COMPANY,<br>    Defendants<br><br>V.<br><br>DETROIT STEEL CORPORATION; INDUSTRIAL ENVIRONMENTAL SERVICES, INC.; PRATT & WHITNEY; WESTERN SAND & GRAVEL; CARPENTER TECHNOLOGY CORP.; MRM INDUSTRIES, INC.; ARMSTRONG RUBBER CO.; and BRIDGEPORT BRASS CO.,<br>    Third-Party Defendants. | CIVIL NO. 3:01 CV (1568) SRU<br><br><br><br><br><br><br><br><br><br>NOVEMBER 18, 2003 |

### DISCLOSURE STATEMENT
### OF PRATT & WHITNEY

Pursuant to the Order Regarding Disclosure Statement of the United States District Court of the District of Connecticut, Pratt & Whitney, a United Technologies Company ("P&W"), a third-party defendant in the above-captioned case, makes the following disclosure:

1.  Pratt & Whitney is a division of United Technologies Corporation.
2.  United Technologies Corporation is a publicly-held company.

THIRD-PARTY DEFENDANT,
PRATT & WHITNEY

By _____
Eric Lukingbeal
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Federal Bar No.: ct05965
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: elukingbeal@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, on November 18, 2003, postage prepaid, to:

| | |
|---|---|
| John B. Hughes, Esq.<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>157 Church Street, 23rd Floor<br>New Haven, CT 06510 | Catherine Adams Fiske, Esq.<br>U.S. Dept. of Justice<br>Environmental Enforcement Section<br>One Gateway Center, Suite 616<br>Newton, MA 02458 |
| Ikechukwu Umeugo<br>Umeugo & Associates, P.C.<br>840 Orange Avenue<br>West Haven, CT 06516 | Lawrence W. Puckett<br>Environmental Enforcement Section<br>Environmental and Natural Resources Division<br>U.S. Dept. of Justice<br>P.O. Box 7611<br>Washington, DC 20044-7611 |
| Catherine R. McCabe, Deputy Chief<br>Environmental Enforcement Section<br>Environmental and Natural Resources Division<br>U.S. Dept. of Justice<br>P.O. Box 7611<br>Washington, DC 20044-7611 | Detroit Steel Corp.<br>650 Washington Road<br>Pittsburgh, PA 15228 |
| Industrial Environmental Services, Inc.<br>785 Middle Street<br>Bristol, CT 06010 | Western Sand & Gravel, Inc.<br>368 Douglas Turnpike<br>Harrisville, RI 02830 |
| Carpenter Technology<br>1047 North Park Road<br>Wyomissing, PA 19610 | MRM Industries, Inc.<br>c/o Fred A. Hitt, Esq.<br>350 South Main Street<br>Cheshire, CT 06410 |
| Armstrong Rubber Co.<br>500 Sargent Drive<br>P.O. Box 2001<br>New Haven, CT 06604 | Bridgeport Brass Co.<br>30 Grand Street<br>Bridgeport, CT 06604 |

_____
Eric Lukingbeal