# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :

              Plaintiff,  :

     v.              :

THE TORRINGTON COMPANY    :     Case No.  3:01 CV (1568) SRU

  Defendant and Third-Party Plaintiff,  :

     v.              :

CARPENTER TECHNOLOGY CORP.  :

      Third-Party Defendant.  :

## STIPULATION

It is hereby AGREED that third-party defendant Carpenter Technology Corporation shall have until November 26, 2003 to answer, plead or otherwise move in response to defendant/third-party plaintiff The Torrington Company's Third Party/Apportionment Complaint, Prayer for Relief and Certification.

_____
David J. Monz, Esquire  ct 07061
Scott N. Koschwitz  ct 23684
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th Floor
New Haven, CT  06510

*Attorney for Defendant and*
*Third-Party Plaintiff*
*The Torrington Company*

_____
Katherine A. Burroughs (Id. No. CT 03233)
Dechert LLP
90 State House Square
Hartford, CT 06103-3702

*Attorney for Third-party Defendant*
*Carpenter Technology Corporation*

_____

Dated: Nov. 10, 2003

861570.1.50 11/7/2003 8:56 AM