FILED

2003 NOV 10 P 2: 35

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01 CV 1568 (SRU) |
| v. | : | |
| RALPH BELLO, ET AL., | : | |
| Defendants and Third-Party Plaintiffs, | : | |
| v. | : | |
| DETROIT STEEL CORPORATION, ET AL., | : | |
| Third-Party Defendants. | : | NOVEMBER 10, 2003 |

### MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADING

Pursuant to Local Rule 9(b), third-party defendant Armstrong Rubber Co. ("Armstrong Rubber") hereby requests an extension of time in which to file a responsive pleading in the above-captioned matter to 30 days from the date of its Appearance filed herewith.

This extension is necessary to provide the undersigned counsel time to confer with out-of-state clients and address the serious matters contained in the Third-Party Apportionment Complaint (the "Complaint"). Although the Complaint was filed on August 29, 2003, Armstrong Rubber was not aware of the Complaint until it received a notice from the Connecticut Secretary of State dated October 10, 2003. The undersigned counsel was retained by Armstrong Rubber shortly thereafter.

GRANTED; ABSENT OBJECTION.
SO ORDERED.
Stefan R. Underhill
3 11/20/03

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385