RECEIVED
DEC 0 1 2003

FILED
2003 DEC -2 P 3: 21

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

   Plaintiff,

v.

CIVIL NO. 3:01CV1568(SRU)

RALPH BELLO; VERA BELLO,
VERA ASSOCIATES LIMITED
PARTNERSHIP; REAL PROPERTY
ADDRESSED AT 16-20 ELM STREET
WEST HAVEN, CONNECTICUT;
AND THE TORRINGTON COMPANY

   Defendants.

NOVEMBER 28, 2003

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of Procedure, the undersigned hereby moves to withdraw his appearance for the defendants, Ralph Bello, Vera Bello, Vera Associates Limited Partnership, and Real Property Addressed at 16-20 Elm Street, West Haven, Connecticut on the following grounds:

1. There exists a personal incompatibility and a substantial disagreement on litigation strategy between the attorney and the defendants;

2. There exists a constant dispute with the defendants over legal fees; and

3. The attorney will sustain great hardship if required to continue the representation of the defendants.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

UMEUGO & ASSOCIATES, P.C.
ATTORNEYS AT LAW

840 ORANGE AVE., 2ND FL.
P.O. BOX 26373
WEST HAVEN, CT 06516

TEL. (203) 931-2680
FAX (203) 931-2682

The defendants, Ralph Bello, Vera Bello, Vera Associates Limited Partnership, and Real Property Addressed at 16-20 Elm Street, West Haven, Connecticut have been notified by certified mail the attorney's request to withdraw his appearance and was also informed that regardless of whether defendants choose to engage successor counsel or file a pro se appearance, it will result in the granting of the motion to withdraw and may result in a dismissal or default being entered against the defendants.

Also, the undersigned respectfully requests the Court to please give the defendants, Ralph Bello, Vera Bello, Vera Associates Limited Partnership, and Real Property Addressed at 16-20 Elm Street, West Haven, Connecticut some time to obtain counsel.

By: _____
Ikechukwu Umeugo(ct04536)
Umeugo & Associates, P.C.
840 Orange Ave., 2nd Floor
P.O. Box 26373
West Haven, CT 06516
(203) 931-2680

UMEUGO & ASSOCIATES, P.C.
ATTORNEYS AT LAW

840 ORANGE AVE., 2ND FL.
P.O. BOX 26373
WEST HAVEN, CT 06516

TEL. (203) 931-2680
FAX (203) 931-2682

## ORDER

The foregoing Motion to Withdraw Appearance, having been duly presented to this Court, is hereby:

**ORDERED:**     **GRANTED/DENIED**

                                **BY THE COURT,**

                                _____

                                JUDGE/CLERK

UMEUGO & ASSOCIATES, P.C.
ATTORNEYS AT LAW

840 ORANGE AVE., 2ND FL.
P.O. BOX 26373
WEST HAVEN, CT 06516

TEL. (203) 931-2680
FAX (203) 931-2682

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this 28th day of November, 2003, via first class mail, postage prepaid to:

John B. Hughes, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT 06510

Catherine Adams Fiske, Esq.
U.S. Dept. of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA 02458

Joseph A. Rosenthal, Esq.
Updike, Kelly & Spellacy, P.C.
265 Church Street, 10th Floor
New Haven, CT 06510

Lawrence W. Puckett
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Catherine R. McCabe, Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Div.
U.S. Dept. of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Mr. Ralph Bello
840 Orange Ave.
West Haven, CT 06516

_____
Ikechukwu Umeugo

UMEUGO & ASSOCIATES, P.C.
ATTORNEYS AT LAW

840 ORANGE AVE., 2ND FL.
P.O. BOX 26373
WEST HAVEN, CT 06516

TEL. (203) 931-2680
FAX (203) 931-2682