CLERK
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

DEC 3  4 09 PM '03

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| v. | : |
| THE TORRINGTON COMPANY | : Case No. 3:01 CV (1568) SRU |
| Defendant and Third-Party Plaintiff, | : |
| v. | : |
| CARPENTER TECHNOLOGY CORP. | : |
| Third-Party Defendant. | : |

## MOTION TO PERMIT APPEARANCE *PRO HAC VICE*

Pursuant to the provisions of Rule 83.1(d) of the Local Rules of Civil Procedure, Katherine A. Burroughs, Esquire (the "Movant"), a member in good standing of the Bar of the State of Connecticut, an attorney admitted to practice before the United States District Court for the District of Connecticut, and a partner in the law firm of Dechert LLP ("Dechert"), hereby moves this Court to enter an Order authorizing Michael A. Bogdonoff, Esquire, of Dechert and visiting lawyer, to practice pro hac vice before the United States District Court for the District of Connecticut to represent the Third-Party Defendant Carpenter Technology Corp. in the above-captioned proceeding. In support of this Motion, the Movant represents, upon information and belief, that:

1. Attorney Bogdonoff is resident in Dechert's Philadelphia office, located at 4000 Bell Atlantic Tower, 1717 Arch Street, Philadelphia, Pennsylvania, 19103.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court