UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| v. | : |
| THE TORRINGTON COMPANY | :    Case No. 3:01 CV (1568) SRU |
| Defendant and Third-Party Plaintiff, | : |
| v. | : |
| CARPENTER TECHNOLOGY CORP. | : |
| Third-Party Defendant. | : |

### MOTION TO PERMIT APPEARANCE *PRO HAC VICE*

Pursuant to the provisions of Rule 83.1(d) of the Local Rules of Civil Procedure, Katherine A. Burroughs, Esquire (the "Movant"), a member in good standing of the Bar of the State of Connecticut, an attorney admitted to practice before the United States District Court for the District of Connecticut, and a partner in the law firm of Dechert LLP ("Dechert"), hereby moves this Court to enter an Order authorizing Kristin M. Hynd, Esquire, of Dechert and visiting lawyer, to practice pro hac vice before the United States District Court for the District of Connecticut to represent the Third-Party Defendant Carpenter Technology Corp. in the above-captioned proceeding. In support of this Motion, the Movant represents, upon information and belief, that:

1. Attorney Hynd is resident in Dechert's Philadelphia office, located at 4000 Bell Atlantic Tower, 1717 Arch Street, Philadelphia, Pennsylvania, 19103.

2. Attorney Hynd is a member in good standing of the bars of the Commonwealth of Pennsylvania and State of New Jersey and is admitted to practice before the United States District Court for the Eastern District of Pennsylvania and United States District Court for the District of New Jersey.

3. Attorney Hynd has never been denied admission or disciplined by this Court and has never been denied admission or disciplined by any other Court.

4. The Movant requests that this Court grant this Motion to authorize Ms. Hynd to file pleadings, motions, and applications with the Court and to appear and be heard at any court proceedings on behalf of the Third-Party Defendant Carpenter Technology Corp.

5. The Movant further requests this Court to excuse the Movant from attendance at all court proceedings.

6. An affidavit in support of this motion, duly sworn and executed by Ms. Hynd, is attached hereto as Exhibit "A."

**WHEREFORE**, the Movant respectfully requests that this Court enter an Order authorizing Ms. Hynd to appear pro hac vice as counsel for Carpenter Technology Corp. in this proceeding and excusing Movant from attendance at all court proceedings.

DATED: December 2, 2003          By: _____
                                 Katherine A. Burroughs (Id. No. CT 03233)
                                 Dechert LLP
                                 90 State House Square
                                 Hartford, CT 06103-3702
                                 *phone:* (860) 524-3953
                                 *fax:* (860) 524-3930

## AFFIDAVIT OF KRISTIN M. HYND

STATE OF PENNSYLVANIA    :

COUNTY OF PHILADELPHIA    :

BEFORE ME, the undersigned authority, personally came and appeared:

**KRISTIN M. HYND,**

who, after being by me first duly sworn, did depose and state that:

1. Her address information is:

    Dechert LLP
    4000 Bell Atlantic Tower
    1717 Arch Street
    Philadelphia, PA 19103
    *phone*: (215) 994-2643
    *fax*: (215) 994-2222
    *e-mail*: kristin.hynd@dechert.com

2. She is a member in good standing of the bars of the Commonwealth of Pennsylvania and State of New Jersey and is admitted to practice before the United States District Court for the Eastern District of Pennsylvania and United States District Court for the District of New Jersey.

3. She has not been denied admission or disciplined by this Court or any other court.

4. She has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

5. She makes this Affidavit in support of a motion filed by Katherine A. Burroughs, Esquire, to permit her to appear and participate as counsel on behalf of Third-Party

Defendant Carpenter Technology Corp. in this matter, pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut.

                                            Kristin M. Hynd

Sworn to and Subscribed,
Before Me, Notary, this
2nd day of December, 2003.

_____
NOTARY PUBLIC
State of Pennsylvania

NOTARIAL SEAL
DEBORAH J. KANE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 15, 2005

# CERTIFICATE OF SERVICE

I, Katherine A. Burroughs, do hereby certify that on this date I caused a copy of the foregoing Motion to Permit Appearance *Pro Hac Vice* to be served by U.S. First Class Mail upon the following:

> David J. Monz, Esquire
> Updike, Kelly & Spellacy, P.C.
> One Century Tower
> 265 Church Street, 10th Floor
> New Haven, CT  06510
>
> Scott N. Koschwitz
> Updike, Kelly & Spellacy, P.C.
> One State St., P.O. Box 231277
> Hartford, CT 06123-1277
>
> *Attorneys Third-Party Plaintiff*
> *The Torrington Company*
>
> Gian-Matthew Ranelli
> Joseph P. Williams
> Shipman & Goodwin
> One American Row
> Hartford, CT 06103-2819
>
> *Attorneys for Third-Party Defendant*
> *Armstrong Rubber Co.*
>
> Eric Lukingbeal
> Robinson & Cole
> 280 Trumbull St.
> Hartford, CT 06103-3597
>
> *Attorney for Third-Party Defendant*
> *Pratt & Whitney*

Date: December 2, 2003

                                                Katherine A. Burroughs

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| v. | : |
| THE TORRINGTON COMPANY | : Case No. 3:01 CV (1568) SRU |
| Defendant and Third-Party Plaintiff, | : |
| v. | : |
| CARPENTER TECHNOLOGY CORP. | : |
| Third-Party Defendant. | : |

### ORDER

Upon Motion of Katherine A. Burroughs, Esquire (the "Movant") in the above-captioned adversary proceeding, this Court hereby enters its Order granting the Movant's request and allowing Kristin M. Hynd, a visiting lawyer resident in the Philadelphia office of Dechert LLP, to practice pro hac vice before the United States District Court for the District of Connecticut to represent the Third-Party Defendant Carpenter Technology Corp. in the above-captioned proceedings, such representation to include the filing of pleadings, motions, and applications with the Court and to appear and be heard at any hearings in these proceedings on behalf of Carpenter Technology Corp. The Movant is excused from attendance at all court proceedings.

Dated: _____, 20__                                BY:_____
                                                                                              J.