#48

CLERK
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Dec 3  4 10 PM '03

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED STATES OF AMERICA

           Plaintiff,

v.

THE TORRINGTON COMPANY

    Defendant and Third-Party Plaintiff,

v.

CARPENTER TECHNOLOGY CORP.

        Third-Party Defendant.

Case No. 3:01 CV (1568) SRU

---

## MOTION TO PERMIT APPEARANCE *PRO HAC VICE*

Pursuant to the provisions of Rule 83.1(d) of the Local Rules of Civil Procedure, Katherine A. Burroughs, Esquire (the "Movant"), a member in good standing of the Bar of the State of Connecticut, an attorney admitted to practice before the United States District Court for the District of Connecticut, and a partner in the law firm of Dechert LLP ("Dechert"), hereby moves this Court to enter an Order authorizing Kristin M. Hynd, Esquire, of Dechert and visiting lawyer, to practice pro hac vice before the United States District Court for the District of Connecticut to represent the Third-Party Defendant Carpenter Technology Corp. in the above-captioned proceeding. In support of this Motion, the Movant represents, upon information and belief, that:

ORDERED ACCORDINGLY,
KEVIN F. ROWE
Clerk, U.S. District Court

Deputy Clerk