UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:01 CV 1568 (SRU) |
| v. | : | |
| RALPH BELLO, ET AL.,<br>Defendants and Third-Party Plaintiffs, | : | |
| v. | : | |
| DETROIT STEEL CORPORATION, ET AL.,<br>Third-Party Defendants. | : | DECEMBER 9, 2003 |

## MOTION FOR EXTENSION OF TIME IN
## WHICH TO FILE RESPONSIVE PLEADING

Pursuant to Local Rule 9(b), third-party defendant Armstrong Rubber Co. ("Armstrong Rubber") hereby requests a two-week extension of time until December 24, 2003 in which to file a responsive pleading in the above-captioned matter. Armstrong Rubber's response currently is due on December 10, 2003.

This extension is necessary to provide the undersigned counsel time to obtain and review the factual history and relevant documentation concerning Armstrong Rubber's alleged involvement in the subject property in the late 1970's and to allow the intelligent preparation of a response to the Third-Party/Apportionment Complaint (the "Complaint"). Counsel has begun this process but requires the requested extension to retrieve information sufficient to formulate a response as Armstrong Rubber closed its operations in Connecticut several years ago.

Attorney David Monz, counsel for third-party plaintiff The Torrington Company, has consented to this motion. This is Armstrong Rubber's second request for an extension of time to respond to the Complaint. It previously requested and received a 30-day extension of time until December 10, 2003.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, Armstrong Rubber Co. respectfully requests a two-week extension to December 24, 2003 in which to file a responsive pleading.

THIRD-PARTY DEFENDANT,
ARMSTRONG RUBBER CO.

By _____
Joseph P. Williams
Federal Bar No. ct14809
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Tel:  (860) 251-5000
Fax:  (860) 251-5600
E-mail:  jwilliams@goodwin.com
Its Attorney

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, this 9th day of December, 2003, to:

David J. Monz, Esq.
Updike, Kelly & Spellacy, P.C.
265 Church Street
10th Floor
New Haven, CT 06510

Scott N. Koschwitz, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
*Counsel for defendant/third-party plaintiff*
*The Torrington Company*

Attorney Catherine Adams Fiske
Environmental Enforcement Section
U. S. Department of Justice
One Gateway Center
Suite 616
Newton, MA 02458
*Counsel for plaintiff United States of America*

2

Bruce S. Gelber, Esq.
Lawrence W. Puckett, Esq.
Environmental Enforcement Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 7611
Washington, DC 20044-7611
*Counsel for plaintiff United States of America*

John B. Hughes, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
157 Church Street, 23rd Floor
P. O. Box 1824
New Haven, CT 06510
*Counsel for plaintiff United States of America*

Attorney Katherine Ann Burroughs
Dechert Price & Rhoads
90 State House Square
Hartford, CT 06103
*Counsel for third-party defendant Carpenter
Tech. Corp.*

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue
West Haven, CT 06516
*Counsel for defendants 16-20 Elm
Street, Ralph Bello and Vera Bello*

Eric Lukingbeal, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
*Counsel for third-party defendant
Pratt & Whitney*

_____
Joseph P. Williams

357437 v.01 S2