UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Civ. Action No. |
| : | 3:01 CV 1568 (SRU) |
| RALPH BELLO, ET AL. : | |

### ORDER

The motion to withdraw appearance (**doc. #45**) is granted. Attorney Umeugo shall forward a copy of this order to each of his clients, thereby informing them that: (1) he no longer represents them in this case, (2) entities such as corporations, limited partnerships and real property have no right to enter pro se appearances, but must be represented by counsel, and (3) any defendant who fails to cause an appearance to be filed on its behalf on or before January 19, 2003 will be defaulted for failure to appear, which could lead to entry of a judgment against that defendant and in favor of the plaintiff.

It is so ordered.

Dated at Bridgeport this 17th day of December 2003.

/s/ Stefan R. Underhill
United States District Judge