#51

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:01 CV 1568 (SRU) |
| v. | : | |
| RALPH BELLO, ET AL.,<br>Defendants and Third-Party Plaintiffs, | : | |
| v. | : | |
| DETROIT STEEL CORPORATION, ET AL.,<br>Third-Party Defendants. | : | DECEMBER 9, 2003 |

**MOTION FOR EXTENSION OF TIME IN
WHICH TO FILE RESPONSIVE PLEADING**

Pursuant to Local Rule 9(b), third-party defendant Armstrong Rubber Co. ("Armstrong Rubber") hereby requests a two-week extension of time until December 24, 2003 in which to file a responsive pleading in the above-captioned matter. Armstrong Rubber's response currently is due on December 10, 2003.

This extension is necessary to provide the undersigned counsel time to obtain and review the factual history and relevant documentation concerning Armstrong Rubber's alleged involvement in the subject property in the late 1970's and to allow the intelligent preparation of a response to the Third-Party/Apportionment Complaint (the "Complaint"). Counsel has begun this process but requires the requested extension to retrieve information sufficient to formulate a response as Armstrong Rubber closed its operations in Connecticut several years ago.

Attorney David Monz, counsel for third-party plaintiff The Torrington Company, has consented to this motion. This is Armstrong Rubber's second request for an extension of time to respond to the Complaint. It previously requested and received a 30-day extension of time until December 10, 2003.

ORAL ARGUMENT IS NOT REQUESTED

GRANTED; ABSENT OBJECTION.
SO ORDERED
Stefan R. Underhill, U.S.D.J.
12/17/03