UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | CIVIL ACTION NO.<br>3:01 CV 1568 (SRU) |
| v. | |
| RALPH BELLO, ET AL.,<br>　　　Defendants and Third-Party Plaintiffs, | |
| v. | |
| DETROIT STEEL CORPORATION, ET AL.,<br>　　　Third-Party Defendants. | DECEMBER 19, 2003 |

**CORPORATE DISCLOSURE STATEMENT
OF THE ARMSTRONG RUBBER COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Standing Order, third-party defendant The Armstrong Rubber Company, n/k/a Pirelli Tire LLC, states the following:

The Armstrong Rubber Company no longer exists as it was merged several years ago into a company that was later merged into Pirelli Tire LLC. The parent company and sole member of Pirelli Tire LLC is Pirelli North America, Inc., which is not publicly traded. Thus, there is no publicly held corporation that owns a 10% or greater interest in Pirelli Tire LLC.

THIRD-PARTY DEFENDANT,
THE ARMSTRONG RUBBER CO.

By /s/ Joseph P. Williams
Joseph P. Williams
Federal Bar No. ct14809
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
PHONE: (860) 251-5000
FAX: (860) 251-5600
E-MAIL: jwilliams@goodwin.com
Its Attorney

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Corporate Disclosure Statement was mailed, postage prepaid, this 19th day of December, 2003, to:

David J. Monz, Esq.
Updike, Kelly & Spellacy, P.C.
265 Church Street
10th Floor
New Haven, CT 06510

Scott N. Koschwitz, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
*Counsel for defendant/third-party plaintiff
The Torrington Company*

Attorney Catherine Adams Fiske
Environmental Enforcement Section
U. S. Department of Justice
One Gateway Center
Suite 616
Newton, MA 02458
*Counsel for plaintiff United States of America*

Bruce S. Gelber, Esq.
Lawrence W. Puckett, Esq.
Environmental Enforcement Section
Environment and Natural Resources Division
U. S. Department of Justice
P. O. Box 7611
Washington, DC 20044-7611
*Counsel for plaintiff United States of America*

John B. Hughes, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
157 Church Street, 23rd Floor
P. O. Box 1824
New Haven, CT 06510
*Counsel for plaintiff United States of America*

Attorney Katherine Ann Burroughs
Dechert Price & Rhoads
90 State House Square
Hartford, CT 06103
*Counsel for third-party defendant Carpenter Tech. Corp.*

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue
West Haven, CT 06516
*Counsel for defendants 16-20 Elm Street, Ralph Bello and Vera Bello*

Eric Lukingbeal, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
*Counsel for third-party defendant Pratt & Whitney*

_____
Joseph P. Williams

360594 v1