# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RECEIVED

United States of America
    Plaintiff,
v.
The Torrington Company
    Defendant and
    Third-Party Plaintiff,
v.
Carpenter Technology Corp.
    Third-Party Defendant.

**APPEARANCE**

FILED
2004 JAN -6 A 9: 53
US DISTRICT COURT
BRIDGEPORT CT

CASE NUMBER: 3:01cv01568 (SRU)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:  Carpenter Technology Corp.

| | |
|---|---|
| 12.24.03 | *signature* |
| Date | Signature |
| ct25428 | Kristin M. Hynd |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 215.994.2643 | Dechert LLP |
| Telephone Number | Address |
| 215.994.2222 | 1717 Arch St., 4000 Bell Atlantic Tower |
| Fax Number | Philadelphia, PA   19103 |
| kristin.hynd@dechert.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached sheet.

*signature*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## CERTIFICATE OF SERVICE

I, Kristin M. Hynd, do hereby certify that on this date I caused a copy of the foregoing Appearance to be served by U.S. First Class Mail upon the following:

>David J. Monz, Esquire
>Updike, Kelly & Spellacy, P.C.
>One Century Tower
>265 Church Street, 10th Floor
>New Haven, CT  06510
>
>Scott N. Koschwitz
>Updike, Kelly & Spellacy, P.C.
>One State St., P.O. Box 231277
>Hartford, CT 06123-1277
>
>*Attorneys Third-Party Plaintiff*
>*The Torrington Company*
>
>Gian-Matthew Ranelli
>Joseph P. Williams
>Shipman & Goodwin
>One American Row
>Hartford, CT 06103-2819
>
>*Attorneys for Third-Party Defendant*
>*Armstrong Rubber Co.*
>
>Eric Lukingbeal
>Robinson & Cole
>280 Trumbull St.
>Hartford, CT 06103-3597
>
>*Attorney for Third-Party Defendant*
>*Pratt & Whitney*

Date: January 5, 2004

_____
Kristin M. Hynd