# PEOPLE'S PHOTO ID SYSTEMS

840 Orange Avenue • West Haven, Connecticut 06516

Phone: (203) 932-4454 | Fax: (203) 937-8274

**FILED**
2004 JAN -9  P 12: 57
US DISTRICT COURT
BRIDGEPORT CT

3:01CV1568 (SRU)

U.S. DISTRICT COURT
915 LAFAYETTE BLVD.
BRIDGEPORT, CONN.
STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE

JANUARY 9, 2004

DEAR MR. UNDERHILL:

ENCLOSED IS A COPY LETTER THAT I SENT TO MOST MEMBERS OF U.S.E.P.A. JUSTICE DEPARTMENT. I HAVE NOT HAD ANY INCOME SINCE MID 1996 AND HAVE NOT PAID ANY TAXES SINCE.!

I HAVE NO ATTORNEY TO DEFEND ME BECAUSE I CANNOT AFFORD ONE.!!

I HAVE THE STATEMENTS THAT I MADE AT THE TELE-CONFERENCE THAT WAS HELD ON JUNE OF 1998 THAT WILL PROVE THAT I ABIDED BY ALL THE "ENVIRONMENTAL LAWS." !

I HAVE LETTERS FROM ATTORNEY GENERAL RICHARD BLUMENTHAL, JUDGE BERGER AND JUDGE LEVIN ALL IN MY FAVOR.!

I HAVE ALL THE "VIOLATION NOTICES" THAT WAS SENT TO MY TENANT AND THE DEPARTMENT OF ENVIRONMENTNTAL PROTECTION NEVER ENFORCED THEM ON MY TENANT.!

I HAVE ALL THE "CERTIFIED LETTERS" I SENT TO MY TENANT, D.E.P., ATTY GEN. BLUMENTHAL, ASS'T ATTY WEBB, DIRECTOR OF D.E,P. NASH AND MANY OTHERS.!

I ABIDED BY ALL THE LAWS OF OUR LAND.! THANKYOU.

SINCERELY,

*Ralph R. Bello*
RALPH R. BELLO

# uption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.



**BILL O'REILLY**

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

ON NOVEMBER 22, 2003, ABOUT 6 P.M., I WAS RUSHED TO MILFORD HOSPITAL, FOR A SEVERE CHEST PAIN. AS IT TURNED OUT, I WAS DIAGNOSED WITH "CARDIAC CATHETERIZATION" ALONG WITH CORONARY ANGIOGRAPHY. I HAD (4) CORONARY ARTERY BY-PASS SURGERY.

I HAVE BEEN IN BED EVER SINCE. I SPENT THANKSGIVING IN THE HOSPITAL AND I SPENT MY (82 ND) BIRTHDAY IN BED.!! ON DECEMBER 8, 2003.!!

I WILL SEND YOU A MORE DETAILED LETTER IN THE VERY NEAR FUTURE.!

I WANT TO THANK U.S.E.P.A., JUSTICE DEPARTMENT, NAMELY ADDIE FISKE, HEATHER BRUSER, SAMUEL SILVERMAN, HENRY FRIEDMAN AND OTHERS WHO CAUSED ME EXTREME "STRESS".!

I HAVE NOT BEEN SICK A DAY IN THE PAST (30) YEARS OR MORE.

I DO NOT SMOKE.! I DO NOT DRINK.! UP UNTIL (3) YEARS AGO, I RODE MY STATIONARY BIKE THAT I HAVE IN MY OFFICE (30) MILES PER DAY. I RECENTLY CUT IT DOWN TO (20) MILES PER DAY.!

IN MY PREVIOUS LETTERS, I PRODUCED SOLID EVIDENCE THAT I ABIDED BY EVERY LETTER OF THE ENVIRONMENTAL LAWS. I TOOK MY TENANT THRU THE COURT SYSTEM AND WAS AWARDED BY BOTH JUDGES IN MY FAVOR. MY TENANT FILED FOR BANRUPTCY AND WE LOST OUR ONLY SOURCE OF INCOME.

MS BRUSER, EPA, SAID SHE WOULD TAKE OUR FINANCIAL CONDITION IN CONSIDERATION.! SHE NEVER DID.! I SENT EVE VAUDO, EPA, MY TAX RETURNS FOR THE YEARS OF 1997, 98, 99 AND 2000. I AL-SO HAVE THE YEARS OF 2001 AND 2002, IF THEY WANT THEM.!

THIS IS THE REWARD I RECEIVED FROM OUR GOVERNMENT FOR BEING AN "HONEST LAW ABIDING, CITI-ZEN.! ENOUGH FOR THE TIME BEING.!

SINCERELY,

*Ralph R. Bello*

RALPH R. BELLO.