# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

FILED
2004 JAN 12  A 10: 14

US DISTRICT COURT
BRIDGEPORT CT

United States of America
    Plaintiff,
v.
The Torrington Company
    Defendant and
    Third-Party Plaintiff,
v.
Carpenter Technology Corp.
    Third-Party Defendant

CASE NUMBER: 3:01 CV 1568 (SRU)

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for: Carpenter Technology Corp.

| | |
|---|---|
| 1-7-04 | /s/ Michael Bogdonoff |
| Date | Signature |
| ct 19869 | MICHAEL BOGDONOFF |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 215-994-2891 | 4000 Bell Atlantic Tower |
| Telephone Number | Address |
| 215-655-2891 | 1717 Arch St |
| Fax Number | Philadelphia, PA 19103 |
| michael.bogdonoff@dechert.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached sheet.

/s/ Michael Bogdonoff
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## CERTIFICATE OF SERVICE

I, Michael A. Bogdonoff, do hereby certify that on this date I caused a copy of the foregoing Appearance to be served by U.S. First Class Mail upon the following:

David J. Monz, Esquire
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th Floor
New Haven, CT  06510

Scott N. Koschwitz
Updike, Kelly & Spellacy, P.C.
One State St., P.O. Box 231277
Hartford, CT 06123-1277

*Attorneys Third-Party Plaintiff*
*The Torrington Company*

Gian-Matthew Ranelli
Joseph P. Williams
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

*Attorneys for Third-Party Defendant*
*Armstrong Rubber Co.*

Eric Lukingbeal
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

*Attorney for Third-Party Defendant*
*Pratt & Whitney*

Date: January 9, 2004

_____
Michael A. Bogdonoff