STATUS CONFERENCE HELD

DATE: 2/5/04

( 1 hr. )

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

February 5, 2004

11:00 a.m.

CASE NO. **3:01cv1568    USA v Bello**

Catherine Adams Fiske
US Dept of Justice
Environment & Natural Resources Div
One Gateway Ctr
Suite 616
Newton, MA 02458    *Fax # 617-450-0448*

John B. Hughes
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510    *Fax # 203-773-5373*

Kristin M. Hynd
Dechert LLP - PA
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103    *Fax # 215-994-2222*

Scott N. Koschwitz
Updike, Kelly & Spellacy, P.C.-Htfd
One State St., Po Box 231277
Hartford, CT 06123-1277    *Fax # 203-772 2037*

Eric Lukingbeal
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597    *Fax # 860-275-8299*

Joseph P. Williams
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819    Fax 860 251-5600

Ralph Bello
840 Orange Avenue
West Haven, CT    06516    By mail


                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK