01cv1568and
Sched Ord

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -9 A 9:01

US DISTRICT
BRIDGEPORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 3:01cv1568 (SRU) |
| | : | |
| RALPH BELLO, ET AL. | : | |

### SCHEDULING ORDER

Pursuant to the conference held on February 5, 2004, this case shall proceed as follows:

1. Initial disclosures under Rule 26(a) must be made by **April 21, 2004**.

2. All fact discovery shall be completed, not propounded, by **October 21, 2004**.

3. Any party making a claim shall disclose expert witnesses supporting its claim by **November 22, 2004**.

4. Opposing experts shall be disclosed by **January 21, 2005**.

5. Any rebuttal experts shall be disclosed by **March 21, 2005**.

6. Depositions of all experts shall be completed within thirty days of disclosure.

7. Motions for summary judgment shall be filed on or before **June 21, 2005**.

It is so ordered.

Dated at Bridgeport this 6th day of February 2004.

Stefan R. Underhill
United States District Judge