## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff )<br>          )<br>V.          )<br>          )<br>RALPH BELLO; VERA BELLO; )<br>VERA ASSOCIATES LIMITED )<br>PARTNERSHIP; REAL PROPERTY )<br>ADDRESSED AT 16-20 ELM STREET, )<br>WEST HAVEN, CONNECTICUT; and )<br>THE TORRINGTON COMPANY, )<br>     Defendants ) | CIVIL ACTION NO. 3:01 CV 1568 (SRU)<br><br><br><br><br><br><br><br><br><br>FEBRUARY 11, 2004 |

### MOTION TO ENLARGE TIME FOR SERVICE
### UPON THIRD-PARTY/APPORTIONMENT DEFENDANTS
### OF THE DEFENDANT, THE TORRINGTON COMPANY

  Pursuant to F.R.Civ. Pro. 6(b), Defendant, The Torrington Company, respectfully submits this first motion pursuant to extend the time in which to make service under F.R.Civ. Pro. 4(m) of its third-party/apportionment complaint.

  The Torrington Company brought its third-party/apportion complaint dated August 29, 2003 against the following Third-Party/Apportionment Defendants: Detroit Steel Corporation ("Detroit Steel") of Pittsburgh, Pennsylvania; Industrial Environmental Services, Inc. ("Industrial Environmental") of Bristol, Connecticut; Pratt & Whitney (a United Technologies Company), ("Pratt

353130

& Whitney") of Hartford, Connecticut; Western Sand & Gravel, Inc. ("Western Sand") of Harrisville, Rhode Island; Carpenter Technology Corp. ("Carpenter Tech.") of Wyomissing, Pennsylvania; MRM Industries, Inc., ("MRM") of Cheshire, Connecticut; Armstrong Rubber Co. ("Armstrong Rubber") of New Haven, Connecticut; and Bridgeport Brass Co. ("Bridgeport Brass") of Bridgeport, Connecticut.  The Torrington Company brought its third-party/apportionment complaint against the Third-Party/Apportionment Defendants upon information and belief that they sent approximately 1.3 million gallons of waste oil and waste water-soluble oil containing hazardous substances to the National Oil Services Superfund Site at 16-20 Elm Street, West Haven, Connecticut (the "Site") in the early 1980s.

  The Torrington Company has diligently attempted to make service upon all Third-Party/Apportionment Defendants.  To date, The Torrington Company has effected service upon Detroit Steel, Industrial Environmental, Pratt & Whitney, Carpenter Tech., and Armstrong Rubber.  Pratt & Whitney, Carpenter Tech., and Armstrong Rubber have filed appearances in this case.  The Torrington Company has been unable to serve Western Sand & Gravel, MRM, and Bridgeport Brass within the 120-day limit for service imposed by F.R.Civ.Pro. 4(m), due in part to the time that has elapsed since their contributions to the Site.

Pursuant to F.R.Civ.Pro. 6(b), The Torrington Company respectfully requests an extension of the time in which to serve the third-party/apportionment complaint upon Western Sand & Gravel, MRM, and Bridgeport Brass, up to and including Saturday, March 6, 2004.

                                        Respectfully submitted,
                                        DEFENDANT,
                                        THE TORRINGTON COMPANY

By:_____
    DAVID J. MONZ, ESQ.
    Federal Bar Number ct07061
    SCOTT N. KOSCHWITZ, ESQ.
    Federal Bar Number ct23684
    UPDIKE, KELLY & SPELLACY, P.C.
    265 Church Street, 10th Floor
    New Haven, Connecticut  06510
    Telephone Number:  (203) 786-8300

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|         Plaintiff    ) | |
|         )    | CIVIL ACTION NO. 3:01 CV 1568 (SRU) |
| V.    ) | |
|         )    | |
| RALPH BELLO; VERA BELLO;    ) | |
| VERA ASSOCIATES LIMITED    ) | |
| PARTNERSHIP; REAL PROPERTY    ) | |
| ADDRESSED AT 16-20 ELM STREET,    ) | |
| WEST HAVEN, CONNECTICUT; and    ) | |
| THE TORRINGTON COMPANY,    ) | |
|         Defendants    ) | |

### ORDER ON MOTION TO ENLARGE TIME FOR SERVICE
### UPON THIRD-PARTY/APPORTIONMENT DEFENDANTS
### OF THE DEFENDANT, THE TORRINGTON COMPANY

     After considering The Torrington Company's motion to enlarge time to effect service of its Third-Party/Apportionment Complaint, the court FINDS there is cause to enlarge the time to effect service of the Third-Party/Apportionment Complaint upon Western Sand & Gravel, Inc., MRM Industries, Inc., and Bridgeport Brass Co. Therefore, the court GRANTS the request to enlarge time until Saturday, March 6, 2004.

SIGNED on _____, 2004.

_____
STEFAN R. UNDERHILL
U.S. DISTRICT JUDGE

353130

4

## CERTIFICATION

A copy of the foregoing has been mailed by first class mail, postage prepaid, this 11th day of February, 2004, to:

| | |
|---|---|
| John B. Hughes, Esq.<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>157 Church Street, 23rd Floor<br>P.O. Box 1824<br>New Haven, CT  06510 | Michael A. Bogdonoff, Esq.<br>Dechert, Price& Rhoads<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103-2793 |
| Catherine Adams Fiske, Esq.<br>U.S. Dept. of Justice<br>Environmental Enforcement Section<br>One Gateway Center, Suite 616<br>Newton, MA 02458t | Catherine R. McCabe, Deputy Chief<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 |
| Bruce S. Gelber, Esq.<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 | Katherine Ann Burroughs, Esq.<br>Dechert, Price & Rhoads<br>90 State House Square<br>Hartford, CT 06103 |
| Lawrence W. Puckett, Esq.<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 | Kristin M. Hynd, Esq.<br>Dechert LLP – PA<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103-2793 |

| | |
|---|---|
| Eric Lukingbeal<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103-3597 | Gian-Matthew Ranelli<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103-2819 |
| | Joseph P. Williams, Esq.<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103-2819 |

A courtesy copy has also been sent to:

Eve Vaudo, Esq.
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street
Boston, Massachusetts  02114-2023

By:_____
    SCOTT N. KOSCHWITZ, ESQ.
    Updike, Kelly & Spellacy, P.C.
