## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|           Plaintiff       ) | |
| ) | CIVIL ACTION NO. 3:01 CV 1568 (SRU) |
| V.       ) | |
| ) | |
| RALPH BELLO; VERA BELLO;       ) | |
| VERA ASSOCIATES LIMITED       ) | |
| PARTNERSHIP; REAL PROEPRTY       ) | |
| ADDRESSED AT 16-20 ELM STREET,       ) | |
| WEST HAVEN, CONNECTICUT; and       ) | |
| THE TORRINGTON COMPANY,       ) | |
|           Defendants       ) | FEBRUARY 18, 2004 |

### DEFENDANT/THIRD-PARTY PLAINTIFF, THE TORRINGTON COMPANY'S MOTION FOR ENTRY OF DEFAULT AGAINST DETROIT STEEL CORPORATION

Defendant/Third-Party Plaintiff The Torrington Company respectfully requests that the court enter a default against Third-Party Defendant Detroit Steel Corporation ("Detroit Steel"), as authorized by Fed.R.Civ.Pro. 55(b).

1. On August 29, 2003, The Torrington Company sued Detroit Steel through its third-party/apportion complaint alleging that Detroit Steel sent waste oil and waste water-soluble oil containing hazardous substances to the National Oil Services Superfund Site at 16-20 Elm Street, West Haven, Connecticut (the "Site") in the early 1980s.

353234

2. On October 9, 2003, Detroit Steel was served with summons and a copy of The Torrington Company's Third-Party/Apportionment Complaint through service upon CT Corporation System of Hartford, Connecticut, the registered agent for service of Detroit Steel. A copy of the return of service is attached as Exhibit A.

3. Detroit Steel has not filed an appearance, filed a responsive pleading, or otherwise defended the suit.

4. The Torrington Company is entitled to a judgment by default.

5. Pursuant to Fed. R. Civ. P. 55(b), a party entitled to a judgment by default may apply to the court for the entry of a judgment by default.

6. The Torrington Company respectfully requests that the court direct the clerk to enter a judgment by default against Detroit Steel because Detroit Steel has not filed an appearance, filed a responsive pleading, or otherwise defended the suit.

7. Detroit Steel is not an infant, an incompetent person, or a member of the United States military.

For the foregoing reasons, The Torrington Company respectfully requests that the court direct the clerk to enter a judgment of default against Detroit Steel.

        Respectfully submitted,
        DEFENDANT,
        THE TORRINGTON COMPANY


By:_____
    DAVID J. MONZ, ESQ.
    Federal Bar Number ct07061
    SCOTT N. KOSCHWITZ, ESQ.
    Federal Bar Number ct23684
    UPDIKE, KELLY & SPELLACY, P.C.
    265 Church Street, 10th Floor
    New Haven, Connecticut  06510
    Telephone Number:  (203) 786-8300

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA,                )  | |
|                Plaintiff       ) | |
|                                    ) | CIVIL ACTION NO. 3:01 CV 1568 (SRU) |
| V.                                                               ) | |
|                                    ) | |
| RALPH BELLO; VERA BELLO;                ) | |
| VERA ASSOCIATES LIMITED               ) | |
| PARTNERSHIP; REAL PROEPRTY         ) | |
| ADDRESSED AT 16-20 ELM STREET,    ) | |
| WEST HAVEN, CONNECTICUT; and     ) | |
| THE TORRINGTON COMPANY,              ) | |
|                Defendants    ) | |

**ORDER ON ENTRY OF DEFAULT AGAINST DETROIT STEEL CORPORATION**

After considering Defendant/Third-Party Plaintiff The Torrington Company's request for entry of default against Third-Party Defendant Detroit Steel Corporation and other evidence on file, the court FINDS the record supports entry of default. Therefore, the court ORDERS the clerk to enter default against Detroit Steel Corporation.

SIGNED on _____, 2004.

                                                                                                                                    _____
                                                                                                                                    STEFAN R. UNDERHILL
                                                                                                                                    U.S. DISTRICT JUDGE

## CERTIFICATION

A copy of the foregoing has been mailed by first class mail, postage prepaid, this 18th day of February, 2004, to:

| | |
|---|---|
| John B. Hughes, Esq.<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>157 Church Street, 23rd Floor<br>P.O. Box 1824<br>New Haven, CT  06510 | Michael A. Bogdonoff, Esq.<br>Dechert, Price& Rhoads<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103-2793 |
| Catherine Adams Fiske, Esq.<br>U.S. Dept. of Justice<br>Environmental Enforcement Section<br>One Gateway Center, Suite 616<br>Newton, MA 02458t | Catherine R. McCabe, Deputy Chief<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 |
| Bruce S. Gelber, Esq.<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 | Katherine Ann Burroughs, Esq.<br>Dechert, Price & Rhoads<br>90 State House Square<br>Hartford, CT 06103 |
| Lawrence W. Puckett, Esq.<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 | Kristin M. Hynd, Esq.<br>Dechert LLP – PA<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103-2793 |

| | |
|---|---|
| Eric Lukingbeal<br>Robinson & Cole<br>280 Trumbull Street<br>Hartford, CT 06103-3597 | Gian-Matthew Ranelli<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103-2819 |
| Detroit Steel Corporation<br>c/o CT Corporation System<br>One Commercial Plaza<br>Hartford, CT 06103 | Joseph P. Williams, Esq.<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103-2819 |

A courtesy copy has also been sent to:

Eve Vaudo, Esq.
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street
Boston, Massachusetts  02114-2023

By:_____
    SCOTT N. KOSCHWITZ, ESQ.
    Updike, Kelly & Spellacy, P.C.