**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. 3:01 CV 1568 (SRU) |
| V. | ) | |
| | ) | |
| RALPH BELLO; VERA BELLO; | ) | |
| VERA ASSOCIATES LIMITED | ) | |
| PARTNERSHIP; REAL PROEPRTY | ) | |
| ADDRESSED AT 16-20 ELM STREET, | ) | |
| WEST HAVEN, CONNECTICUT; and | ) | |
| THE TORRINGTON COMPANY, | ) | |
| Defendants | ) | FEBRUARY 18, 2004 |

<u>**DEFENDANT/THIRD-PARTY PLAINTIFF, THE TORRINGTON COMPANY'S**
**MOTION FOR ENTRY OF DEFAULT AGAINST THIRD-PARTY DEFENDANT**
**INDUSTRIAL ENVIRONMENTAL SERVICES, INC.**</u>

Defendant/Third-Party Plaintiff The Torrington Company respectfully requests that the court

enter a default against Third-Party Defendant Industrial Environmental Services, Inc. ("Industrial

Environmental"), as authorized by Fed.R.Civ.Pro. 55(b).

1. On August 29, 2003, The Torrington Company sued Industrial Environmental through its

   third-party/apportion complaint dated alleging that Industrial Environmental sent waste oil

   and waste water-soluble oil containing hazardous substances to the National Oil Services

353246

Superfund Site at 16-20 Elm Street, West Haven, Connecticut (the "Site") in the early 1980s.

2.  On October 9, 2003, Industrial Environmental was served with summons and a copy of The Torrington Company's Third-Party/Apportionment Complaint through in-hand service upon William Delfino, the registered agent for service of process of Industrial Environmental.  A copy of the return of service is attached as Exhibit A.

3.  Industrial Environmental has not filed an appearance, filed a responsive pleading, or otherwise defended the suit.

4.  The Torrington Company is entitled to a judgment by default.

5.  Pursuant to Fed. R. Civ. P. 55(b), a party entitled to a judgment by default may apply to the court for the entry of a judgment by default.

6.  The Torrington Company respectfully requests that the court direct the clerk to enter a judgment by default against Industrial Environmental because Industrial Environmental has not filed an appearance, filed a responsive pleading, or otherwise defended the suit.

7.  Industrial Environmental is not an infant, an incompetent person, or a member of the United States military.

For the foregoing reasons, The Torrington Company respectfully requests that the court direct the clerk to enter a judgment of default against Industrial Environmental.

Respectfully submitted,
DEFENDANT,
THE TORRINGTON COMPANY


By:_____
     DAVID J. MONZ, ESQ.
     Federal Bar Number ct07061
     SCOTT N. KOSCHWITZ, ESQ.
     Federal Bar Number ct23684
     UPDIKE, KELLY & SPELLACY, P.C.
     265 Church Street, 10th Floor
     New Haven, Connecticut  06510
     Telephone Number:  (203) 786-8300

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. 3:01 CV 1568 (SRU) |
| V. | ) | |
| | ) | |
| RALPH BELLO; VERA BELLO; | ) | |
| VERA ASSOCIATES LIMITED | ) | |
| PARTNERSHIP; REAL PROEPRTY | ) | |
| ADDRESSED AT 16-20 ELM STREET, | ) | |
| WEST HAVEN, CONNECTICUT; and | ) | |
| THE TORRINGTON COMPANY, | ) | |
| Defendants | ) | |

**ORDER ON ENTRY OF DEFAULT AGAINST**
**INDUSTRIAL ENVIRONMENTAL SERVICES, INC.**

After considering Defendant/Third-Party Plaintiff The Torrington Company's request for entry of default against Third-Party Defendant Industrial Environmental Services, Inc., and other evidence on file, the court FINDS the record supports entry of default. Therefore, the court ORDERS the clerk to enter default against Industrial Environmental Services, Inc.

SIGNED on _____, 2004.


_____
STEFAN R. UNDERHILL
U.S. DISTRICT JUDGE

## **CERTIFICATION**

A copy of the foregoing has been mailed by first class mail, postage prepaid, this 11th day of

February, 2004, to:

John B. Hughes, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT  06510

Catherine Adams Fiske, Esq.
U.S. Dept. of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA 02458t

Bruce S. Gelber, Esq.
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Lawrence W. Puckett, Esq.
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Michael A. Bogdonoff, Esq.
Dechert, Price& Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Catherine R. McCabe, Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Katherine Ann Burroughs, Esq.
Dechert, Price & Rhoads
90 State House Square
Hartford, CT 06103

Kristin M. Hynd, Esq.
Dechert LLP – PA
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

353246

5

Eric Lukingbeal
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Industrial Environmental Services, Inc.
c/o William Delfino
785 Middle Street
Bristol, CT 06010
A courtesy copy has also been sent to:

Eve Vaudo, Esq.
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street
Boston, Massachusetts  02114-2023

Gian-Matthew Ranelli
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph P. Williams, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

By:_____
        SCOTT N. KOSCHWITZ, ESQ.
        Updike, Kelly & Spellacy, P.C.

353246                                    6