#61

FILED

2004 FEB 13 P 12: 02

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> V. ) <br> ) <br> RALPH BELLO; VERA BELLO; ) <br> VERA ASSOCIATES LIMITED ) <br> PARTNERSHIP; REAL PROPERTY ) <br> ADDRESSED AT 16-20 ELM STREET, ) <br> WEST HAVEN, CONNECTICUT; and ) <br> THE TORRINGTON COMPANY, ) <br> Defendants ) | CIVIL ACTION NO. 3:01 CV 1568 (SRU) <br><br><br><br><br><br><br><br><br> FEBRUARY 11, 2004 |

### MOTION TO ENLARGE TIME FOR SERVICE
### UPON THIRD-PARTY/APPORTIONMENT DEFENDANTS
### OF THE DEFENDANT, THE TORRINGTON COMPANY

Pursuant to F.R.Civ. Pro. 6(b), Defendant, The Torrington Company, respectfully submits this first motion pursuant to extend the time in which to make service under F.R.Civ. Pro. 4(m) of its third-party/apportionment complaint.

The Torrington Company brought its third-party/apportion complaint dated August 29, 2003 against the following Third-Party/Apportionment Defendants: Detroit Steel Corporation ("Detroit Steel") of Pittsburgh, Pennsylvania; Industrial Environmental Services, Inc. ("Industrial Environmental") of Bristol, Connecticut; Pratt & Whitney (a United Technologies Company), ("Pratt

353130

MOTION GRANTED.
SO ORDERED.