IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:01 CV 1568 (SRU) |
| | ) | |
| RALPH BELLO; VERA BELLO; VERA | ) | |
| ASSOCIATES LIMITED PARTNERSHIP; | ) | |
| REAL PROPERTY ADDRESSED AT | ) | |
| 16-20 ELM STREET, WEST HAVEN, | ) | |
| CONNECTICUT; and THE | ) | |
| TORRINGTON COMPANY, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DETROIT STEEL CORPORATION; | ) | |
| INDUSTRIAL ENVIRONMENTAL | ) | |
| SERVICES, INC.; | ) | |
| PRATT & WHITNEY; | ) | |
| WESTERN SAND & GRAVEL; | ) | |
| CARPENTER TECHNOLOGY CORP.; | ) | |
| MRM INDUSTRIES, INC.; | ) | |
| ARMSTRONG RUBBER CO.; and | ) | |
| BRIDGEPORT BRASS CO., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**MOTION FOR PARTIAL STAY BASED UPON
AGREEMENT IN PRINCIPLE AND
MOTION FOR DEPOSIT OF
SUM OF MONEY WITH THE COURT**

Plaintiff United States of America files this motion for a partial stay of the proceedings

with respect to defendants Ralph Bello, Vera Bello, Vera Bello Limited Partnership, and the real

property addressed at 16-20 Elm Street, West Haven, Connecticut ("the Bello Defendants"),

because the United States and the Bello Defendants have reached an agreement in principle.   In

connection with the agreement in principle, the United States also moves for deposit of a sum of money with the court, pending finalization of the terms of the settlement agreement.   Two proposed orders are attached for the Court's convenience, an order staying the proceedings with respect to the Bellos, and an order establishing a court registry account.

The United States and the Bello Defendants have reached an agreement in principle, and are in the process of drafting a proposed consent decree.  Any final agreement between the parties is subject to final approval by the necessary governmental officials within the Department of Justice and the Environmental Protection Agency, as well as approval of this Court, following a public comment process.  It is anticipated that it may take some weeks, or perhaps months, before the settlement receives final approval.  Therefore, the United States requests that this Court stay the proceedings with respect to the Bello Defendants for a period of 120 days pending finalization of the consent decree.   An order embodying the proposed stay is attached for the Court's convenience.

Under the terms of the agreement in principle, the Bello Defendants will deposit a sum of money with the Court.  Accordingly, the United States requests that this Court enter an order establishing an interest bearing account with the Court Registry pursuant to Federal Rule of Civil Procedure 67 and Local Rule 67.  A proposed order establishing the Court Registry Account is attached for the Court's convenience.  Thus, the settlement funds may accrue interest pending finalization of the terms of the consent decree.

Respectfully Submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division


_____
CATHERINE ADAMS FISKE
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
One Gateway Center -- Suite 616
Newton, MA 02458
(617) 450-0444 (phone)
(617) 450-0448 (fax)




KEVIN J. O'CONNER
United States Attorney
District of Connecticut

JOHN B. HUGHES
Assistant United States Attorney
U.S. Attorney's Office
District of Connecticut
Connecticut Financial Center
157 Church Street
New Haven, Connecticut  06510



OF COUNSEL:

STEVEN SCHLANG
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street, Suite 1100
Boston, MA  02114-2023

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing document was sent by first class mail to all counsel of record and to Ralph Bello, Donald Bello, and Gary Bello on this 26th day of February, 2004.


_____
Catherine Adams Fiske