IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RALPH BELLO; VERA BELLO; VERA ASSOCIATES LIMITED PARTNERSHIP; REAL PROPERTY ADDRESSED AT 16-20 ELM STREET, WEST HAVEN, CONNECTICUT; and THE TORRINGTON COMPANY,<br><br>Defendants,<br><br>v.<br><br>DETROIT STEEL CORPORATION; INDUSTRIAL ENVIRONMENTAL SERVICES, INC.; PRATT & WHITNEY; WESTERN SAND & GRAVEL; CARPENTER TECHNOLOGY CORP.; MRM INDUSTRIES, INC.; ARMSTRONG RUBBER CO.; and BRIDGEPORT BRASS CO.,<br><br>Third-Party Defendants. | CIVIL NO. 3:01 CV 1568 (SRU) |

**MOTION FOR PARTIAL STAY BASED UPON
AGREEMENT IN PRINCIPLE AND
MOTION FOR DEPOSIT OF
<u>SUM OF MONEY WITH THE COURT</u>**

Plaintiff United States of America files this motion for a partial stay of the proceedings with respect to defendants Ralph Bello, Vera Bello, Vera Bello Limited Partnership, and the real property addressed at 16-20 Elm Street, West Haven, Connecticut ("the Bello Defendants"), because the United States and the Bello Defendants have reached an agreement in principle. In