FEB 27 2004

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 MAR -5  P 3: 00

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:01 CV 1568 (SRU) |
| | ) | |
| RALPH BELLO; VERA BELLO; VERA ASSOCIATES LIMITED PARTNERSHIP; REAL PROPERTY ADDRESSED AT 16-20 ELM STREET, WEST HAVEN, CONNECTICUT; and THE TORRINGTON COMPANY, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| v. | ) ) | |
| DETROIT STEEL CORPORATION; INDUSTRIAL ENVIRONMENTAL SERVICES, INC.; PRATT & WHITNEY; WESTERN SAND & GRAVEL; CARPENTER TECHNOLOGY CORP.; MRM INDUSTRIES, INC.; ARMSTRONG RUBBER CO.; and BRIDGEPORT BRASS CO., | ) ) ) ) ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

## PARTIAL STAY ORDER

Having considered the motion of the United States to stay this action with respect to Ralph Bello, Vera Bello, Vera Bello Limited Partnership, and the real property addressed at 16-20 Elm Street, West Haven, Connecticut ("the Bello Defendants"), the Court hereby ORDERS on this __5th__ day of __March__, 2004, that this action with respect to the Bello Defendants is hereby STAYED until such further time as the United States lodges a proposed consent decree with the Bello Defendants or the Court is notified that negotiations are not progressing.

With respect to the remaining defendant and third party defendants, this action shall proceed as otherwise required pursuant to my Scheduling Order of February 6, 2004.

_____
United States District Court Judge