FEB 27 2004

FILED
2004 MAR -5 P 3: 00
US DISTRICT COURT
BRIDGEPORT CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:01 CV 1568 (SRU) |
| ) | |
| RALPH BELLO; VERA BELLO; VERA ) | |
| ASSOCIATES LIMITED PARTNERSHIP; ) | |
| REAL PROPERTY ADDRESSED AT ) | |
| 16-20 ELM STREET, WEST HAVEN, ) | |
| CONNECTICUT; and THE ) | |
| TORRINGTON COMPANY, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| DETROIT STEEL CORPORATION; ) | |
| INDUSTRIAL ENVIRONMENTAL ) | |
| SERVICES, INC.; ) | |
| PRATT & WHITNEY; ) | |
| WESTERN SAND & GRAVEL; ) | |
| CARPENTER TECHNOLOGY CORP.; ) | |
| MRM INDUSTRIES, INC.; ) | |
| ARMSTRONG RUBBER CO.; and ) | |
| BRIDGEPORT BRASS CO., ) | |
| ) | |
| Third-Party Defendants. ) | |

ORDER GRANTING MOTION TO
DEPOSIT SUM OF MONEY WITH THE COURT

The above-entitled cause having come before the Court upon the Motion of the United States to Deposit Sum of Money with the Court pursuant to Fed. R. Civ. P. 67 and L.Civ.R. 67, and the Court having considered the Motion,

NOW, THEREFORE, it is on this 5th day of March, 2004;

ORDERED that the Motion to Deposit Sum of Money with the Court shall be, and is hereby, granted; it is

FURTHER ORDERED that such sum, to wit; One hundred fifty thousand dollars ($150,000), be deposited by the Clerk into the Registry of this Court and then, as soon as the business of his or her office allows, the Clerk shall deposit these funds into the interest-bearing Court Registry Account, pursuant to L.Civ.R. 67(d); it is

FURTHER ORDERED that sum of money so invested in the interest-bearing Court Registry Account shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk for disposition pursuant to the further order of the Court; it is

FURTHER ORDERED that, pursuant to L.Civ.R. 67(b)(3), the Custodian deduct a miscellaneous schedule fee for the handling of registry funds of 10% of the income earned on this account and each subsequent deposit of new principal so deposited while invested in the Court Registry Account, except that the fee deducted from any funds to be received by the United States shall be restored pursuant to the Notice of the Administrative Office of the United States Court published at 56 Fed. Reg. 56356-01 (November 4, 1991) ~~and it is~~ .

FURTHER ORDERED that a certified copy of this Order shall be ~~personally served by~~ upon the Clerk of this Court, the Chief Deputy Clerk, or upon the Chief Financial Deputy Clerk.

_____
UNITED STATES DISTRICT JUDGE