AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Connecticut

PLAINTIFF
United States of America

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

The Torrington Company

Case Number: 3:01 CV (1568) SRU

V. THIRD PARTY DEFENDANT
Industrial Environmental Services, Inc.

To: Name and address of Third Party Defendant

Industrial Environmental Services, Inc.
c/o William Delfino, 785 Middle Street, Bristol, CT 06010

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Catherine Adams Fiske, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>One Gateway Center, Suite 616<br>Newton, MA 02458 | Joseph A. Rosenthal, Esquire<br>Updike, Kelly & Spellacy, P.C.<br>One Century Tower<br>265 Church Street, 10th Floor<br>New Haven, CT 06510 |

an answer to the third-party complaint which is served on you with this summons, within twenty (20) days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

AUG 2 9 2003

CLERK
*Tasha Simpson*
(By) DEPUTY CLERK

DATE

• AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE **FILED** | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  10-09-03  2004 MAR 12 A 10:04 |
| NAME OF SERVER  John R. Johnston | TITLE  Hartford County State Marshal  U.S. DISTRICT COURT  BRIDGEPORT, CONN |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant. Place where served: _____

G  Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):   I served their Agent For Service, William Delfino

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $12.75 | $45.80 | $58.55 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2-16-04
          Date

*Signature of Server*

*Address of Server*

**JOHN R. JOHNSTON**
State Marshal - Hartford County
P.O. Box 281175
East Hartford, CT 06128-1175

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**JOHN R. JOHNSTON**
State Marshal, Hartford County
58 Burnside Avenue
P. O. Box 281175
East Hartford, CT 06128-1175
Phone and Fax  860- 291-2937

FILED
2004 MAR 12  A 10: 04
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Case No. 3:01 CV (1568) SRU
UNITED STATES OF AMERICAN
VS.
THE TORRINGTON COMPANY
VS. THIRD PARTY DEFENDANT

STATE OF CONNECTICUT)
                    ) ss: East Hartford        October 3, 2003
COUNTY OF HARTFORD)

## STATE MARSHAL'S RETURN

Then and by virtue hereof and at the direction of the plaintiff's attorney, on the 9th day of October, 2003, I made due and legal service upon the within named defendant, **Industrial Environmental Services, Inc.**, by serving William Delfino, their agent for service, by leaving with and in his hands a verified, true and attested copy of the original Third Party Summons, Defendant/Third Party Plaintiff The Torrington Company's Third Party/Apportionment Complaint, Prayer for Relief and Certification, in the said town of Bristol.

Enclosed you will find a verified true and attested copy of the original Third Party Summons, Defendant/Third Party Plaintiff The Torrington Company's Third Party/Apportionment Complaint, Prayer for Relief and Certification.

Fees:                      Attest:

Service          $30.00
Pages            $15.00     JOHN R. JOHNSTON
Endorsements     $  .80     State Marshal
Miles (34)       $12.75     Hartford County

Total            $58.55

UP100073