AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Connecticut

PLAINTIFF
United States of America

V. DEFENDANT AND THIRD PARTY PLAINTIFF

The Torrington Company

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 3:01 CV (1568) SRU

V. THIRD PARTY DEFENDANT
Detroit Steel Corp.

To: Name and address of Third Party Defendant

Detroit Steel Corp.
c/o CT Corporation System, One Commercial Plaza, Hartford, CT 06103

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Catherine Adams Fiske, Esquire
U.S. Department of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA 02458

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Joseph A. Rosenthal, Esquire
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th Floor
New Haven, CT 06510

an answer to the third-party complaint which is served on you with this summons, within twenty (20) days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE
CLERK

Tasha Simpson
(By) DEPUTY CLERK

AUG 29 2003
DATE

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  10-9-03 |
| NAME OF SERVER  John R. Johnston | TITLE  Hartford County State Marshal |

FILED 2004 MAR 12 A 10:04 U.S. DISTRICT COURT BRIDGEPORT, CONN

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  __I served their Agent For Service, CT Corporation.__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $2.25 | SERVICES  $45.80 | TOTAL  $48.05 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2-16-04__
            Date

Signature of Server

Address of Server

JOHN R. JOHNSTON
State Marshal - Hartford County
P.O. Box 281175
   Hartford, CT 06128-1175

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JOHN R. JOHNSTON  
State Marshal, Hartford County  
58 Burnside Avenue  
P. O. Box 281175  
East Hartford, CT 06128-1175  
Phone and Fax 860-291-0933

FILED  
2004 MAR 12 A 10: 04  
U.S. DISTRICT COURT  
BRIDGEPORT, CONN

Case No. 3:01 CV (1568) SRU  
UNITED STATES OF AMERICAN  
VS.  
THE TORRINGTON COMPANY  
VS. THIRD PARTY DEFENDANT

STATE OF CONNECTICUT)  
                  ) ss: East Hartford         October 3, 2003  
COUNTY OF HARTFORD)

## STATE MARSHAL'S RETURN

Then and by virtue hereof and at the direction of the plaintiff's attorney, on the 9th day of October, 2003, I made due and legal service upon the within named defendant, **Detroit Steel Corp.**, by serving Gary Scarpini at CT Corporation, their agent for service, by leaving with and in his hands a verified, true and attested copy of the original Third Party Summons, Defendant/Third Party Plaintiff The Torrington Company's Third Party/Apportionment Complaint, Prayer for Relief and Certification, in the said town of Hartford.

Enclosed you will find a verified true and attested copy of the original Third Party Summons, Defendant/Third Party Plaintiff The Torrington Company's Third Party/Apportionment Complaint, Prayer for Relief and Certification.

Fees:

| | | |
|---|---|---|
| Service | $30.00 | Attest: |
| Pages | $15.00 | JOHN R. JOHNSTON |
| Endorsements | $ .80 | State Marshal |
| Miles (6) | $ 2.25 | Hartford County |
| Total | $48.05 | |

UP100073