# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

APPEARANCE

**FILED**

2004 MAR 12 P 2:05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NUMBER: Civil Action No. 3:01 CV1568

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

UNITED STATES OF AMERICA,
V
RALPH BELLO; VERA BELLO;
VERA ASSOCIATES LIMITED
PARTNERSHIP; REAL PROPERTY
ADDRESSESSES AT 16-20 ELM
STREET WEST HAVEN, CONNECTICUT;
and THE TORRINGTON COMPANY

| | |
|---|---|
| March 12, 2004 <br> **Date** | _[signature]_ <br> **Signature** |
| 12905 <br> **Connecticut Federal Bar Number** | Law Office of Peter K. Manko <br> **Print Clearly or Type Name** |
| 203-245-2797 <br> **Telephone Number** | PO Box 1278, 107-C Bradley Road <br> **Address** |
| 203-245-6195 <br> **Fax Number** | Madison, CT 06443 |
| mankolaw@aol.com <br> **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

see certification attached hereto and made a part hereof

_[signature]_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## CERTIFICATION

This to certify that a copy of the foregoing was mailed on March 12, 2004, postage prepaid, to the following:

Scott N. Koschwitz, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
PO Box 231277
Hartford, CT 06123-1277

Catherine Adams Fiske, Esq.
U.S. Dept. of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA

Lawrence W. Puckett
Environmental Enforcement Section
Environmental and Nature Resources Division
U.S. Department of Justice
PO Box 7611
Washington, DC 20044-7611

Detroit Steel Corp.
650 Washington Road
Pittsburgh, PA 15228

Western Sand & Gravel, Inc.
368 Douglas Turnpike
Wyomissing, PA 19610

Kristin M. Hynd, Esq.
Dechert LLP-PA
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

Gian-Mathew Ranelli, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

David J. Monz, Esq.
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th fl
New Haven, CT 06510

John B. Hughes, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street, 23rd floor
New Haven, CT 06510

Catherine R. McCabe, Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
PO Box 7611
Washington, DC 20044-7611

Industrial Environmental Services, Inc.
785 Middle Street
Bristol, CT 06010

Katherine Ann Burroughs, Esq
Dechert Price & Rhoads
90 State House Square
Hartford, CT 06103

Michael A. Bogdonoff, Esq.
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Joseph P. Williams, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

MRM Industries, Inc.
c/o Fred A. Hitt, Esq.
350 South Main Street
Cheshire, CT 06410

Eric Lukingbeal, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Bridgeport Brass Co.
30 Grand Street
Bridgeport, CT 06604

By: _____
PETER K. MANKO. ESQ
Law Office of Peter K. Manko