UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 12 P 2: 05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>V.<br><br>RALPH BELLO; VERA BELLO;<br>VERA ASSSOCIATES LIMITED<br>PARTNERSHIP; REAL PROPERTY<br>ADDRESSES AT 16-20 ELM STREET<br>WEST HAVEN, CONNECTICUT; and<br>THE TORRINGTON COMPANY,<br>Defendants | CIVIL ACTION NO. 3:01 CV 1568(SRU)<br><br>March 12, 2004 |

### DEFENDANT RALPH BELLO; VERA BELLO; VERA ASSOCIATES LIMITED PARTNERSHIP; REAL PROPERTY ADDRESSED AT 16-20 ELM STREET WEST HAVEN, CONNECTICUT 'S MOTION OF EXTENSION OF TIME WITHIN WHICH TO RESPOND TO THE TORRINGTON COMPANY'S MOTION TO DISMISS

Pursuant to Local Rule of Civil Procedure 9(b), defendant, Ralph Bello et al, hereby moves for a thirty (30) day extension of time up to and including April 14, 2004, within which to respond to Defendant, The Torrington Company's Motion to Dismiss and Motion for a More Definite Statement as to the Cross-Claim advanced by Ralph Bello, et al.

As grounds for this motion, Defendant, Ralph Bello, et al states as follows:

1. Counsel for the Defendant Ralph Bello, et al has this date filed his appearance and has recently received the case and needs additional time to review the case file and to prepare an anticipated response.

2. This is this attorney's first request for an extension of time.

3.  Counsel for the Defendant, The Torrington Company has been contacted and has represented that Defendant, The Torrington Company has no objection to this request.

Wherefore, for the foregoing reason, Ralph Bello, et al respectfully requests that the Court grant this Motion for Extension of Time within which to a thirty (30) day extension of time up to and including April 14, 2004, within which to respond to Defendant, The Torrington Company's Motion to Dismiss and Motion for a More Definite Statement as to the Cross-Claim advanced by Ralph Bello, et al.

**ORAL ARGUMENT NOT REQUESTED**

Respectfully submitted,

By: *[signature]*
PETER K. MANKO. ESQ
Federal Bar Number ct12905
Law Office of Peter K. Manko
PO Box 1278
Madison, CT 06443
Telephone Number (203) 245-2797

## CERTIFICATION

This to certify that a copy of the foregoing was mailed on March 12, 2004, postage prepaid, to the following:

Scott N. Koschwitz, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
PO Box 231277
Hartford, CT 06123-1277

David J. Monz, Esq.
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th fl
New Haven, CT 06510

Catherine Adams Fiske, Esq.
U.S. Dept. of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA

John B. Hughes, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street, 23rd floor
New Haven, CT 06510

Lawrence W. Puckett
Environmental Enforcement Section
Environmental and Nature Resources Division
U.S. Department of Justice
PO Box 7611
Washington, DC 20044-7611

Catherine R. McCabe, Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
PO Box 7611
Washington, DC 20044-7611

Detroit Steel Corp.
650 Washington Road
Pittsburgh, PA 15228

Industrial Environmental Services, Inc.
785 Middle Street
Bristol, CT 06010

Western Sand & Gravel, Inc.
368 Douglas Turnpike
Wyomissing, PA 19610

Katherine Ann Burroughs, Esq
Dechert Price & Rhoads
90 State House Square
Hartford, CT 06103

Kristin M. Hynd, Esq.
Dechert LLP-PA
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

Michael A. Bogdonoff, Esq.
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Gian-Mathew Ranelli, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph P. Williams, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

MRM Industries, Inc.
c/o Fred A. Hitt, Esq.
350 South Main Street
Cheshire, CT 06410

Eric Lukingbeal, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Bridgeport Brass Co.
30 Grand Street
Bridgeport, CT 06604

By: _____
PETER K. MANKO. ESQ
Law Office of Peter K. Manko