**FILED**

2004 MAR 17 P 1: 23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL ACTION NO.: 3:01 CV 1568(SRU) |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RALPH BELLO; VERA BELLO; VERA | ) | |
| BELLO ASSOCIATES LIMITED | ) | |
| PARTNERSHIP; REAL PROPERTY | ) | |
| ADDRESSED AT 16-20 ELM, WEST HAVEN, | ) | |
| CONNECTICUT; and THE TORRINGTON | ) | |
| COMPANY, | ) | |
|     Defendant. | ) | MARCH 16, 2004 |

<u>APPEARANCE</u>

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    THE TORRINGTON COMPANY

<u>March 16, 2004</u>                                  <u>/s/ Mark J. Zimmermann</u>
Date                                                        Signature

<u>Updike, Kelly & Spellacy, P.C.</u>              Mark J. Zimmermann
Firm Name                                               Print clearly or type name

<u>One State Street</u>                                    <u>ct05424</u>
<u>P.O. Box 231277</u>                                   Federal Bar Number
<u>Hartford, Connecticut 06123-1277</u>
Address                                                    <u>860-548-2624</u>
                                                                 Telephone

356576

## **CERTIFICATION**

A copy of the foregoing has been mailed by first class mail, postage prepaid, this 16th day of March, 2004, to:

John B. Hughes, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, Connecticut 06510

Catherine Adams Fiske, Esq.
U.S. Dept. of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA 02458

Ikechukwu Umeugo
Umeugo & Associates, P.C.
840 Orange Avenue
West Haven, Connecticut 06516

Lawrence W. Puckett
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Catherine R. McCabe, Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

By: _____
MARK J. ZIMMERMANN, ESQ.
Updike, Kelly & Spellacy, P.C.