FILED

2004 FEB 19 P 1: 14

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. 3:01 CV 1568 (SRU) |
| ) | |
| RALPH BELLO; VERA BELLO; ) | |
| VERA ASSOCIATES LIMITED ) | |
| PARTNERSHIP; REAL PROEPRTY ) | |
| ADDRESSED AT 16-20 ELM STREET, ) | |
| WEST HAVEN, CONNECTICUT; and ) | |
| THE TORRINGTON COMPANY, ) | |
| Defendants ) | FEBRUARY 18, 2004 |

### DEFENDANT/THIRD-PARTY PLAINTIFF, THE TORRINGTON COMPANY'S MOTION FOR ENTRY OF DEFAULT AGAINST DETROIT STEEL CORPORATION

Defendant/Third-Party Plaintiff The Torrington Company respectfully requests that the court enter a default against Third-Party Defendant Detroit Steel Corporation ("Detroit Steel"), as authorized by Fed.R.Civ.Pro. 55(b).

1. On August 29, 2003, The Torrington Company sued Detroit Steel through its third-party/apportion complaint alleging that Detroit Steel sent waste oil and waste water-soluble oil containing hazardous substances to the National Oil Services Superfund Site at 16-20 Elm Street, West Haven, Connecticut (the "Site") in the early 1980s.

353234

Default entered pursuant to Rule 55(a), FRCP. Default Judgment to be filed by 4/19/04 or dismissal will enter pursuant to Rule 41(a) FRCP.

KEVIN F. ROWE, Clerk
BY [signature], Deputy Clerk