FILED

2004 FEB 19 P 1: 07

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) CIVIL ACTION NO. 3:01 CV 1568 (SRU) |
| V. | ) |
| | ) |
| RALPH BELLO; VERA BELLO; | ) |
| VERA ASSOCIATES LIMITED | ) |
| PARTNERSHIP; REAL PROEPRTY | ) |
| ADDRESSED AT 16-20 ELM STREET, | ) |
| EST HAVEN, CONNECTICUT; and | ) |
| E TORRINGTON COMPANY, | ) |
| Defendants | ) FEBRUARY 18, 2004 |

**DEFENDANT/THIRD-PARTY PLAINTIFF, THE TORRINGTON COMPANY'S**
**MOTION FOR ENTRY OF DEFAULT AGAINST THIRD-PARTY DEFENDANT**
**INDUSTRIAL ENVIRONMENTAL SERVICES, INC.**

Defendant/Third-Party Plaintiff The Torrington Company respectfully requests that the court

er a default against Third-Party Defendant Industrial Environmental Services, Inc. ("Industrial

vironmental"), as authorized by Fed.R.Civ.Pro. 55(b).

1. On August 29, 2003, The Torrington Company sued Industrial Environmental through its

   third-party/apportion complaint dated alleging that Industrial Environmental sent waste oil

   and waste water-soluble oil containing hazardous substances to the National Oil Services

FILED
MAR 18
U.S. DISTRICT COURT
BRIDGEPORT, CONN.
3:29

Default entered pursuant to Rule 55(a), FRCP. Default
Judgment to be filed by 5/19/04 or dismissal will
enter pursuant to Rule 41(d) FRCP.

KEVIN F. ROWE, Clerk
BY _____
Deputy Clerk

64

353246