UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 12 P 2: 05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA,  )
          Plaintiff  )
            )
V.  )   CIVIL ACTION NO. 3:01 CV 1568(SRU)
            )
RALPH BELLO; VERA BELLO;  )
VERA ASSSOCIATES LIMITED  )
PARTNERSHIP; REAL PROPERTY  )
ADDRESSES AT 16-20 ELM STREET  )
WEST HAVEN, CONNECTICUT; and  )
THE TORRINGTON COMPANY,  )
          Defendants  )

March 12, 2004

**DEFENDANT RALPH BELLO; VERA BELLO; VERA ASSOCIATES LIMITED PARTNERSHIP; REAL PROPERTY ADDRESSED AT 16-20 ELM STREET WEST HAVEN, CONNECTICUT 'S MOTION OF EXTENSION OF TIME WITHIN WHICH TO RESPOND TO THE TORRINGTON COMPANY'S MOTION TO DISMISS**

Pursuant to Legal Rule of Civil Procedure 9(b), defendant, Ralph Bello et al, hereby moves for a thirty (30) day extension of time up to and including April 14, 2004, within which to respond to Defendant, The Torrington Company's Motion to Dismiss and Motion for a More Definite Statement as to the Cross-Claim advanced by Ralph Bello, et al.

As grounds for this motion, Defendant, Ralph Bello, et al states as follows:

1. Counsel for the Defendant Ralph Bello, et al has this date filed his appearance and has recently received the case and needs additional time to review the case file and to prepare an anticipated response.

2. This is this attorney's first request for an extension of time.

GRANTED, ABSENT OBJECTION.
SO ORDERED. /s/ Stefan R. Underhill U.S.D.J.