# Updike, Kelly & Spellacy, P.C.

Counselors at Law

Please reply to the Hartford Office

One State Street, P.O. Box 231277
Hartford, Connecticut 06123-1277
Telephone (860) 548-2600
Facsimile (860) 548-2680

One Century Tower, 265 Church Street
New Haven, Connecticut 06510-7002
Telephone (203) 786-8300
Facsimile (203) 772-2037

FILED
2004 MAR 23 P 3:50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MERITAS
LAW FIRMS WORLDWIDE
An Alliance Member

March 22, 2004

The Honorable Stefan R. Underhill
Chambers of the Honorable Stefan R. Underhill
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Re:  United States v. The Torrington Co. v. Detroit Steel Corp., et al. (Docket No. 3:01 CV 1568 (SRU)) — Third-Party/Apportionment Action of The Torrington Company

Dear Judge Underhill:

I am writing to provide the status of the efforts of The Torrington Company to pursue its remedies against the third-party defendants since the case status conference of February 5, 2004.

The Torrington Company filed its third-party/apportionment complaint on August 29, 2003, alleging that the third-party defendants sent waste oil and waste water-soluble oil containing hazardous substances to the National Oil Services Superfund Site at 16-20 Elm Street, West Haven, Connecticut. The eight third-party defendants are: Detroit Steel Corp.; Industrial Environmental Services, Inc.; Pratt & Whitney; Western Sand & Gravel; Carpenter Technology Corp.; MRM Industries, Inc.; Armstrong Rubber Co.; and Bridgeport Brass Co.

The Torrington Company attempted to make service upon all third-party defendants. As of February 5, 2004, The Torrington Company had successfully served five third-party defendants: Detroit Steel Corp.; Industrial Environmental Services, Inc.; Pratt & Whitney; Carpenter Technology Corp.; and Armstrong Rubber Co.

On or about February 12, 2004, The Torrington Company filed a motion to enlarge the time for service upon Western Sand & Gravel, MRM Industries, Inc., and Bridgeport Brass Co. until March 6, 2004. The Court granted such motion. Despite its efforts, The Torrington Company has been unable to make service upon these three third-party defendants.

Pratt & Whitney, Carpenter Technology Corp., and Armstrong Rubber Co. appeared in the action, and have since settled their liabilities with the United States.

357193

Updike, Kelly & Spellacy, P.C.
The Honorable Stefan R. Underhill
March 22, 2004
Page 2

On or about February 19, 2004, The Torrington Company filed motions for entry of default against Detroit Steel Corp. and Industrial Environmental Services, Inc. for failure to file an appearance or a responsive pleading, or otherwise defend the suit. The Court granted the motions on March 18, 2004, and set a deadline of April 19, 2004 for The Torrington Company to file its motions for default judgment.

I trust this sufficiently apprises Your Honor of the status of The Torrington Company's third-party/apportionment action. If I can provide any further information, please contact me.

                      Very sincerely yours,

                      Scott N. Koschwitz, Esq.
                      Counsel to Defendant/Third-Party Plaintiff
                      The Torrington Company

cc: Counsel of Record

357193