UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 19, 2004

10:00 a.m. - 2:00 p.m.
AND
Third-party defendants at
2:00 p.m. - 5:00 p.m.

*Held 4 hours*

**CASE NO. 3:01cv1568 (SRU)    USA v Bello, et al v Detroit Steel Corp., et al**

Michael A. Bogdonoff
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch St.
Philadelphia, PA 19103-2793

Katherine Ann Burroughs
Dechert Price & Rhoads
90 State House Square
Hartford, CT 06103

Catherine Adams Fiske
US Dept of Justice
Environment & Natural Resources Div
One Gateway Ctr
Suite 616
Newton, MA 02458

Bruce S. Gelber
US Department of Justice
Environment & Natural Resources Div
PO Box 7611, Ben Franklin Station
Washington, DC 20044

John B. Hughes
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

Kristin M. Hynd
Dechert LLP - PA
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

Scott N. Koschwitz
Updike, Kelly & Spellacy, P.C.-Htfd
One State St., Po Box 231277
Hartford, CT 06123-1277

Eric Lukingbeal
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

David J. Monz
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church St.
New Haven, CT 06510

Lawrence W. Puckett
US Department of Justice
Environment & Natural Resources Div
PO Box 7611, Ben Franklin Station
Washington, DC 20044

Gian-Matthew Ranelli
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph P. Williams
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK