United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
4/12/04
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>V.<br><br>RALPH BELLO; VERA BELLO;<br>VERA ASSSOCIATES LIMITED<br>PARTNERSHIP; REAL PROPERTY<br>ADDRESSES AT 16-20 ELM STREET<br>WEST HAVEN, CONNECTICUT; and<br>THE TORRINGTON COMPANY,<br>Defendants | CIVIL ACTION NO. 3:01 CV 1568(SRU)<br><br>April 9, 2004 |

### DEFENDANT RALPH BELLO; VERA BELLO; VERA ASSOCIATES LIMITED PARTNERSHIP; REAL PROPERTY ADDRESSED AT 16-20 ELM STREET WEST HAVEN, CONNECTICUT 'S OBJECTION TO THE TORRINGTON COMPANY'S MOTION TO DISMISS

The Defendant, Ralph Bello, et al hereby objects to the Defendant, The Torrington Company's August 15, 2003 Motion to Dismiss and Motion for a More Definite Statement as to the Cross-Claim advanced by Ralph Bello, et al.

The Defendant Ralph Bello, et al. maintains that there exist facts pled upon which a legal claim for relief may be granted.

The Defendant Ralph Bello, et al. respectfully requests that they be afforded the opportunity to provide a more definite statement of the allegations in their First Count, should the Court not find for the Defendant, Torrington Company in it's sought dismissal.

In support of this Objection, Ralph Bello, et al. submits the accompanying memorandum.

**ORAL ARGUMENT NOT REQUESTED**

Respectfully submitted,

By: _____
PETER K. MANKO. ESQ
Federal Bar Number ct12905
Law Office of Peter K. Manko
PO Box 1278
Madison, CT 06443
Telephone Number (203) 245-2797

## CERTIFICATION

This to certify that a copy of the foregoing was mailed on April 10, 2004, postage prepaid, to the following:

Scott N. Koschwitz, Esq
Updike, Kelly & Spellacy, P.C
One State Street.
PO Box 231277
Hartford, CT 06123-1277

David J. Monz, Esq.
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th fl
New Haven, CT 06510

CATHERINE ADAMS FISKE, ESQ.
U.S. DEPT. OF JUSTICE
ENVIRONMENTAL ENFORCEMENT SECTION
ONE GATEWAY CENTER, SUITE 616
NEWTON, MA 02458

JOHN B. HUGHES, ESQ.
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT 06510

Lawrence W. Puckett
Environmental Enforcement Sec
Environmental and Nature Resources Div
U.S. Department of Justice
PO Box 7611
Washington, DC 20044-7611

Catherine R. McCabe, Deputy Chief
Environmental Enforcement Section
Environmental and Nature Resources Division
U.S. Department of Justice
PO Box 7611
Washington, DC 20044-7611

Detroit Steel Corp.
650 Washington Road
Pittsburgh, PA 15228

Industrial Environmental Services, Inc.
785 Middle Street
Bristol, CT 06010

Western Sand & Gravel, Inc.
368 Douglas Turnpike
Wyomissing, PA 19610

Katherine Ann Burroughs, Esq
Dechert Price & Rhoads
90 State House Square
Hartford, CT 06103

Kristin M. Hynd, Esq.
Dechert LLP-PA
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

Michael A. Bogdonoff, Esq.
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Gian-Mathew Ranelli, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph P. Williams, Esq.
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

MRM Industries, Inc.
c/o Fred A. Hitt, Esq.
350 South Main Street
Cheshire, CT 06410

Eric Lukingbeal, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Bridgeport Brass Co.
30 Grand Street
Bridgeport, CT 06604

By: _____
PETER K. MANKO. ESQ
Law Office of Peter K. Manko

4