UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | : <br> : <br> : | CIVIL ACTION NO.<br>3:01 CV 1568 (SRU) |
| v. | : <br> : | |
| RALPH BELLO, et al.,<br>　　　Defendants and Third-Party Plaintiffs, | : <br> : <br> : | |
| v. | : <br> : | |
| DETROIT STEEL CORPORATION, et al.,<br>　　　Third-Party Defendants. | : <br> : | APRIL 20, 2004 |

### MOTION FOR PARTIAL STAY BASED UPON
### AGREEMENT IN PRINCIPLE WITH THE UNITED STATES

Third-party defendant The Armstrong Rubber Company n/k/a Pirelli Tire LLC ("Armstrong") hereby moves for a 60 day stay of the proceedings with respect to the third-party Complaint against it because it has reached a settlement in principle with the United States to resolve its potential liabilities in this matter.

In support of this Motion, Armstrong represents the following:

　　　1.　　　The third-party defendant Armstrong has reached an agreement in principle with the United States that will provide contribution protection for Armstrong pursuant to CERCLA and require the dismissal of the third-party claims of the Torrington Company in this matter.

2.  It is the undersigned counsel's understanding that the Department of Justice will be preparing and lodging a consent decree with this Court shortly to effectuate its settlement in principle with Armstrong.

3.  Pursuant to this Court's scheduling order dated February 6, 2004, Armstrong's initial disclosure under Rule 26(a) must be made by April 21, 2004.

4.  In order to avoid unnecessary discovery, costs, and filings with the Court, third-party defendant Armstrong respectfully seeks a partial stay of proceedings to provide the Department of Justice adequate time to prepare and lodge a consent decree, and for public comment and Court approval.

5.  This is Armstrong's first Motion for Stay in this matter.

6.  Counsel for the United States has been contacted and has no objection to this Motion. Counsel for third-party plaintiff The Torrington Company has been contacted and has no objection to this Motion.

7.  The partial stay requested is for Armstrong only and does not stay the proceedings as to any other defendant.

WHEREFORE, the third-party defendant Armstrong Rubber Company n/k/a Pirelli Tire LLC respectfully requests the Court to stay all proceedings as to the third-party Complaint against it until the sooner of (1) Court action on the consent decree described above; or (2) June 21, 2004.

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

THIRD-PARTY DEFENDANT,
THE ARMSTRONG RUBBER CO.

By_____
    Joseph P. Williams
    Federal Bar No. ct14809
    Matthew Ranelli
    Federal Bar No. ct21638
    Shipman & Goodwin LLP
    One American Row
    Hartford, CT 06103-2819
    PHONE: (860) 251-5000
    FAX: (860) 251-5600
    E-MAIL: jwilliams@goodwin.com
            mranelli@goodwin.com
    Its Attorney

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Stay was mailed, postage prepaid, this 20th day of April, 2004, to:

| | |
|---|---|
| David J. Monz, Esq. | Attorney Catherine Adams Fiske |
| Updike, Kelly & Spellacy, P.C. | Environmental Enforcement Section |
| 265 Church Street | U. S. Department of Justice |
| 10th Floor | One Gateway Center |
| New Haven, CT 06510 | Suite 616 |
| *Counsel for defendant/third-party plaintiff* | Newton, MA 02458 |
| *The Torrington Company* | *Counsel for plaintiff United States of America* |

| | |
|---|---|
| Scott N. Koschwitz, Esq.<br>Updike, Kelly & Spellacy, P.C.<br>One State Street<br>P. O. Box 231277<br>Hartford, CT 06123-1277<br>*Counsel for defendant/third-party plaintiff*<br>*The Torrington Company* | John B. Hughes, Esq.<br>Assistant U. S. Attorney<br>U. S. Attorney's Office<br>157 Church Street, 23rd Floor<br>P. O. Box 1824<br>New Haven, CT 06510<br>*Counsel for plaintiff United States of America* |
| Eric Lukingbeal, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>*Counsel for third-party defendant Pratt &*<br>*Whitney* | Ikechukwu Umeugo, Esq.<br>Umeugo & Associates, P.C.<br>840 Orange Avenue<br>West Haven, CT 06516<br>*Counsel for defendants 16-20 Elm Street, Ralph*<br>*Bello and Vera Bello* |
| Bruce S. Gelber, Esq.<br>Lawrence W. Puckett, Esq.<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U. S. Department of Justice<br>P. O. Box 7611<br>Washington, DC 20044-7611<br>*Counsel for plaintiff United States of America* | Attorney Katherine Ann Burroughs<br>Dechert Price & Rhoads<br>90 State House Square<br>Hartford, CT 06103<br>*Counsel for third-party defendant Carpenter*<br>*Tech. Corp.* |

_____
Matthew Ranelli

369831

- 4 -