FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT APR 23 P 12: 54

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff | : | |
| V. | : | |
| | : | CIVIL NO. 3:01 CV (1568) SRU |
| RALPH BELLO; VERA BELLO; VERA<br>ASSOCIATES LIMITED PARTNERSHIP;<br>REAL PROPERTY ADDRESSED AT 16-<br>20 ELM STREET, WEST HAVEN, CT; and<br>THE TORRINGTON COMPANY,<br>      Defendants | : | |
| V. | : | |
| DETROIT STEEL CORPORATION;<br>INDUSTRIAL ENVIRONMENTAL<br>SERVICES, INC.; PRATT & WHITNEY;<br>WESTERN SAND & GRAVEL;<br>CARPENTER TECHNOLOGY CORP.;<br>MRM INDUSTRIES, INC.; ARMSTRONG<br>RUBBER CO.; and BRIDGEPORT BRASS<br>CO.,<br>      Third-Party Defendants. | : | APRIL 22, 2004 |

## MOTION FOR PARTIAL STAY BASED UPON AGREEMENT IN PRINCIPLE WITH THE UNITED STATES

Third-party defendant Pratt & Whitney hereby moves for a 60 day stay of the

proceedings with respect to the third-party Complaint against it because it has reached

a settlement in principle with the United States to resolve its potential liabilities in this

matter.

HART1-1175839-1
04/22/04 10:44 AM

In support of this Motion, Pratt & Whitney represents the following:

1.      The third-party defendant Pratt & Whitney has reached an agreement in principle with the United States that will provide contribution protection for Pratt & Whitney pursuant to CERCLA and require the dismissal of the third-party claims of the Torrington Company in this matter.

2.      It is the undersigned counsel's understanding that the Department of Justice will be preparing and lodging a consent decree with this Court shortly to effectuate its settlement in principle with Pratt & Whitney.

3.      Pursuant to this Court's scheduling order dated February 6, 2005, Pratt & Whitney's initial disclosure under Rule 26(a) was to have been made by April 21, 2004 and is currently overdue.

4.      In order to avoid unnecessary discovery, costs, and filings with the Court, third-party defendant Pratt & Whitney respectfully seeks a partial stay of proceedings to provide the Department of Justice adequate time to prepare and lodge a consent decree, and for public comment and Court approval.

5.      This is Pratt & Whitney's first Motion for Stay in this matter.

6.      Counsel for the United States has been contacted; Attorney Fiske is out of the office until April 26, 2004.  Counsel for third-party plaintiff The Torrington Company has been contacted and has no objection to this Motion.

7.    The partial stay requested is for Pratt & Whitney only and does not stay the proceedings as to any other defendant.

**WHEREFORE**, the third-party defendant Pratt & Whitney respectfully requests the Court to stay all proceedings as to the third-party Complaint against it until the sooner of (1) Court action on the consent decree described above; or (2) June 21, 2004.

**THIRD-PARTY DEFENDANT,
PRATT & WHITNEY**

By _____
Eric Lukingbeal, ct 05965
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail:  elukingbeal@rc.com

# CERTIFICATION

This is to certify that a copy of the foregoing was mailed, on April 22, 2004,

postage prepaid, to:

David J. Monz, Esquire
Updike, Kelly & Spellacy, P.C.
265 Church Street
10th Floor
New Haven, CT  06510

Attorney Catherine Adams Fiske
U.S. Department of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA  02458

Scott N. Koschwitz, Esquire
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT  06123-1277

Ikechukwu Umeugo
Umeugo & Associates, P.C.
840 Orange Avenue
West Haven, CT  06516

Bruce S. Gelber, Esquire
Lawrence W. Puckett, Esquire
Environmental Enforcement Section
E&NR Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611

John B. Hughes, Esquire
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT  06510

Attorney Katherine Ann Burroughs
Dechert Price & Rhoads
90 State House Square
Hartford, CT  06103

Joseph P. Williams, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103-2819

Attorney Kristen M. Hynd
Dechert LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA  19103

Detroit Steel Corp.
650 Washington Road
Pittsburgh, PA  15228

Industrial Environmental Services, Inc.
785 Middle Street
Bristol, CT  06010

Catherine R. McCabe, Deputy Chief
Environmental Enforcement Section
E&NR Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611

MRM Industries, Inc.
c/o Fred A. Hitt, Esquire
350 South Main Street
Cheshire, CT  06410

Western Sand & Gravel, Inc.
368 Douglas Turnpike
Harrisville, RI  02830

Bridgeport Brass Co.
30 Grand Street
Bridgeport, CT  06604


_____
Eric Lukingbeal