APR 1 6 2004

**CT** CORPORATION

04/12/04

U. S. District Court of Connecticut
Office of the General
915 Lafayette Blvd
Bridgeport, CT 06604

RE: DETROIT STEEL, INC. (DE)  Frmly: Detroit Steel Corporation

Title of Action: United States of America vs Ralph Bello, et al including Detroit Steel Corporation. Case# 3:01 CV 1568 (SRU)

Dear Sir:

We are returning documents served/received for the above company by our Hartford Office.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records were returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

*A. Coleman*
Agent Service Division

Encl.
ac/sr

UPDIKE, KELLY & SPELLACY, P.C.
David J. Monz
265 Church Street, 10th Floor
New Haven, CT 06510

111 Eighth Avenue
New York, NY 10011
Tel. 212 894 8940
Fax 212 590 9180

A WoltersKluwer Company

APR 1 6 2004