

FILED

2004 APR 21  A 10: 24

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:01 CV 1568 (SRU) |
| v. | : | |
| RALPH BELLO, et al.,<br>Defendants and Third-Party Plaintiffs, | : | |
| v. | : | |
| DETROIT STEEL CORPORATION, et al.,<br>Third-Party Defendants. | : | APRIL 20, 2004 |

FILED
2004 APR 28 A 8:32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MOTION GRANTED.

SO ORDERED.
Stefan R. Underhill, U.S.D.J.
4/28/04

## MOTION FOR PARTIAL STAY BASED UPON
## AGREEMENT IN PRINCIPLE WITH THE UNITED STATES

Third-party defendant The Armstrong Rubber Company n/k/a Pirelli Tire LLC ("Armstrong") hereby moves for a 60 day stay of the proceedings with respect to the third-party Complaint against it because it has reached a settlement in principle with the United States to resolve its potential liabilities in this matter.

In support of this Motion, Armstrong represents the following:

1. The third-party defendant Armstrong has reached an agreement in principle with the United States that will provide contribution protection for Armstrong pursuant to CERCLA and require the dismissal of the third-party claims of the Torrington Company in this matter.

SHIPMAN & GOODWIN® LLP • *COUNSELORS AT LAW*
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385