**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  2004 APR 23  P 12: 54

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>RALPH BELLO; VERA BELLO; VERA ASSOCIATES LIMITED PARTNERSHIP; REAL PROPERTY ADDRESSED AT 16-20 ELM STREET, WEST HAVEN, CT; and THE TORRINGTON COMPANY,<br>Defendants<br>V.<br><br>DETROIT STEEL CORPORATION; INDUSTRIAL ENVIRONMENTAL SERVICES, INC.; PRATT & WHITNEY; WESTERN SAND & GRAVEL; CARPENTER TECHNOLOGY CORP.; MRM INDUSTRIES, INC.; ARMSTRONG RUBBER CO.; and BRIDGEPORT BRASS CO.,<br>Third-Party Defendants. | CIVIL NO. 3:01 CV (1568) SRU<br><br><br><br><br><br><br><br><br><br><br><br>APRIL 22, 2004 |

**MOTION FOR PARTIAL STAY BASED UPON AGREEMENT IN PRINCIPLE WITH THE UNITED STATES**

Third-party defendant Pratt & Whitney hereby moves for a 60 day stay of the proceedings with respect to the third-party Complaint against it because it has reached a settlement in principle with the United States to resolve its potential liabilities in this matter.

HART1-1175839-1
04/22/04 10:44 AM

*[Handwritten margin notes: "MOTION GRANTED. SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J. 5/3/04"]*