FILED

2004 MAY -6 A 9: 42

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| v. | : |
| RALPH BELLO, et al., | : Case No. 3:01 CV (1568) SRU |
| Defendants, | : |
| v. | : |
| DETROIT STEEL CORPORATION, et al., | : |
| Third-Party Defendants. | : |

## MOTION FOR PARTIAL STAY BASED UPON
## AGREEMENT IN PRINCIPLE WITH THE UNITED STATES

Third-party defendant Carpenter Technology Corporation ("Carpenter") hereby moves for a 90-day stay of the proceedings with respect to the third-party Complaint against it because it has reached a settlement in principle with the United States to resolve its potential liabilities in this matter.

In support of this Motion, Carpenter represents the following:

1.  The third-party defendant Carpenter has reached an agreement in principle with the United States that will provide contribution protection for Carpenter pursuant to CERCLA and require the dismissal of the third-party claims of the Torrington Company in this matter.

2

2.	It is the undersigned counsel's understanding that the Department of Justice will be preparing and lodging a consent decree with this Court shortly to effectuate its settlement in principle with Carpenter.

3.	Pursuant to this Court's scheduling order dated February 6, 2004, Carpenter's initial disclosure under Rule 26(a) was to have been made by April 21, 2004 and is currently overdue.

4.	In order to avoid unnecessary discovery, costs, and filings with the Court, third-party defendant Carpenter respectfully seeks a partial stay of proceedings to provide the Department of Justice adequate time to prepare and lodge a consent decree, and for public comment and Court approval.

5.	This is Carpenter's first Motion for Stay in this matter.

6.	Counsel for the United States has been contacted and has no objection to this Motion. Counsel for third-party plaintiff The Torrington Company has been contacted and has no objection to this Motion.

7.	The partial stay requested is for Carpenter only and does not stay the proceedings as to any other defendant.

WHEREFORE, the third-party defendant Carpenter respectfully requests the Court to stay all proceedings as to the third-party Complaint against it until the sooner of (1) Court action on the consent decree described above or (2) July 21, 2004.

|  | Respectfully Submitted, |
|---|---|
| Dated: May 6, 2004 | /s/ *signature* |

Michael A. Bogdonoff, Esquire
(*admitted pro hac vice*) ct 19869
Kristin M. Hynd, Esquire
(*admitted pro hac vice*) ct 25428
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000 (*phone*)
(215) 994-2222 (*fax*)

4

## CERTIFICATE OF SERVICE

I, Kristin M. Hynd, do hereby certify that on this date I caused a copy of the foregoing Motion for Partial Stay Based Upon Agreement in Principle with the United States to be served by U.S. First Class Mail upon the following:

David J. Monz, Esquire
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street, 10th Floor
New Haven, CT 06510

Scott N. Koschwitz, Esquire
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277

Eric Lukingbeal, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Gian-Matthew Ranelli, Esquire
Joseph P. Williams, Esquire
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Joseph P. Williams, Esquire
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

Industrial Environmental Services, Inc.
785 Middle Street
Bristol, CT 06010

Attorney Catherine Adams Fiske
U.S. Department of Justice
Environmental Enforcement Section
One Gateway Center, Suite 616
Newton, MA 02458

Ikechukwu Umeugo
Umeugo & Associates, P.C.
840 Orange Avenue
West Haven, CT 06516

Bruce S. Gelber, Esquire
Lawrence W. Puckett, Esquire
Environmental Enforcement Section
E&NR Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

John B. Hughes, Esquire
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Detroit Steel Corp.
650 Washington Road
Pittsburgh, PA 15228

Western Sand & Gravel, Inc.
368 Douglas Turnpike
Harrisville, RI 02830

Catherine R. McCabe, Deputy Chief
E&NR Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC  20044-7611

MRM Industries, Inc.
c/o Fred A. Hitt, Esquire
350 South Main Street
Cheshire, CT  06410

Bridgeport Brass Co.
30 Grand Street
Bridgeport, CT  06604

Date: May 6, 2004

_Kristin M. Hynd_

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| RALPH BELLO, et al., : | Case No. 3:01 CV (1568) SRU |
| : | |
| Defendants, : | |
| : | |
| v. : | |
| : | |
| DETROIT STEEL CORPORATION, et al., : | |
| : | |
| Third-Party Defendants. : | |

**ORDER**

AND NOW, this ___ day of _____, 2004, upon consideration of Third-Party Defendant Carpenter Technology Corporation's Motion For Partial Stay Based Upon Agreement In Principle With The United States, it is hereby ORDERED that the motion is GRANTED and all proceedings as to the Third-Party Complaint against Carpenter Technology Corporation are stayed until the sooner of (1) Court action on a consent decree or (2) July 21, 2004.

_____
J.