IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:01 CV 1568 (SRU) |
| ) | |
| RALPH BELLO, et. al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| DETROIT STEEL CORPORATION, et. al., ) | |
| ) | |
| Third-Party Defendants. ) | |

NOTICE OF LODGING OF PROPOSED CONSENT DECREE
(NO ACTION REQUIRED)

On today's date, Plaintiff United States lodged a proposed Consent Decree resolving the claims set forth in the United States' complaint against Ralph Bello; Vera Bello; Vera Associates Limited Partnership; and the real property addressed at 16-20 Elm Street, West Haven, Connecticut (collectively "the Settling Defendants") with respect to the National Oil Superfund Site, located in West Haven, Connecticut ("the Site"). This Notice provides the Court with a brief description of the proposed settlement and the public comment process afforded the proposed Consent Decree. **As described in more detail below, no action from the Court is requested at this time with respect to the proposed Decree.**

Discussion

The United States brings its action against the Settling Defendants under Section 107 of CERCLA, 42 U.S.C. § 9607, seeking reimbursement of the United States' response costs at the

Site. The proposed Consent Decree resolves the government's claims as alleged in the complaint against the Settling Defendants in exchange for payment of $150,000, which has been deposited into an interest bearing account for the benefit of the government.

Because of the time period afforded the public to comment upon the proposed Consent Decree as required by law and/or policy, no action is required of the Court at this time with regard to the proposed Decree. Consistent with Section 122(d) of CERCLA, 42 U.S.C. § 9622(d)(2), and 28 C.F.R. § 50.7, the United States shall publish a Notice of Lodging of the Decree in the Federal Register, and provide an opportunity for public comment upon the proposed Decree for a 30 day comment period, beginning with the date of publication of the Notice in the Federal Register.

After the 30 day public comment period, the United States will consider and respond to any timely received public comments regarding the Decree. Thereafter, the United States will move the Court to sign and enter the Consent Decree, should it appear that the settlement continues to be in the public interest. The United States will provide the Court with a summary of any such timely received public comments together with the government's response(s) thereto. **Accordingly, the United States requests that no further action be taken by the Court with respect to this Decree until the comment period has closed and the United States so moves, or otherwise notifies, the Court.**

Conclusion

The United States hereby provides notice of lodging of the proposed Consent Decree. No

further action is required by the Court until the close of the public comment period.

                                        Respectfully Submitted,

                                        THOMAS L. SANSONETTI  
                                        Assistant Attorney General  
                                        Environment and Natural Resources Division

                                             /s/ C. A. Fiske  
                                        CATHERINE ADAMS FISKE  
                                        Environmental Enforcement Section  
                                        Environment and Natural Resources Division  
                                        U.S. Department of Justice  
                                        One Gateway Center -- Suite 616  
                                        Newton, MA 02458  
                                        (617) 450-0444 (phone)  
                                        (617) 450-0448 (fax)


                                        KEVIN J. O'CONNER  
                                        United States Attorney  
                                        District of Connecticut

                                        JOHN B. HUGHES  
                                        Assistant United States Attorney  
                                        U.S. Attorney's Office  
                                        District of Connecticut  
                                        Connecticut Financial Center  
                                        157 Church Street  
                                        New Haven, Connecticut  06510


OF COUNSEL:

STEVEN SCHLANG  
Senior Enforcement Counsel  
U.S. Environmental Protection Agency  
Region I  
One Congress Street, Suite 1100  
Boston, MA  02114-2023

<u>Certificate of Service</u>

I hereby certify that the foregoing document was served this 25th day of May, 2004, by first class upon counsel of record in this matter.

    /s/ C. A. Fiske
Catherine Adams Fiske