IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:01 CV 1568 (SRU) |
| | ) | |
| RALPH BELLO, et. al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DETROIT STEEL CORPORATION, et. al., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

### UNITED STATES' MOTION TO ENTER CONSENT DECREE

Plaintiff, the United States of America, respectfully moves the Court to approve, sign, and enter as a final judgment the Consent Decree which was lodged with the Court on May 26, 2004 ("Consent Decree"). The Consent Decree resolves the Plaintiff's claims against the Settling Defendants and requires the Settling Defendants to pay $150,000 in unreimbursed removal costs incurred by the United States Environmental Protection Agency ("EPA") at the National Oil Services Superfund Site.

On June 4, 2004, the United States published notice of the proposed Consent Decree in the Federal Register and initiated a 30-day public comment period. 69 Fed. Reg. 31638. The comment period has concluded, and the United States has not received any adverse comments on the proposed Decree. One of the Settling Defendants, Ralph Bello, however, has letters to the Department of Justice, and others, complaining about the government's treatment of him, requesting the return of the settlement payment, and requesting that the lien be removed from his

property. As discussed in the accompanying Memorandum, Mr. Bello agreed to be bound by the terms of the Decree and has no basis to withdraw from the agreement he signed. His letters do not warrant rejection of the Consent Decree, which represents a fair compromise for all.

For the reasons set forth in the Memorandum, the Decree is fair, reasonable, and consistent with the goals of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §§ 9601 et seq. Wherefore, the United States respectfully requests that the Court sign and enter the Decree and sign the attached proposed Order approving and entering the Decree as a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

Respectfully Submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division


/s/ C. A. Fiske
CATHERINE ADAMS FISKE
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
One Gateway Center -- Suite 616
Newton, MA 02458
(617) 450-0444 (phone)
(617) 450-0448 (fax)

2

KEVIN J. O'CONNER
United States Attorney
District of Connecticut

JOHN B. HUGHES
Assistant United States Attorney
U.S. Attorney's Office
District of Connecticut
Connecticut Financial Center
157 Church Street
New Haven, Connecticut 06510

OF COUNSEL:

STEVEN SCHLANG
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street, Suite 1100
Boston, MA 02114-2023

Certificate of Service

I hereby certify that the foregoing document was served this 15th day of July, 2004, by first class upon counsel of record in this matter and upon Ralph and Vera Bello.

/s/ C. A. Fiske
Catherine Adams Fiske