IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**
2004 JUL 29 P 4: 48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v. ) | CIVIL NO. 3:01 CV 1568 (SRU) |
|  ) | |
| RALPH BELLO, et. al., ) | |
|  ) | |
| Defendants, ) | |
|  ) | |
| v. ) | |
|  ) | |
| DETROIT STEEL CORPORATION, et. al., ) | |
|  ) | |
| Third-Party Defendants. ) | |

### ORDER FOR THE ENTRY OF THE CONSENT DECREE

This matter comes before this Court on the United States' Motion to Enter Consent Decree between the United States and Ralph Bello, Vera Bello, Vera Associates Limited Partnership, and the real property addressed at 16-20 Elm Street, West Haven, Connecticut.; and pursuant to Fed. R. Civ. P. 54(b) and 58; and because there is no just reason for delay; for good cause shown;

IT IS on this _29th_ day of _July_, 2004,

ORDERED that the Consent Decree be entered as a final judgment.

_____
UNITED STATES DISTRICT COURT