IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:01 CV 1568 (SRU) |
| ) | |
| RALPH BELLO, et. al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| DETROIT STEEL CORPORATION, et. al., ) | |
| ) | |
| Third-Party Defendants. ) | |

NOTICE OF LODGING OF PROPOSED CONSENT DECREE
(NO ACTION REQUIRED)

On today's date, Plaintiff United States lodged a proposed Consent Decree resolving the claims under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, 42 U.S.C. § 9601, et. seq., as amended ("CERCLA") against third party defendants, Armstrong Rubber Co.; Carpenter Technology Corporation; and Pratt & Whitney (collectively "the Settling Defendants") with respect to the National Oil Superfund Site, located in West Haven, Connecticut ("the Site"). This Notice provides the Court with a brief description of the proposed settlement and the public comment process afforded the proposed Consent Decree. **As described in more detail below, no action from the Court is requested at this time with respect to the proposed Decree.**

## Discussion

The proposed Consent Decree resolves the Settling Defendants' liability to the United States under Section 107 of CERCLA, 42 U.S.C. §19607, for unreimbursed response costs at the Site. Under the proposed Consent Decree, the Settling Defendants will pay a total of $35,745.05.

Because of the time period afforded the public to comment upon the proposed Consent Decree as required by law and/or policy, no action is required of the Court at this time with regard to the proposed Decree. Consistent with Section 122(d) of CERCLA, 42 U.S.C. § 9622(d)(2), and 28 C.F.R. § 50.7, the United States shall publish a Notice of Lodging of the *Decree in the Federal Register, and provide an opportunity for public comment upon the proposed Decree for a 30 day comment period, beginning with the date of publication of the Notice in the Federal Register.

After the 30 day public comment period, the United States will consider and respond to any timely received public comments regarding the Decree. Thereafter, the United States will move the Court to sign and enter the Consent Decree, should it appear that the settlement continues to be in the public interest. The United States will provide the Court with a summary of any such timely received public comments together with the government's response(s) thereto. **Accordingly, the United States requests that no further action be taken by the Court with respect to this Decree until the comment period has closed and the United States so moves, or otherwise notifies, the Court.**

## Conclusion

The United States hereby provides notice of lodging of the proposed Consent Decree. No

further action is required by the Court until the close of the public comment period.

                                    Respectfully Submitted,

                                    THOMAS L. SANSONETTI
                                    Assistant Attorney General
                                    Environment and Natural Resources Division

                                         /s/ C. A. Fiske
                                    CATHERINE ADAMS FISKE
                                    Environmental Enforcement Section
                                    Environment and Natural Resources Division
                                    U.S. Department of Justice
                                    One Gateway Center -- Suite 616
                                    Newton, MA 02458
                                    (617) 450-0444 (phone)
                                    (617) 450-0448 (fax)


                                    KEVIN J. O'CONNER
                                    United States Attorney
                                    District of Connecticut

                                    JOHN B. HUGHES
                                    Assistant United States Attorney
                                    U.S. Attorney's Office
                                    District of Connecticut
                                    Connecticut Financial Center
                                    157 Church Street
                                    New Haven, Connecticut  06510


OF COUNSEL:

STEVEN SCHLANG
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street, Suite 1100
Boston, MA  02114-2023

Certificate of Service

    I hereby certify that the foregoing document was served this 23rd day of August, 2004, by first class upon Ralph and Vera Bello and counsel of record in this matter.

                                        /s/ C. A. Fiske
                                        Catherine Adams Fiske