IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:01 CV 1568 (SRU) |
| | ) | |
| RALPH BELLO; VERA BELLO; VERA | ) | |
| ASSOCIATES LIMITED PARTNERSHIP; | ) | |
| REAL PROPERTY ADDRESSED AT | ) | |
| 16-20 ELM STREET, WEST HAVEN, | ) | |
| CONNECTICUT; and THE | ) | |
| TORRINGTON COMPANY, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DETROIT STEEL CORPORATION; | ) | |
| INDUSTRIAL ENVIRONMENTAL | ) | |
| SERVICES, INC.; | ) | |
| PRATT & WHITNEY; | ) | |
| WESTERN SAND & GRAVEL; | ) | |
| CARPENTER TECHNOLOGY CORP.; | ) | |
| MRM INDUSTRIES, INC.; | ) | |
| ARMSTRONG RUBBER CO.; and | ) | |
| BRIDGEPORT BRASS CO., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

STATUS REPORT PURSUANT TO LOCAL RULE 41(B)

Plaintiff, the United States of America, files this status report pursuant to Local Rule

41(b) regarding the progress of settlement negotiations and respectfully requests that this matter

not be dismissed until the settling parties in this matter have the opportunity to finalize the terms

of their agreement in principle.

This court has already approved and entered the proposed settlement between the United

States and defendants Ralph and Vera Bello, Vera Associates Limited Partnership, and the real

property addressed at 16-20 Elm Street, West Haven, Connecticut.  See this Court's Order of

July 29, 2004 entering the Consent Decree.

However, the United States has two additional agreements in principle regarding this

matter.  The first agreement is with three third party defendants, Armstrong Rubber Co.,

Carpenter Technology Corp., and Pratt & Whitney.  This third party agreement was lodged with

the Court on August 24, 2004, and is currently subject to the public comment process described

below.  The second agreement in principle is under negotiation with The Torrington Company.

It is anticipated that the agreement with The Torrington Company may be lodged with the Court

within the next month or two.   If this Court approves these settlements, this matter may be

closed.

The two proposed settlements are subject to a public comment process and will resolve

the settling defendants' liability to the United States under Section 107 of CERCLA, 42 U.S.C.

§19607, for unreimbursed response costs at the Site.  Consistent with Section 122(d) of

CERCLA, 42 U.S.C. § 9622(d)(2), and 28 C.F.R. § 50.7, the United States shall publish notice

of the settlements in the Federal Register, and provide an opportunity for public comment upon

the proposed decree for a 30 day comment period, beginning with the date of publication of the

Notice in the Federal Register.  Following the close of the comment period, the United States

will move to enter the proposed decree, if the United States believes the decree is in the public

interest.

The United States and defendant The Torrington Company are negotiating the terms of a

proposed consent decree to resolve the CERCLA liability of The Torrington Company with

respect to this matter.   Once the decree has been signed by the parties, it will be lodged with this

Court for a period of public comment.  If the proposed settlement with The Torrington Company

is entered by this Court, together with the third party consent decree, this matter may be closed.

In short, this matter is close to a final negotiated resolution, but it is premature to dismiss

the case pursuant to Local Rule 41(b) due to the necessity of finalizing the terms of the proposed

consent decree with The Torrington Company, and the public comment period afforded

settlements under CERCLA with the United States.

<div style="margin-left: 40%;">

Respectfully Submitted,
THOMAS L. SANSONETTI
Assistant Attorney General
Environment and Natural Resources Division


    /s/ C. A. Fiske
CATHERINE ADAMS FISKE
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
One Gateway Center -- Suite 616
Newton, MA 02458
(617) 450-0444 (phone)
(617) 450-0448 (fax)


KEVIN J. O'CONNOR
United States Attorney
District of Connecticut

JOHN B. HUGHES
Assistant United States Attorney
U.S. Attorney's Office
District of Connecticut
Connecticut Financial Center
157 Church Street
New Haven, Connecticut  06510

</div>

OF COUNSEL:

STEVEN SCHLANG
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street, Suite 1100
Boston, MA  02114-2023

<u>Certificate of Service</u>

I hereby certify that the foregoing document was served this 24th day of August, 2004, by first class upon Ralph and Vera Bello and counsel of record in this matter.

<u>    /s/ C. A. Fiske        </u>
Catherine Adams Fiske