IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:01 CV 1568 (SRU) |
| ) | |
| RALPH BELLO, et. al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| DETROIT STEEL CORPORATION, et. al., ) | |
| ) | |
| Third-Party Defendants. ) | |

**THE UNITED STATES' MOTION TO ENTER CONSENT DECREE
WITH RESPECT TO CERTAIN THIRD PARTY DEFENDANTS**

Plaintiff, the United States of America, respectfully moves the Court to approve, sign, and enter as a final judgment the Consent Decree with certain third party defendants which was lodged with the Court on August 24, 2004. The proposed Consent Decree ("Consent Decree" or "Settlement") resolves Plaintiff's claims against third party defendants Armstrong Rubber, Carpenter Technology, and Pratt & Whitney (collectively "Settling Defendants") under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9601 et seq., with respect to the National Oil Services Superfund Site ("Site") in West Haven, Connecticut.

The Consent Decree requires the Settling Defendants to collectively pay $35,745.05 of

the unreimbursed removal costs incurred by the United States Environmental Protection Agency ("EPA") related to the Site.  This amount is in addition to the approximately $1.25 million recovered under prior settlements with over 400 large volume contributors of hazardous substances at the Site, and four owner/operator defendants.  The United States has also recently reached an agreement in principle with The Torrington Company for an additional $350,000.  Once consummated by all the settling parties, and if approved by this Court, together these proposed settlements recover approximately $1.64 million – about 92% – of the approximate total of $1.77 million in costs EPA incurred related to the cleanup of the Site.[1]

On September 2, 2004, the United States published notice of the proposed Consent Decree in the Federal Register and initiated a 30-day public comment period.  69 Fed. Reg. 53736-37 (September 2, 2004).   The comment period has concluded, and no comments were received.

Accordingly, the United States respectfully requests that the Court enter the Consent Decree because it is fair, reasonable, and consistent with the goals of CERCLA.  In particular, the United States respectfully requests that this Court sign and enter the Decree and sign the proposed Order attached to the Motion approving and entering the Decree as a final judgment

---

[1] This figure does not include $123,441 in prejudgment interest as of March 11, 2004.

pursuant to Federal Rule of Civil Procedures 54(b) and 58.

        Respectfully Submitted,

        THOMAS L. SANSONETTI
        Assistant Attorney General
        Environment and Natural Resources Division


        _____/s/ C. A. Fiske_____
        CATHERINE ADAMS FISKE
        Environmental Enforcement Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        One Gateway Center -- Suite 616
        Newton, MA 02458
        (617) 450-0444 (phone)
        (617) 450-0448 (fax)



        KEVIN J. O'CONNER
        United States Attorney
        District of Connecticut

        JOHN B. HUGHES
        Assistant United States Attorney
        U.S. Attorney's Office
        District of Connecticut
        Connecticut Financial Center
        157 Church Street
        New Haven, Connecticut  06510


OF COUNSEL:

STEVEN SCHLANG
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street, Suite 1100
Boston, MA  02114-2023

<u>Certificate of Service</u>

  I hereby certify that the foregoing document was served this 5th day of October, 2004, by first class upon counsel of record in this matter and upon Ralph and Vera Bello.


                  /s/ C. A. Fiske
                  Catherine Adams Fiske