# Corruption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.

STEFAN R. UNDERHILL
U.S. DISTRICT COURT
915 LAFAYETTE BLVD.
BRIDGEPORT, CONN. 06604
YOUR HONOR:


**BILL O'REILLY**

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT, AND THERE HAS BEEN FOR SOME TIME.!

OCTOBER 13, 2004

YOUR HONOR, I SENT YOU A "CERTIFIED LETTER" ON (9/21/04) INCLUDED IN THE LETTER WERE THE FOLLOWING ACTIONS "I" TOOK AGAINST MY TENANT BECAUSE (D.E.P.) AND (U.S.E.P.A.) DID ABSOLUTELY NOTHING TO STOP THEIR "ILLEGAL ACTIVITIES".! I HAVE SOLID PROOF.!

MY TENANT BEGAN RECEIVING "VIOLATION NOTICES" AS EARLY AS 1992.

I IMMEDIATELY SENT "CERTIFIED LETTERS" TO ATTY GEN. BLUMENTHAL, ASST ATTY GEN. WEBB AND DIRECTOR OF D.E.P. DAVID NASH.! NO ONE TOOK ANY ACTION.!

ON (9/24/96 AND 9/25/96 ) I SENT (2) CERTIFIED LETTERS TO ATTY GEN. BLUMENTHAL (ENCLOSED ARE LETTERS).! BECAUSE NO ONE TOOK ANY ACTION, "I" STARTED "EVICTION PROCEEDINGS". IT TOOK ME (3) MONTHS TO FINALLY "EVICT" MY TENANT ON ( 12/31/97 ).

HAD (D.E.P.) MADE MY TENANT EMPTY THE TANKS OF OVER (500,000)GALLONS OF HAZARDOUS WASTE OILS AND SLUDGE, THERE WOULD HAVE BEEN NO REASON FOR (U.S.E.P.A ) TO GET INVOLVED.! WE COULD HAVE SAVED OVER (12) YEARS OF WASTED TIME AND MONEY FROM 1992 THRU 2004.1

TO BEGIN WITH, THIS CASE COULD HAVE AND SHOULD HAVE BEEN SETTLED IN (1992)WHEN MY TENANT RECEIVED HIS FIRST "VIOLATION NOTICE" FOR STORING AND PROCESSING HAZARDOUS WASTE OILS AND SLUDGE ON MY PROPERTY.! HAD (D.E.P.)DIRECTOR DAVID NASH,ACTED QUICKLY AND FORCEFULLY, MY TENANT COULD NEVER HAVE ACCUMULATED OVER (500,000)GALLONS OF HAZARDOUS WASTE OILS AND SLUDGE.! INSTEAD (D.E.P.)CHOSE NOT TO DO ANYTHING TO MY TENANT.!

IN RETROSPECT, HAD (D.E.P.)MADE MY TENANT "EMPTY" ALL THE TANKS BEFORE THE "EVICTION" BECAME FINAL, ON DECEMBER 31, 1997, THERE WOULD HAVE BEEN NO REASON FOR "EPA" TO GET INVOLVED.! I COULD OF STILL HAD A TENANT! E.P.A.,COULD HAVE SAVED (7) YEARS OF WASTED TIME AND MONEY. MS FISKE, DID YOU TELL THE JUDGE THAT MR. BELLO, TOOK **EVERY** PRE-CAUTION POSSIBLE.?

MS FISKE, IN YOUR LETTER OF (9/17/04) YOU SAID, JUDGE UNDERHILL, ENTERED A DECREE THAT THE UNITED STATES "CANNOT" RETURN MY CHECK FOR $150,000.00. PLEASE TELL ME WHY.??

(1)

# Corruption, inefficiency thrive at Justice


**BILL O'REILLY**

THERE is something very wrong inside the Justice Department, and there has been for some time.

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT, AND THERE HAS BEEN FOR SOME TIME.!

CATHERINE ADAMS FISKE, SAID, JUDGE UNDERHILL, APPROVED AND ENTERED THE SETTLEMENT IN FAVOR OF THE UNITED STATES.! HOW COULD THIS BE POSSIBLE.? I BROKE NO LAWS.! I ABIDED BY ALL THE LAWS.! I WARNED ALL THE AUTHORITIES BY "CERTIFIED MAIL". MS FISKE, MUST PROVE I BROKE THE LAW.? DOES THE GOVERNMENT HAVE A "DOUBLE STANDARD.???

CATHERINE ADAMS FISKE, SAID, JUDGE UNDERHILL, WAS PROVIDED LETTERS THAT I SENT HER INCLUDING THE LETTER REQUESTING, SHE RETURN MY ($150,000.00) SETTLEMENT PAYMENT MADE TO RESOLVE MY LIABILITY.! ( I HAVE NO LIABILITY ).! FISKE, MUST PROVE THIS.! I HAVE SOLID PROOF.!

