PHONE: (203)- 932-4454                                FAX: (203)- 937-8274

**FORUM**

# Corruption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.



BILL O'REILLY

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

---

GOOD MORNING, WITH THE HELP OF THE "GOOD LORD" ON DECEMBER 8, 2004, THE DAY OF THE "IMMACULATE CONCEPTION", I WILL BE (83) YEARS OF AGE.! I AM AND HAVE BEEN A "REGISTERED REPUBLICAN ALL MY ADULT LIFE. IN WORLD WAR II, I VOLUNTEERED FOR THE U.S.NAVY, I WAS CLASSIFIED 1.A L. MY DAD MAY HIS SOUL REST IN PEACE, WAS A WORLD WAR 1 DISABLED AMERICAN VETERAN. HE WAS "GASSED" IN THE BATTLE OF ARGONNE, FRANCE IN 1917.

WHEN MY DAD PASSED AWAY ON (4/21/78) WEST HAVEN POLICE CHIEF JOSEPH HARVEY, ACCORDED MY DAD WITH A "POLICE ESCORT" TO "ALL SAINTS CEMETARY" IN NORTH HAVEN, CONN.

THE HONOR GUARD GAVE MY DAD A THREE GUN SALUTE AND HANDED ME THE FOLDED AMERICAN FLAG THAT I PROUDLY HAVE DISPLAYED IN MY OFFICE.!

IF MY DAD KNEW WHAT THE "CORRUPT, DIS-HONEST" PEOPLE IN OUR U.S.E.P.A. JUSTICE DEPARTMENT WERE DOING TO ME, HE WOULD TURN OVER IN HIS RESTING PLACE.! NAMELY, CATHERINE ADAMS FISKE!

I WILL PROVE BEYOND ANY REASONABLE DOUBT, THAT I ABIDED BY EVERY LETTER OF OUR LAWS.!

I CHALLENGE EVERYONE IN OUR U.S.E.P.A. JUSTICE DEPT. TO PROVE ME WRONG.!

I LEASED MY OIL TERMINAL TO ROBERT PATTISON AND HIS (5) COMPANIES IN 1982, EVERYTHING WAS RUNNING SMOOTHLY. SUDDENLY, MY TENANT STARTED RECEIVING "VIOLATION NOTICES" AS EARLY AS 1992.! I IMMEDIATELY SENT "CERTIFIED LETTERS" TO ATTY GEN. BLUMENTHAL, ASST ATTY GEN. WEBB, AND DIRECTOR OF (D.E.P.) DAVID NASH.!

MY TENANT WAS ALLOWED TO CONTINUE BRINGING HAZARDOUS WASTE OILS AND SLUDGE ONTO MY PROPERTY.! ON (9/24/96 AND 9/25/96) I SENT (2) CERTIFIED LETTERS TO ATTY GEN. BLUMENTHAL.

BECAUSE NO ONE TOOK ANY ACTION, I STARTED "EVICTION" PROCEEDINGS. IT TOOK ME OVER (3) MONTHS TO FINALLY "EVICT" MY TENANT ON (12/31/97)!

MY TENANT LEFT OVER (500,000) GALLONS OF HAZARDOUS WASTE OILS AND SLUDGE ONTO MY PROPERTY

(1)

PHONE: (203)- 932-4454                                                                                FAX: (203)- 937-8274

# Corruption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.



BILL O'REILLY

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

AND (D.E.P.) DID NOT MAKE MY TENANT EMPTY THE TANKS BEFORE THE "EVICTION" TOOK PLACE.!

HAD (D.E.P.) MADE MY TENANT EMPTY THE TANKS OF OVER (500,000)GALLONS OF HAZARDOUS WASTE OILS AND SLUDGE, THERE WOULD HAVE BEEN NO REASON FOR (U.S.E.P.A.)TO GET INVOLVED.!

WE COULD HAVE SAVED OVER (12) YEARS OF WASTED TIME AND MONEY FROM 1992 THRU 2004, WHEN EPA FINALLY TOOK THE "LIEN AND LAWSUIT" OFF MY PROPERTY.!

HOWEVER, U.S.E.P.A. STILL WILL NOT GIVE ME A LETTER STATING "THAT THE PROPERTY IS FREE AND CLEAR OF HAZARDOUS SUBSTANCES"! I CANNOT GET INSURANCE COVERAGE BECAUSE OF THIS.!

