

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 OCT 26  A 11: 25

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RALPH BELLO; VERA BELLO; VERA )<br>ASSOCIATES LIMITED PARTNERSHIP; )<br>REAL PROPERTY ADDRESSED AT )<br>16-20 ELM STREET, WEST HAVEN, )<br>CONNECTICUT; and THE )<br>TORRINGTON COMPANY, )<br>)<br>Defendants, )<br>)<br>v. )<br>)<br>DETROIT STEEL CORPORATION; )<br>et. al., )<br>)<br>Third-Party Defendants. ) | CIVIL NO. 3:01 CV 1568 (SRU) |

### UNITED STATES' MOTION FOR WITHDRAWAL OF
### MONIES HELD IN COURT REGISTRY ACCOUNT

Plaintiff, the United States, files this motion for a withdrawal of the sum of money ($150,000) deposited in a court registry account pursuant to Fed.R.Civ.P. 67 and L.Civ.R.67 and the consent decree, entered by this Court on August 19, 2004, between the United States and defendants Ralph Bello, Vera Bello, Vera Associates Limited Partnership, and the Real Property Addressed at 16-20 Elm Street, West Haven, Connecticut (the "Bello Consent Decree"). Under the Bello Consent Decree, the settling defendants agreed to pay $150,000, plus interest, from the court registry account to the United States to satisfy their liabilities as alleged in the complaint, and as set forth in the Consent Decree. The time for appealing entry of the Bello Consent Decree

has lapsed without appeal. Accordingly, the United States now moves for withdrawal of the monies (including interest) maintained in the court registry account on behalf of the Bello Defendants under the Bello Consent Decree. A proposed withdrawal Order is attached for the Court's convenience.

Under the terms of the Bello Consent Decree, a payment was made on behalf of the Bello Defendants of $150,000 for deposit into a court registry account, pending finalization of the Decree.[1] The Court's Order of March 5, 2004 created the court registry account into which the $150,000 was deposited. Following the public comment period on the proposed Consent Decree, it was entered by this Court on August 19, 2004. The right to appeal entry of the Decree lapses 60 days after entry, on or about October 18.[2] Because there has been no appeal of the Consent Decree, the United States seeks withdrawal of the $150,000, plus any interest that has accrued on the principle amount. This Court's Order of March 5, 2004 specifically provides that interest shall be paid in full to the United States. See Order of March 5, 2004, attached hereto as Exhibit A.

According to the proposed withdrawal Order attached hereto, the payment from the court registry account will go directly to the Superfund. The monies will be used to assist in the clean-

---

[1] The Bello Consent Decree provides that the United States shall seek withdrawal of the funds, and the Settling Defendants shall not oppose such withdrawal. Paragraph 4.b. provides that "[f]ollowing the final entry of the Consent Decree and the successful resolution of any appeals thereof, the United States shall apply to the Court for disbursement to be made as set forth in Paragraphs 4(a) from the CRIS Account. The Settling Defendants hereby consent to the application and agree to take such other reasonable steps as the United States may request in support of the application for disbursement of the funds."

[2] "When the United States or its officer or agency is a party, the notice of appeal may be filed by any party within 60 days after the judgment or order appealed from is entered." Fed. R. App. P. 4(a)(1)(B).

2

up of hazardous waste sites around the country.

          Respectfully Submitted,

          THOMAS L. SANSONETTI
          Assistant Attorney General
          Environment and Natural Resources Division

          */s/ Catherine Adams Fiske*
          CATHERINE ADAMS FISKE
          Environmental Enforcement Section
          Environment and Natural Resources Division
          U.S. Department of Justice
          One Gateway Center -- Suite 616
          Newton, MA 02458
          (617) 450-0444 (phone)
          (617) 450-0448 (fax)

          KEVIN J. O'CONNER
          United States Attorney
          District of Connecticut

          JOHN B. HUGHES
          Assistant United States Attorney
          U.S. Attorney's Office
          District of Connecticut
          Connecticut Financial Center
          157 Church Street
          New Haven, Connecticut 06510

OF COUNSEL:

STEVEN SCHLANG
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street, Suite 1100
Boston, MA  02114-2023

## Certificate of Service

I hereby certify that the foregoing document was served this 21st day of October, 2004, by first class mail upon counsel of record in this matter and upon Ralph and Vera Bello.