CATHERINE ADAMS FISKE, WENT BEHIND MY BACK AND TALKED TO MY SONS AND WIFE.! MS FISKE, UPSET MY WIFE TO A POINT WHERE SHE ALMOST HAD A "NERVOUS BREAKDOWN".! I THINK TOO MUCH OF MY WIFE AND RELUCTANTLY GAVE IN.!

MS FISKE, DID YOU TELL THE JUDGE, MR. BELLO "EVICTED" HIS TENANT AND STOPPED THE FURTHER ACCUMULATION OF HAZARDOUS WASTE OILS AND SLUDGE ONTO MY PROPERTY.?

MS FISKE, DID YOU TELL THE JUDGE, THAT I TOOK MY TENANT TO COURT BEFORE (3) DIFFERENT JUDGES ? BEFORE JUDGE BERGER, JUDGE LEVIN AND JUDGE LEAVITT AND THEY ALL RULED IN MY FAVOR.!!

MS FISKE, DID YOU TELL THE JUDGE, THAT AS SOON AS MY TENANT RECEIVED HIS FIRST "VIOLATION NOTICE" IN 1992, I IMMEDIATELY CONTACTED ATTY GEN. BLUMENTHAL, ASST ATTY GEN. WEBB AND DIRECTOR OF D.E.P. DAVID NASH.?

MS FISKE, DID YOU TELL THE JUDGE THAT YOU HAVE BEEN "CATERING" TO THE "TORRINGTON COMPANY" FOR OVER (7) YEARS, WASTING TAX PAYER MONEY AND TIME, BY DELAYING TO CLOSE THIS CASE.?

MS FISKE, DID YOU TELL THE JUDGE THAT EPA, COLLECTED ALL YOUR EXPENSES AND MUCH MORE ON (9/18/01)? THIS IS WHEN THE CASE SHOULD HAVE BEEN CLOSED.! THE COST OF THE CLEANUP WAS ($1,134,000.00 ) AND EPA COLLECTED ($1,482,702.92 ).!

MS FISKE, YOU STATE THE GOVERNMENT IS SHORT ($500,000.00 ) AND GO AFTER THE ("TORRINGTON COMPANY" ) AND GET THE REMAINING ($500,000.00 ).

PHONE: (203)- 932-4454                                     FAX: (203)- 937-8274

# Corruption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.



BILL O'REILLY

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

MS FISKE, WHY DID YOU WASTE (7 YEARS) TO COME TO THIS CONCLUSION?.IT WAS VERY CLEAR THAT THE "TORRINGTON COMPANY" WAS THE NUMBER ONE "VIOLATOR" AND YOU KEPT "APPEASING THEM".

MS FISKE, YOU MAKE NO MENTION THAT WHEN EPA, LEFT MY PROPERTY IN MID 1998 AFTER THE SUP - POSED CLEANUP, THEY CAUSED SEVERAL THOUSANDS OF DOLLARS DAMAGE TO MY EQUIPMENT AND PROP - ERTY AND LEFT THE PROPERTY LOOKING LIKE A "WAR ZONE".! ENCLOSED IS PHOTO.!

MS FISKE, YOU MAKE NO MENTION THAT AFTER EPA, LEFT AFTER THE SUPPOSED "CLEANUP", I COULD NOT GET INSURANCE COVERAGE ON MY PROPERTY BECAUSE EPA "WILL NOT" GIVE ME A LETTER THAT THE PROPERTY IS FREE AND CLEAR OF HAZARDOUS WASTE OILS.!

MS FISKE, YOU MAKE NO MENTION THAT I HAVE NOT HAD ANY INCOME SINCE 1997 AND HAVE NOT PAID ANY INCOME TAXES SINCE.!

MS FISKE, MAKES NO MENTION THAT I HAD TO PAY "PROPERTY TAXES" FROM 1997 THRU THE PRESENT OF OVER ($100,000.00) AND COULD NOT USE MY PROPERTY.!

EPA, DECIDED TO REMOVE THE "LIEN AND LAWSUIT" OFF MY PROPERTY ON ( 2004 ).!

AGAIN, I NEED TO MENTION MY PROPERTY LOOKS LIKE A WAR ZONE.!! ENCLOSED IS A "PHOTO".!

MS FISKE, MAKES NO MENTION THAT THE COAST GUARD HAS BEEN TAKING ($159.75)FROM MY S.S. CHECK FOR OVER (3) YEARS THUS FAR !THE REASON BEING THAT MY TENANT HAS BEEN DUMPING HAZ- ARDOUS WASTE OILS  INTO A LARGE CONTAINER LOCATED AT THE EDGE OF THE WATERFRONT. AFTER SEVERAL HEAVY RAINSTORMS, THE WASTE LEAKED INTO LONG ISLAND SOUND AND THE COAST GUARD CAME AFTER THE LANDLORD.! I WAS HELD RESPONSIBLE FOR MY TENANTS ILLEGAL ACTIVITIES.!