I RECEIVED A LETTER FROM BOTH HEATHER BRUSER AND SAM SILVERMAN,EPA,JUSTICE DEPT. THIS IS PROOF THAT "CATHERINE ADAMS FISKE, IS GOING AGAINST THE LAWS OF OUR LAND.! CASE AND POINT: THEY BOTH SAID: AS EPA, RECOVERS COSTS FROM "VIOLATORS" THE AMOUNT OF YOUR "LIEN AND LAW- SUIT" WILL DECREASE.!! THIS IS THE REASON "CATHERINE ADAMS FISKE" IS NOT COLLECTING FROM THE "TORRINGTON COMPANY".! SO SHE CAN SAY, THAT EPA, HAS NOT COLLECTED ALL THEIR EXPENSES.!

MS FISKE, FORGOT THAT EPA COLLECTED MORE THAN THEIR EXPENSES ON ( 9/18/01). EPA, SHOULD HAVE TAKEN THE "LIEN AND LAWSUIT" OFF MY PROPERTY ON ( 9/18/01 ).!

HOWEVER, CATHERINE FISKE, CONTINUES TO WASTE TAXPAYER MONEY AND TIME.!

HAD I NOT TAKEN THE FOLLOWING ACTIONS, EPA, JUSTICE DEPT. WOULD BE THE FIRST TO SAY,"WHY DIDN'T YOU TAKE SOME ACTION"? WELL, I DID, I TOOK THE FOLLOWING ACTIONS:

1..I "EVICTED" MY TENANT ON (12/31/97) BY DOING SO, I STOPPED THE FURTHER "ACCUMULATION" OF HAZARDOUS WASTE OILS AND SLUDGE ONTO MY PROPERTY.!

2..WE LOST OUR ONLY SOURCE OF INCOME THAT WE DEPENDED UPON FOR OUR LIVELIHOOD.!

3..WE HAVE NOT PAID INCOME TAXES FROM 1997 THRU THE PRESENT.!

4..ON (8/18/01) I RECEIVED A LETTER FROM EVE VAUDO, EPA, STATING THEY COLLECTED ($1,482,702.

64. Defendants solicited, directly or indirectly, or were aware of such solicitation of, more than 10 RMS shareholders in connection with the removal of RMS management. The Defendants failed to provide required proxy materials to shareholders being solicited and failed to file such proxy materials with the SEC.

65. By reason of the foregoing, Defendants violated Section 14(a) of the Exchange Act [15 U.S.C. § 78n(a)] and Exchange Act Rules 14a-3, 14a-4, 14a-5 and 14a-6 [17 C.F.R. §§ 240.14a-3, 240.14a-4, 240.14a-5 and 240.14a-6].

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a Permanent Injunction restraining and enjoining Defendants from violating the statutory provisions set forth herein;

B. Enter an order requiring Defendant Geller to pay a civil penalty of $85,000 pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)];

C. Enter an order that, based on Defendant Harris' sworn representations in his Statement of Financial Condition dated June 3, 2004, and other documents and information submitted to the Commission, the Court is not ordering Harris to pay a civil penalty;

D. Retain jurisdiction of this action in accordance with the principles of equity and the Federal Rules of Civil Procedure in order to implement and carry out the terms of all orders and decrees that may be entered, or to entertain any suitable application or motion for additional relief within the jurisdiction of the Court; and

PHONE: (203)- 932-4454                                      FAX: (203)- 937-8274

# Corruption, inefficiency thrive at Justice



BILL O'REILLY

THERE is something very wrong inside the Justice Department, and there has been for some time.

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

.92).THE COST OF THE CLEANUP WAS ($1,134,000.00).!

5..ON (6/19/03) 2 YEARS AFTER EPA, COLLECTED ALL THEIR EXPENSES AND (5) YEARS AFTER EPA, LEFT MY PROPERTY AND NEVER RETURNED, CATHERINE FISKE, SENT ME A STATEMENT THAT THE COST SKY ROCKETED TO ($1,857,009.91) PLUS ($846,463.30) INTEREST. FISKE, NEVER EXPLAINED HOW SHE REACHED THIS ASTRONOMICAL COST.!