/s/ C. A. Fiske
Catherine Adams Fiske

# EXHIBIT A

FEB 27 2004

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 MAR -5 P 3:00

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:01 CV 1568 (SRU) |
| ) | |
| RALPH BELLO; VERA BELLO; VERA ) | |
| ASSOCIATES LIMITED PARTNERSHIP; ) | |
| REAL PROPERTY ADDRESSED AT ) | |
| 16-20 ELM STREET, WEST HAVEN, ) | |
| CONNECTICUT; and THE ) | |
| TORRINGTON COMPANY, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| DETROIT STEEL CORPORATION; ) | |
| INDUSTRIAL ENVIRONMENTAL ) | |
| SERVICES, INC.; ) | |
| PRATT & WHITNEY; ) | |
| WESTERN SAND & GRAVEL; ) | |
| CARPENTER TECHNOLOGY CORP.; ) | |
| MRM INDUSTRIES, INC.; ) | |
| ARMSTRONG RUBBER CO.; and ) | |
| BRIDGEPORT BRASS CO., ) | |
| ) | |
| Third-Party Defendants. ) | |

ORDER GRANTING MOTION TO
DEPOSIT SUM OF MONEY WITH THE COURT

The above-entitled cause having come before the Court upon the Motion of the United States to Deposit Sum of Money with the Court pursuant to Fed. R. Civ. P. 67 and L.Civ.R. 67, and the Court having considered the Motion,

NOW, THEREFORE, it is on this 5th day of March, 2004;

ORDERED that the Motion to Deposit Sum of Money with the Court shall be, and is hereby, granted; it is

FURTHER ORDERED that such sum, to wit; One hundred fifty thousand dollars ($150,000), be deposited by the Clerk into the Registry of this Court and then, as soon as the business of his or her office allows, the Clerk shall deposit these funds into the interest-bearing Court Registry Account, pursuant to L.Civ.R. 67(d); it is

FURTHER ORDERED that sum of money so invested in the interest-bearing Court Registry Account shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk for disposition pursuant to the further order of the Court; it is

FURTHER ORDERED that, pursuant to L.Civ.R. 67(b)(3), the Custodian deduct a miscellaneous schedule fee for the handling of registry funds of 10% of the income earned on this account and each subsequent deposit of new principal so deposited while invested in the Court Registry Account, except that the fee deducted from any funds to be received by the United States shall be restored pursuant to the Notice of the Administrative Office of the United States Court published at 56 Fed. Reg. 56356-01 (November 4, 1991) ~~and it is~~ *SRU*.

FURTHER ORDERED that a certified copy of this Order shall be ~~personally served by~~ *SRU* upon the Clerk of this Court, the Chief Deputy Clerk, or upon the Chief Financial Deputy Clerk.

_____
UNITED STATES DISTRICT JUDGE

2

OCT 22 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:01 CV 1568 (SRU) |
| ) | |
| RALPH BELLO; VERA BELLO; VERA ) | |
| ASSOCIATES LIMITED PARTNERSHIP; ) | |
| REAL PROPERTY ADDRESSED AT ) | |
| 16-20 ELM STREET, WEST HAVEN, ) | |
| CONNECTICUT; and THE ) | |
| TORRINGTON COMPANY, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| DETROIT STEEL CORPORATION; ) | |
| et. al., ) | |
| ) | |
| Third-Party Defendants. ) | |

ORDER GRANTING UNITED STATES' MOTION TO
WITHDRAW MONIES HELD IN COURT REGISTRY ACCOUNT

The above-entitled cause having come before the Court upon the Motion of the United States to Withdraw Monies Held in Court Registry Account pursuant to Fed. R. Civ. P. 67 and L.Civ.R. 67, and the Court having considered the Motion,