WHAT HAPPENED TO COMMON SENSE.? ENOUGH FOR NOW ! I HAVE MUCH MORE TO TELL.! THANKUOU. SINCERELY,

RALPH R. BELLO

*Ralph R. Bello*

(3)

# PEOPLE'S PHOTO ID SYSTEMS

840 Orange Ave. • West Haven, Connecticut 06516

(203) 932-4454

September 24, 1996

Attorney General
55 Elm Street
Hartford, Conn. 06106
Richard Blumenthal

Dear Sir:

I am the landlord at 16-20 Elm Street, West Haven, Conn., this oil facility is leased to National Oil Services for collection, processing and blending waste oil into a used fuel oil.

I have learned through DEP that they have many violations against them. I also learned that National Oil Services has some 600,000 gallons of Water Solubles and sludge stored into the tanks that are leased to him.

I have called several persons at DEP and told them about this situation.

I am in the process of filing a chapter 7 and also an eviction notice on National Oil Services for overdue rents.

What is to become of the Water Solubles and Sludge that are stored into these tanks ?

Why hasn't someone from DEP forced National Oil Services to comply by the law ?

I wish to go on record that I have done everything within the law to alert the DEP of the on going violations.

Yours Truly,

Ralph R. Bello

*Ralph R. Bello*



TURN OVER



# PEOPLE'S PHOTO ID SYSTEMS

840 Orange Ave.  •  West Haven, Connecticut 06516
(203) 932-4454



Attorney General
Richard Blumenthal
55 Elm Street
Hartford, Conn. 06106

September 25, 1996

Dear Sir:

This is the second Registered letter sent to you in two days !

On November 30, 1993, I was mailed a whole list of violations by National Oil Services by Timothy R.E. Keeney, Richard F. Webb, Peter Ploch, Stephen W. Hitchcock and others, which I have in my possession.

I recently learned that these violations were not enforced !

National Oil Services was allowed to operate their business of picking up waste oil, process and blend waste oil into fuel oil. They would sell the good oil and put the sludge and water solubes in the huge storage tanks instead of disposing it.

The DEP had over three years to enforce National Oil Services to comply by the law. By them being negligent, they allowed National Oil Services to accumulate over 600,000 gallons of water solubles and sludge in three storage tanks.

As I stated in my first letter I am the landlord and in my lease to National Oil Services it states that they must leave the premesis the same way it was given to them !

As of today, National Oil Services is continuing to operate in the same manner, without any interruption from DEP or others.

I am counting on you to use your powers to bring this matter to a just conclusion. Thankyou.

Yours Truly,

Ralph R. Bello
Ralph R. Bello

H

TURN OVER



RICHARD BLUMENTHAL
ATTORNEY GENERAL



Office of The Attorney General
State of Connecticut

July 1, 1997

55 Elm Street
PO Box 120
Hartford, CT 06141-0120

(860) 566-2026
Tel. No. (860) 566-2090
Fax. No. (860) 566-1549

Ralph R. Bello
840 Orange Avenue
West Haven, CT 06516

Re: Compliance by National Oil Recycling & Environmental Services, Inc.

Dear Mr. Bello:

As you note in your letter, the court has ordered National Oil Recycling & Environmental Services, Inc., in a contempt hearing, to provide secondary containment for the tanks located on the property which National Oil leases from you. I am pleased that as a landlord you intend to take an active interest in ensuring that your tenant's conduct complies with State environmental laws.

I am enclosing a copy of a letter dated June 9, 1997 from the State Department of Environmental Protection which you may have already received regarding the construction of National's tank containment system. I would suggest that if you have additional specific and technical questions that you address them directly to Supervising Sanitary Engineer Peter Ploch of the Department of Environmental Protection at (860) 424-3280.

Thank you for your interest in this matter. Please do not hesitate to contact me again, if my office can be of further assistance to you.

Very truly yours,

RICHARD BLUMENTHAL

RB/JR:prd











OFFICE OF THE VICE PRESIDENT

WASHINGTON

May 14, 2002

Mr. Ralph R. Bello
35 Andrew Lane
Orange, Connecticut 06477-1903

Dear Mr. Bello:

Thank you for contacting Vice President Cheney for assistance in dealing with an agency of the Federal government. The Vice President has asked me to respond.

We are forwarding your matter to the Environmental Protection Agency. That agency will review the facts and either start a case, reopen your old case, or explain their previous decision on your former case, as applicable. We have requested that they respond directly to you with a copy to us for our files, and we expect this to be done at the earliest possible opportunity.

Thank you for contacting the Vice President. Best wishes.

Sincerely,

Cecelia Boyer

Cecelia Boyer
Special Assistant to the Vice President
for Correspondence

cc: Agency