6..MS FISKE, IS GOING AFTER MR. BELLO, WHO HAS NO INCOME AND IS CATERING TO THE MULTI-MIL-LIONAIRE,"TORRINGTON COMPANY"AND HAS MADE THEM GET AWAY NOT PAYING FOR OVER (7) YEARS.!

7..I TOOK MY TENANT TO COURT BEFORE JUDGE BERGER, WHO ORDERED MY TENANT TO EMPTY ALL THE TANKS OF OVER (500,000) GALLONS OF HAZARDOUS WASTE OILS AND SLUDGE AND PAY THE STATE OF CONNECTICUT A $15,000.00 FINE.!

8..I AGAIN TOOK MY TENANT TO COURT BEFORE JUDGE LEVIN, WHO ORDERED MY TENANT AND HIS (5) COMPANIES TO PAY ME (ONE MILLION ON THE 1ST COUNT AND ONE MILLION ON THE 2ND COUNT.

9..I AGAIN TOOK MY TENANT TO COURT BEFORE JUDGE LEAVITT, WHO ENTERED JUDGEMENT AGAINST MY MY TENANT FOR ($410,536.39) PLUS TAXES.!

MY TENANT DEFIED EVERYONE AND FILED FOR "BANKRUPTCY". MY TENANT LEFT ALL THE HAZARDOUS WASTE OILS AND SLUDGE ONTO MY PROPERTY AND (D.E.P.)DID ABSOLUTELY NOTHING TO MY TENANT.!
MS FISKE, KEEPS INSISTING ON WANTING MONEY FROM MR. BELLO, WHO HAS NOT HAD ANY INCOME SINCE 1997 AND HAS NOT PAID ANY TAXES SINCE.NOT ONE WORD ABOUT MILLIONAIRE TORRINGTON COMPANY.!
MS FISKE HAS BEEN TALKING TO MY SONS BEHIND MY BACK WHO GOT INVOLVED WITHOUT MY KNOWLEDGE.!
MY WIFE AND MY SONS CAME TO MY OFFICE AND TOLD ME THAT THEY MADE A SETTLEMENT WITH CATHERINE ADAMS FISKE. GIVE HER $150,000.00 AND SHE WOULD TAKE THE "LIEN AND LAWSUIT" OFF MY PROPERTY, MY FIRST THOUGHT WAS THAT "FISKE" IS GOT TO BE KIDDING.! OR, THAT SHE IS SICK IN THE "HEAD".
EPA, CAUSES THOUSANDS OF DOLLARS DAMAGE TO MY PROPERTY AND EQUIPMENT AND THEY WANT MONEY

(3)

PHONE: (203)- 932-4454                                                    FAX: (203)- 937-8274

# FORUM

## Corruption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.



**BILL O'REILLY**

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

FROM ME.! I WAS OPPOSED TO THIS. MY WIFE BECAME SO UPSET, I THOUGHT SHE WAS GOING TO HAVE A NERVOUS BREAKDOWN. I RELUCTANTLY GAVE IN TO MY WIFE AND SONS.! I DID NOT WANT TO SEE MY WIFE GET SICK.! I RELUCTANTLY MAILED A CHECK FOR $150,000.00 ON ( 2/26/04 ). THIS WAS PART OF THE MONEY PUT AWAY FOR MY GRAND CHILDRENS "EDUCATION".!

FISKE, AGAIN DID NOT KEEP HER WORD, THEY DID NOT TAKE THE "LIEN AND LAWSUIT" OFF MY PROPERTY UNTIL ( 8/26/04 ) "SIX MONTHS LATER"!.

I HAVE BEEN AFTER "FISKE" TO RETURN MY CHECK FOR $150,000.00 SINCE MARCH OF 2004.!

I RECENTLY LEARNED THAT THE "TORRINGTON COMPANY" HAS FINALLY MADE A SETTLEMENT WITH EPA.!

I DON'T KNOW WHAT THE SETTLEMENT WAS FOR, HOWEVER, BECAUSE THEY WASTED OVER (7) YEARS OF THE GOVERNMENTS TIME AND MY TIME AND LOSS OF INCOME AS CAN BE ASCERTAINED BY MY TAX RETURNS.!