NOW, THEREFORE, it is on this_____day of_____, 20____;

ORDERED that the Motion to Withdraw Sum of Money held in the court registry account shall be, and is hereby, granted; it is

FURTHER ORDERED that such sum, to wit; One hundred fifty thousand dollars ($150,000), plus any interest that has accrued thereon, be withdrawn, by the Clerk as soon as the business of his or her office allows; it is

FURTHER ORDERED that sum of money so withdrawn, shall be paid, by the Clerk as soon as the business of his or her office allows to the United States Environmental Protection

Agency Hazardous Substance Superfund by wire-transfer according to the attached instructions; it is

      FURTHER ORDERED that the Custodian shall not deduct a miscellaneous schedule fee for the handling of registry funds, as authorized by the Judicial Conference of the United States and Standing Order of this court dated June 30, 1989, as amended November 30, 1990, because the funds are to be received by the United States. 56 Fed. Reg. 56356-01 (November 4, 1991).


_____
UNITED STATES DISTRICT JUDGE

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

---

Connecticut Financial Center  (203) 821-3700
157 Church Street
P.O. Box 1824
New Haven, Connecticut  06510  Fax (203) 773-5376


**Instructions for FedWire Transfer**

Attached is the FedWire Transfer form to be provided to the bank.  The only information missing is the Wire amount, which must be entered before presenting the form to the bank.  **The preprinted information on the attached form must not be altered in any way.**

Note:

1. The individual or company representative may present this form to any bank
2. The individual or company is responsible for any FedWire costs.
3. The individual or company representative must notify Rosemary Oren of the Financial Litigation Unit, (203) 821-3700 extension 3077, of the amount of the money transfer 3 days prior to the transfer.   This step is required because the Department of Justice Debt Accounting Operations Group must have prior notice of the Wire Transfer.

# FEDWIRE Electronic Funds Transfer
## to the
## United States Department of Justice

*TO:* Clerk

    To transfer funds electronically to the Federal Reserve/United States Treasury Department in New York City for credit to the United States Department of Justice, the following information must be provided to the bank from which the funds are to be transferred. This information will enable the sending bank to complete those fields associated with the beneficiary bank of a *"FedWire Structured Third Party Format"* electronic funds transfer.

| ITEM | DESCRIPTION | CODING INFORMATION FOR FEDWIRE FORMAT |
|---|---|---|
| 2 | Receiving Bank ABA Code | 021030004 |
| 3 | Message Type Code | 1000 |
| 7 | Wire Amount | |
| 9<br>10<br>11 | Receiving<br>Beneficiary Bank, Name &<br>Account No. | TREAS NYC/CTR/BNF=DEPT OF JUSTICE/AC-15030001 |
| 12 | Required Beneficiary Information:<br>*Collection Office Identifier<br>*Debtor Name<br>*Collection Office Claim No. | USAO/ 2001V01172 |

### *ATTENTION FINANCIAL LITIGATION PERSONNEL:*

Each of the above blank spaces **"MUST"** be completed before providing this form to the debtor/debtor's attorney. Once completed, the debtor/debtor's attorney must provide this form to the bank from which the funds are to be transferred to ensure that the electronic transfer of funds is accomplished and properly credited to the United States Department of Justice/Debt Accounting Operations Group.

### *AUTHORITY:*

The above information requirements are in accordance with the United States Treasury Department "Treasury Requirements Manual/Part 6 - Chapter 8000"; Appendix E of the "Federal Reserve Bank Funds Transfer Systems Manual"; and, 31 CFR Part 206 (Federal Register - Vol. 59, No. 20).

*Questions regarding this FedWire EFT should be directed to the responsible Collection Office:*

        **POINT OF CONTACT:** Rosemary Oren

        **TELEPHONE NUMBER:** (203) 821-3700

**Revised 12/98**