THE "TORRINGTON COMPANY" SHOULD BE ASSESSED AT THE VERY LEAST "$2,000,000.00. FOR THE 4,000,-000.) GALLONS OF HAZARDOUS WASTE OILS AND SLUDGE THEY BROUGHT TO MY PROPERTY AND (7) YEARS OF WASTED TIME AND "INCOME".!

I HAVE BEEN AFTER "FISKE" TO RETURN MY CHECK FOR $150,000.00 CHECK SINCE MARCH OF 2004.!

SHE COMPLETELY IGNORES MY REQUESTS.! IN CLOSING PLEASE LET ME SAY : ON ( 11/03 ) BECAUSE OF THE "GRIEF AND STRESS", I RECEIVED FROM "CATHERINE ADAMS FISKE" AND EPA, I WAS RUSHED TO ST. RAPHAEL'S HOSPITAL AND HAD A " QUADRUPLE BYE PASS OPEN HEART SURGERY.!

ON FEBRUARY 24, 2004, I PASSED OUT FROM A SEVERE NOSE BLEED, THE AMBULANCE TOOK ME TO THE HOSPITAL.! ON MARCH 5, 2004, DR. CHEN, HAD TO DO A CAUTERIZATION AT ST. RAPHAEL HOSPITAL TO STOP THE EXCESSIVE BLEEDING.! SO FAR, SO GOOD.!

I ALMOST FORGOT TO MENTION THE FACT THAT THE COAST GUARD HAS BEEN TAKING ($159.75 ) FROM MY SOCIAL SECURITY CHECK EACH MONTH FOR OVER (3) YEARS THUS FAR .. I LOST $120,000.00 EACH YEAR

(4)

PHONE: (203)- 932-4454                                                                FAX: (203)- 937-8274

# Corruption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.


BILL O'REILLY

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

FROM RENTS FROM ( 1/98 ) THROUGH THE PRESENT.! WE HAVE NOT HAD ANY INCOME FROM ( 1/98 ) THROUGH THE PRESENT AND PAID NO TAXES SINCE.!

I HAD TO PAY "PROPERTY TAXES FROM 1997 THRU THE PRESENT OF OVER ($100,000.00 ) AND HAVE NOT BEEN ABLE TO USE MY PROPERTY BECAUSE ( EPA ) CAUSED SO MUCH DAMAGE TO MY PROPERTY AND MY "EXPENSIVE" "ABCOR FILTRATION SYSTEM" THAT SEPARATES AND PURIFIES THE WASTE OILS AND SLUDGE.

I RECEIVED A COPY OF THE LAW ON "DEFENSES" BY "EPA" IT SAYS QUOTE":

"IF THE DEFENDENT ESTABLISHES BY A PREPONDERENCE OF THE EVIDENCE THAT (a)HE EXERCISED DUE CARE WITH RESPECT TO THE HAZARDOUS SUBSTANCE CONCERNED, TAKING INTO CONSIDERATION THE CHARACTERISTICS OF SUCH HAZARDOUS SUBSTANCE, IN LIGHT OF ALL RELEVANT FACTS AND CIRCUMSTANCES, AND (b)HE TOOK "PRECAUTIONS AGAINST FORSEEABLE ACTS OR OMISSIONS OF ANY THIRD PARTY AND THE CONSEQUENCES THAT COULD FORESEEABLY RESULT FROM SUCH ACTS OR OMISSIONS.! "I DID THIS.!"

THIS NEXT LAW HAD TO BE MADE BY SOME DRUNKEN ( @#$%¢* ?????. QUOTE:

A STRANGER COMES TO YOUR PROPERTY AND DUMPS HAZARDOUS WASTE OILS AND SLUDGE ONTO YOUR PROPERTY.! YOU REPORT THEM TO ( D.E.P. ) DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND U.S.E.P.A. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY.! GUESS WHAT HAPPENS ??

THE "LANDLORD" IS THE "GUILTY PARTY" !  FOR REPORTING THE "VIOLATOR".!

THE "PERPETRATOR" GOES SCOT FREE.!   SOMETHING IS "VERY WRONG".!

I REST MY CASE.!

SINCERELY YOURS,

*Ralph Rocky Bello*

RALPH ROCKY BELLO

P.S. I WANT AND NEED MY CHECK FOR $150,000.00
     IT BELONGS TO MY "GRAND CHILDRENS EDUCATION.



**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Boston Field Office*
*Environmental Enforcement Section*
*One Gateway Center, Suite 616*
*Newton, MA 02158*

*Telephone (617) 450-0444*
*Facsimile (617) 450-0448*

September 17, 2004

By Mail
Mr. Ralph Bello
840 Orange Avenue
West Haven, CT 06516

Re:  United States v. Bello, D. Ct. (3:01 CV 1568 (SRU))

Dear Mr. Bello:

Thank you for the letters you have sent to me regarding the National Oil Superfund Site, including the letters you have sent to me since the Federal District Court Judge assigned to this matter, Judge Underhill, approved and entered the settlement between the United States and yourself (the "Consent Decree").

In connection with the United States' Motion to Enter the Consent Decree, Judge Underhill was provided with copies of numerous letters you sent to me over the years, including letters requesting the return of your $150,000 settlement payment. These letters were considered by Judge Underhill in deciding whether to enter and approve the Consent Decree. After considering all the issues, including as set forth in your letters, Judge Underhill entered the Decree. Now that the Decree has been entered, the United States cannot return the $150,000 settlement payment made to resolve your liability to the United States in connection with this matter. Under the terms of the Decree, the United States' claims as set forth in the complaint are resolved against you. EPA's lien on your property has been removed.

The United States cannot return the $150,000 payment, nor can EPA send you a letter offering an opinion on whether the groundwater and soil at the Site is clean. EPA has not made any determinations regarding the extent of contamination on your property, if any, because EPA's removal was solely regarding the above ground storage tanks and containers found on the property. EPA has not conducted any tests or sampling regarding the groundwater and soil at the Site.

# PEOPLE'S PHOTO ID SYSTEMS

840 Orange Ave. • West Haven, Connecticut 06516

(203) 932-4454

September 24, 1996

Attorney General
55 Elm Street
Hartford, Conn. 06106
Richard Blumenthal

Dear Sir:

I am the landlord at 16-20 Elm Street, West Haven, Conn., this oil facility is leased to National Oil Services for collection, processing and blending waste oil into a used fuel oil.

I have learned through DEP that they have many violations against them. I also learned that National Oil Services has some 600,000 gallons of Water Solubles and sludge stored into the tanks that are leased to him.

I have called several persons at DEP and told them about this situation.

I am in the process of filing a chapter 7 and also an eviction notice on National Oil Services for overdue rents.

What is to become of the Water Solubles and Sludge that are stored into these tanks?

Why hasn't someone from DEP forced National Oil Services to comply by the law?

I wish to go on record that I have done everything within the law to alert the DEP of the on going violations.

Yours Truly,

Ralph R. Bello

*Ralph R. Bello*

TURN OVER

# PEOPLE'S PHOTO ID SYSTEMS

840 Orange Ave. • West Haven, Connecticut 06516
(203) 932-4454



Attorney General
Richard Blumenthal
55 Elm Street
Hartford, Conn. 06106

September 25, 1996

Dear Sir:

This is the second Registered letter sent to you in two days !

On November 30, 1993, I was mailed a whole list of violations by National Oil Services by Timothy R.E. Keeney, Richard F. Webb, Peter Ploch, Stephen W. Hitchcock and others, which I have in my possession.

I recently learned that these violations were not enforced !

National Oil Services was allowed to operate their business of picking up waste oil, process and blend waste oil into fuel oil. They would sell the good oil and put the sludge and water solubes in the huge storage tanks instead of disposing it.

The DEP had over three years to enforce National Oil Services to comply by the law.

By them being negligent, they allowed National Oil Services to accumulate over 600,000 gallons of water solubles and sludge in three storage tanks.

As I stated in my first letter I am the landlord and in my lease to National Oil Services it states that they must leave the premesis the same way it was given to them !

As of today, National Oil Services is continuing to operate in the same manner, without any interruption from DEP or others.

I am counting on you to use your powers to bring this matter to a just conclusion.

Thankyou.

Yours Truly,

Ralph R. Bello

TURN OVER

RICHARD BLUMENTHAL
ATTORNEY GENERAL



Office of The Attorney General
State of Connecticut

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860) 566-2026
Tel. No. (860) 566-2090
Fax. No. (860) 566-1549

July 1, 1997

Ralph R. Bello
840 Orange Avenue
West Haven, CT 06516

Re: *Compliance by National Oil Recycling & Environmental Services, Inc.*

Dear Mr. Bello:

As you note in your letter, the court has ordered National Oil Recycling & Environmental Services, Inc., in a contempt hearing, to provide secondary containment for the tanks located on the property which National Oil leases from you. I am pleased that as a landlord you intend to take an active interest in ensuring that your tenant's conduct complies with State environmental laws.

I am enclosing a copy of a letter dated June 9, 1997 from the State Department of Environmental Protection which you may have already received regarding the construction of National's tank containment system. I would suggest that if you have additional specific and technical questions that you address them directly to Supervising Sanitary Engineer Peter Ploch of the Department of Environmental Protection at (860) 424-3280.

Thank you for your interest in this matter. Please do not hesitate to contact me again, if my office can be of further assistance to you.

Very truly yours,

RICHARD BLUMENTHAL

RB/JR:prd

# STATE OF CONNECTICUT
## DEPARTMENT OF ENVIRONMENTAL PROTECTION



### Telecopier Transmittal Cover Sheet

Date: 10/10/97

To: Rocky Bolle
People's Photo ID Systems

Telephone #: ___-___-___

Fax #: 203-937-8274

From: Peter Ploch

Telephone #: 860-424-3280

**Department of Environmental Protection**
**Waste Engineering and Enforcement Division**
**Waste Management Bureau**
**Fax: (860) 424-4059**

RE: National Oil

Number of Pages Including Transmittal Sheet: 4

### Comments

This is Judge Berger's decision in the contempt proceeding against National. Basically the decision prevents National from receiving and processing any waste. National will be sent a letter explaining what has to be done as far as removal of waste and decontamination of the facility.

If You Do Not Receive All Pages Clearly, Please Call.

a copy of your orders!

Pete Ploch

(Printed on Recycled Paper)
79 Elm Street • Hartford, CT 06106-5127
An Equal Opportunity Employer

NH - 795

No. CVNH 9710-8481  
RALPH R. BELLO, ET AL            SUPERIOR COURT

VS.                              JUDICIAL DISTRICT
                                 OF NEW HAVEN
                                 HOUSING SESSION

NATIONAL OIL RECYCLING AND
ENVIRONMENTAL SERVICES, INC. ET AL    February 24, 1998

MEMORANDUM OF DECISION

The defendants were defaulted for failure to plead. Thereafter, the plaintiffs claimed the case for a hearing in damages. Prior to the hearing, the named defendant filed a notice of bankruptcy, pursuant to Practice Book § 250A. The action is stayed as to that defendant only. Bank of Boston Connecticut v. Piscatelli, 43 Conn. Sup. 581, 583, 596 A.2d 27 (1991); see Pitts v. UNARCO Industries, Inc., 698 F.2d 313 (7th Cir. 1983); Akers v. Bonifasi, 629 F. Sup. 1212, 1213 (M.D.Tenn. 1985); Ashman & Wakefield, Inc. v. Backos, 129 B.R. 35 (E.D.Pa. 1991); Greene & Kellogg, Inc. v. Oxford Hospital, Inc., 95 B.R. 26 (E.D.Pa. 1989); In re Meyerland Co., 82 B.R. 831 (S.D.Tx. 1988); Climax Molybdenum Co. v. M/V Sentrain Antwerp, 51 B.R. 192, 194-195 (D.Md. 1984); Almy v. Terrace Land Development Ltd., 32 B.R. 590, 591 (N.D.Cal. 1983); see also Mass. State Carpenters Pension Fund v. Atlantic Diving Co., Inc., 635 F. Sup. 91 (D.Mass. 1984); Cae Industries, Ltd. v. Aerospace Holdings Co., 116 B.R. 4? (S.D.N.Y. 1990).

---

A hearing in damages having been held, judgment may enter on the first count in favor of the plaintiffs and against the defendant National Oil Services, Inc. in the amount of

JUDGE LEVIN DECISION 1

$350,000.00; against the defendant National Tank & Construction Co. in the amount of $212,000.00; against the defendant Atlantic Environmental Laboratory, Inc. in the amount of $423,000.00; against the defendant Bell Harbor Environmental Co. in the amount of $60,000.00; against the defendants Robert W. Pattison, Sr. and Wendy Pattison in the amount of $1.00.

On the second count, judgment may enter in favor of the plaintiffs and against all of the defendants, excluding the named defendant, in the amount of $1,000,000.00, plus taxable costs.

BY THE COURT

Bruce L. Levin
Judge of the Superior Court

STATE OF CONNECTICUT
**SUPERIOR COURT**
OFFICE OF THE CLERK



# OFFICIAL NOTICE

TO  UMEUGO & ASSOCIATES
    840 ORANGE AVE. 2ND FL.
    WEST HAVEN 06516

**INSTRUCTIONS TO CLERK**
Use when sending notice of judgment in housing cases other than Summary Process actions.

RAYMOND LEMLEY
169 OLIVE ST.
NEW HAVEN 06511

G.A. NO./HOUSING SESSION AT

ADDRESS OF COURT  NEW HAVEN

121 ELM ST.

NAME OF CASE

RALPH R. & VERA BELLO VS ATLANTIC ENVIRONMENTAL LAB., INC. ROBERT W. PATTISON, SR.,
NATIONAL OIL SERV., INC.,
NATIONAL OIL RECYCLING
ENVIRONMENTAL SERVICES, 

DOCKET NO. CVNH-9035

DATE 5-11-00

## NOTICE OF JUDGMENT

JUDGMENT MAY ENTER FOR THE PLAINTIFFS FOR $410,536.39 PLUS COSTS.
PAYMENT IN FULL ON OR BEFORE JUNE 1, 2000.

LEAVITT, J.

*JUDGE LEAVITT'S DECISION 5/11/2000*

C. WILCOX
ASSISTANT CLERK

JD-HM-25  New 7-89



| RICHARD BLUMENTHAL<br>ATTORNEY GENERAL | | 55 Elm Street<br>P.O. Box 120<br>Hartford, CT 06141-0120 |
|---|---|---|

Office of The Attorney General
## State of Connecticut

Tel. (860) 808-5250
Fax (860) 808-5386

July 9, 2003

Ralph R. Bello
People's Photo ID Systems
840 Orange Avenue
West Haven, Connecticut 06516

Dear Mr. Bello:

This is in response to your letter of May 27, 2003.

I am sympathic to your position. Still, I am at a loss as to what I can do about your situation. As Assistant Attorney General Kimberly Massicotte explained to you in her recent conversation with you, the powers of the Federal Government to clean-up a contaminated site and recover the costs from the owners and the laws upon which such actions are based are beyond my authority.

Thank you for taking the time to write.

Very truly yours,

RICHARD BLUMENTHAL

RB/KPM/gr

# PEOPLE'S PHOTO ID SYSTEMS

840 Orange Avenue • West Haven, Connecticut 06516

Phone: (203) 932-4454 • Fax: (203) 937-8274

FAX  1-617-450-0448

CATHERINE ADAMS FISKE                                              SEPTEMBER 3, 2004

I LOCATED A LETTER THAT WAS SENT TO MY ATTORNEY QUITE SOME TIME AGO. YOU MADE THE FOLLOWING STATEMENTS:

1..TORRINGTON COMPANY BROUGHT OVER 4,000,000 GALLONS OF HAZARDOUS WASTE OILS ON MY PROPERTY.

2..EPA, KNOWS MR. BELLO "EVICTED" HIS TENANT.!

3..MR. BELLO, LOST OVER $600,000/MONTH RENT CLAIMS D.E.P. DID NOTHING.!

4..TENANT OWED $350,000.00 BACK RENTS.!

5..IF GOVERNMENT LET THE "GENERATORS" GO-OFF, CAN THE GOVERNMENT ALSO ALLOW THE LANDLORD GO, BY TAKING OFF THE "LIEN" ?

6..GOVERNMENT IS SHORT $500,000.00.

7..PERSUE "TORRINGTON COMPANY" TO GET REMAINING $500,000.00.

8..DAMAGE TO PROPERTY, TANKS AND "ABCOR FILTRATION SYSTEM".!

MY QUESTION TO YOU IS, "WHY DID YOU WANT A CHECK FROM ME WHEN I WAS THE ONLY ONE WHO ABIDED BY ALL THE "ENVIRONMENTAL LAWS".! AND YOU COLLECTED ALL YOUR MONEY.!!

YOU MUST "RETURN" MY CHECK FOR $150,000.00 PLUS INTEREST THAT I LOST.!

EPA, "UN-JUSTICE DEPT" MUST IMBURSE ME FOR ALL MY "RENTAL LOSSES".

I HAVE "PROOF" WITHOUT ANY REASONABLE DOUBT, THAT I ABIDED BY EVERY LETTER OF OUR LAWS.

MS FISKE, YOU CANNOT MAKE ME THE "GUILTY PARTY".! I HAVE TO MUCH PROOF.! I AM HONEST.!

HEATHER BRUSER AND SAM SILVERMAN BOTH SAID, AS EPA, RECOVERS COSTS FROM "VIOLATORS" THE AMOUNT OF YOUR "LIEN" ON YOUR PROPERTY WILL "DECREASE".!!

EPA,"UN-JUSTICE DEPT." RECEIVED MUCH MORE THAN THEIR COSTS.!! ENOUGH FOR NOW.!

SINCERELY,

RALPH "ROCKY" BELLO

*Ralph Rocky Bello*







I WILL BE MAILING A COPY OF THIS LETTER TO THE FOLLOWING

VICE PRESIDENT, DICK CHENEY
950 PENNSYLVANIA AVE.
WASHINGTON, D.C. 20530-0001

JOHN ASHCROFT, ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE.
WASHINGTON, D.C. 20530-0001

JOHN C. CRUDEN, ACTING ASS'T GENERAL
ENVIRONMENTAL SECTION
U.S. JUSTICE DEPT. P.O. BOX 7611
WASHINGTON, D.C. 20044-7611

CATHERINE R. McCABE, DEPUTY CHIEF
ENVIRONMENTAL SECTION
P.O. BOX 7611
WASHINGTON, D.C. 20044-7611

LAWRENCE PUCKETT, U.S. JUSTICE DEPARTMENT
ENVIRONMENTAL SECTION
P.O. BOX 7611
WASHINGTON, D.C. 20044-7611

ANNA-MARIE KILMADE GATONS
OFFICE OF THE EXECUTIVE SECRETARIAT
U.S. JUSTICE DEPARTMENT, ROOM 4400
950 PENNSYLVANIA AVE. N.W.
WASHINGTON, D.C. 20530-0001

MIKE LEAVITT, DIRECTOR
U.S.E.P.A., ADMINISTRATOR
1200 PENNSYLVANIA AVE. N.W.
WASHINGTON, D.C. 20460

PAT ROBB
ASSOCIATED PRESS
10 COLUMBUS BOULEVARD, 9TH FLOOR
HARTFORD, CONN. 06106

EVE STOLOV VAUDO, SENIOR ENVIRONMENTAL COUNCIL
U.S.E.P.A., REGION ONE
ONE CONGRESS STREET
BOSTON, MASS. 02114-2023

HEATHER BRUSER, U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL ENFORCEMENT SECTION
BEN FRANKLIN STATION, P.O. BOX 7611
WASHINGTON, D.C. 20044-7611

SAMUEL SILVERMAN, ACTING DIRECTOR
OFFICE OF ENVIRONMENTAL STEWARDSHIP
U.S.E.P.A., REGION ONE
1 CONGRESS STREET, SUITE 1100
BOSTON, MASS. 02114-2023

JOHN DANAHER, III, U.S. ATTORNEY
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CONN. 06510

RICHARD BLUMENTHAL, ATTORNEY GENERAL
55 ELM STREET
P.O. BOX 120
HARTFORD, CONN. 06141-0120

JOHN B. HUGHES, ASS'T U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONN. 06510

CATHERINE ADAMS FISKE "ADDIE"
U.S. DEPARTMENT OF JUSTICE
1 GATEWAY CENTER, SUITE 616
NEWTON CENTER, MASS. 02458

HENRY FRIEDMAN, ESQ.
U.S. DEPARTMENT OF JUSTICE
BEN FRANKLIN STATION, P.O. BOX 7611
WASHINGTON, D.C. 20044-7611

MR. BILL O'REILLY
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036