PHONE: (203)- 932-4454                                              FAX: (203)- 937-8274

# Corruption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.

STEFAN R. UNDERHILL
U.S. DISTRICT COURT
915 LAFAYETTE BLVD.
BRIDGEPORT, CONN. 06604
DEAR JUDGE:



BILL O'REILLY

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

3:01CV 1568

OCTOBER 22, 2004

YOUR HONOR; I WILL PROVE TO YOU, WITHOUT A REASONABLE DOUBT, THAT I HAVE ABIDED BY ALL THE "LAWS" OF OUR LAND.! I HAVE "CERTIFIED LETTERS" FOR POSITIVE PROOF.!

THIS CASE SHOULD NEVER HAVE TAKEN PLACE.! HAD (D.E.P.) DEPARTMENT OF ENVIRONMENTAL PROTECTION, BEEN FIRM AND MONITORED MY TENANT MORE CLOSELY, MY TENANT COULD NEVER HAVE ACCUMULATED OVER (500,000)GALLONS OF HAZARDOUS WASTE OILS AND SLUDGE ONTO MY PROPERTY.!

IN RETROSPECT, HAD D.E.P. MADE MY TENANT EMPTY ALL THE TANKS BEFORE MY "EVICTION NOTICE" BECAME FINAL ON (12/31/97) THERE WOULD HAVE BEEN NO REASON FOR (U.S.E.P.A. ) TO GET INVOLVED.! I COULD OF STILL HAD A TENANT ! I COULD OF STILL HAD AN "INCOME". I COULD OF STILL BEEN PAYING "INCOME TAXES".

THERE WOULD HAVE BEEN NO NEED FOR "EPA" TO CUT LARGE "GAPPING HOLES" IN ALL MY STORAGE TANKS.! EPA, CAUSED "THOUSANDS" OF DOLLARS DAMAGE TO ALL MY STORAGE TANKS AND THEY "REFUSE" TO PUT THEM BACK IN THE SAME CONDITION THEY FOUND THEM IN.!

I TOOK EVERY PRE-CAUTION BY ALERTING ALL THE AUTHORITIES OF THE "ILLEGAL ACTIVITIES" OF MY TENANT.  I TOOK MY TENANT TO COURT BEFORE JUDGE BERGER, JUDGE LEVIN AND JUDGE LEAVITT. THEY ALL RULED IN MY FAVOR.!

I HAVE "CERTIFIED" MAIL THAT I SENT TO MY TENANT, TO ATTY GEN. BLUMENTHAL, ASST ATTY GEN. WEBB, DIRECTOR OF D.E.P. DAVID NASH ALERTING THEM OF THE "ILLEGAL ACTIVITIES" OF STORING AND PROCESSING HAZARDOUS WASTE OILS AND SLUDGE ONTO MY PROPERTY.!

AS I ALLUDED TO YOU IN MY PREVIOUS LETTERS, HAD (D.E.P.) AND (U.S.E.P.A.) ACTED QUICKLY AND FORCEFULLY AND HAD THEY MADE MY TENANT EMPTY ALL THE TANKS OF HAZARDOUS WASTE OILS AND SLUDGE, I COULD OF STILL HAD A TENANT.! INSTEAD, D.E.P. AND U.S.E.P.A. CHOSE TO CLOSE

(1)

PHONE: (203)- 932-4454
FAX: (203)- 937-8274

# FORUM

# Corruption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.



**BILL O'REILLY**

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

THEIR EYES AND ALLOW THEM TO CONTINUE THEIR "ILLEGAL ACTIVITIES".! NOT ONCE IN (10)YEARS DID (D.E.P. AND U.S.E.P.A.) PUT ANY PRESSURE ON MY TENANT.!

D.E.P. AND U.S.E.P.A., RUINED OUR LIVES.! WE ARE SUFFERING PHYSICALLY, MORALLY, MENTALLY AND MONETARILY.! WE HAVE NOT HAD ANY INCOME TO SPEAK OF SINCE 1997.! WE HAVE NOT PAID ANY INCOME TAXES SINCE 1997.! THE "COAST GUARD" HAS BEEN TAKING ($159.75) FROM MY SOCIAL SECURITY CHECK FOR OVER (3) YEARS THUS FAR.! REASON BEING THAT MY TENANT HAD BEEN DUMPING HAZARDOUS WASTE OILS INTO A LARGE CONTAINER LOCATED AT THE EDGE OF THE WATERFRONT. AFTER SEVERAL HEAVY RAINSTORMS, THE WASTE LEAKED INTO LONG ISLAND SOUND AND THE COAST GUARD WENT AFTER THE "LANDLORD" WHO HAD NOTHING TO DO WITH HIS TENANT.!!

ON (8/18/01) I RECEIVED A LETTER FROM EVE VAUDO, EPA, STATING THEY COLLECTED ($1,482,702.92) THE COST OF THE CLEANUP WAS ($1,134,000.00)! WHICH PROVES EPA, COLLECTED MORE THAN THEIR EXPENSES.!  ON (6/19/03 ), TWO YEARS AFTER EPA, COLLECTED ALL THEIR EXPENSES AND (5)YEARS AFTER EPA, LEFT MY PROPERTY AND NEVER RETURNED, CATHERINE ADAMS FISKE, SENT ME A STATEMENT THAT THE COST "SKY ROCKETED" TO ($1,857,009.91) PLUS ($846,463.30 ) INTEREST.!

MS FISKE, "NEVER", EXPLAINED HOW SHE ARRIVED AT THIS "ASTRONOMICAL INFLATED COST".?

CATHERINE ADAMS FISKE, U.S.E.P.A., CHOSE TO CATER TO THE "TORRINGTON COMPANY", WHO BROKE ALL THE LAWS AND ACCUMULATED OVER (4,000,000)GALLONS OF HAZARDOUS WASTE OILS AND SLUDGE ONTO MY PROPERTY AND MS FISKE, DEFENDED THEM AND WASTED (7 YEARS) OF GOVERNMENTS TIME.!

MS FISKE, IS USING THE POWER OF OUR GOVERNMENT TO CHEAT, LIE AND USING "SCARE TACTICS" TO INTIMIDATE.! MS FISKE, USED"SCARE TACTICS" AGAINST MY WIFE AND MY SONS.!

MY WIFE BECAME SO UPSET, I THOUGHT SHE WAS GOING TO HAVE A "NERVOUS BREAKDOWN. MY WIFES HEALTH IS MORE IMPORTANT.! I RELUCTANTLY GAVE IN AND MAILED A CHECK FOR $150,000.00 TO U.S

# FORUM

## Corruption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.



**BILL O'REILLY**

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

E.P.A.! THIS MONEY WAS PUT AWAY FOR MY GRAND CHILDRENS EDUCATION.! IT BELONGS TO THEM.!

CATHERINE ADAMS FISKE, U.S. JUSTICE DEPARTMENT, IS GIVING OUR GOVERNMENT A "VERY BAD NAME".!

SHE IS DIS-HONEST AND A "HABITUAL LIER". SHE IS USING THE POWER OF OUR GOVERNMENT TO IN-TIMIDATE.! HOW CAN MS FISKE, SAY I OWE MONEY.? I OBEYED AND FOLLOWED EVERY LETTER OF THE LAW.! I WANT MS FISKE TO PROVE HER STATEMENTS.? MS FISKE, MUST RETURN MY HARD EARNED MONEY.!

CATHERINE ADAMS FISKE, JUSTICE DEPARTMENT, HAS NO RIGHT TO "STEAL MY HARD EARNED MONEY", THAT I HAD SAVED FOR MY GRAND CHILDRENS EDUCATION.!

I HAVE ALL MY POSITIVE PROOF, IN THE FORM OF "CERTIFIED LETTERS".!

I HAVE "CERTIFIED LETTERS" THAT I SENT TO ATTY GENERAL RICHARD BLUMENTHAL FROM 1996 TO THE PRESENT.! I HAVE ALL THE "VIOLATION NOTICES" THAT WERE SENT TO MY TENANT BY ( D.E.P. ) FROM 1992 THRU THE TIME I "EVICTED" MY TENANT BECAUSE D.E.P. TOOK NO ACTION,!

I DID EVERYTHING HUMANLY POSSIBLE TO HAVE MY TENANT ABIDE BY THE LAW.!

D.E.P., DEPARTMENT OF ENVIRONMENTAL PROTECTION ARE THE " GUILTY PARTIES".!!

CATHERINE ADAMS FISKE, U.S. JUSTICE DEPT. COLLECTED MUCH MORE THAN THEY SPENT FOR THE CLEAN-UP, WHICH I STATED ON PAGE TWO.!

CATHERINE ADAMS FISKE, PUT ALL THE PRESSURE ON ME AND MY FAMILY AND "CATERED" TO THE NO. 1 VIOLATOR, THE "TORRINGTON COMPANY" A "MULTI-MILLION DOLLAR COMPANY", WHO BROUGHT OVER ( 4,-000,000 ) GALLONS OF HAZARDOUS WASTE OILS AND SLUDGE ONTO MY PROPERTY AND MS FISKE, WASTED OVER (7) YEARS OF THE GOVERNMENTS TIME AND MONEY, BESIDES TAX-PAYERS MONEY AND TIME.!

IN CLOSING, PLEASE LET ME SAY, I WILL BE PERSUING THE "NEWS MEDIA" TO DO A STORY ON THE LAZY, CORRUPT, DIS-HONEST U.S.E.P.A. PERSONNEL IN OUR JUSTICE DEPARTMENT MAINLY CATHERINE ADAMS FISKE.! I'M PREPARED TO PUT MY HAND ON THE "BIBLE".! WILL FISKE, DO THE SAME.?

PHONE: (203)- 932-4454                                              FAX: (203)- 937-8274

# FORUM

# Corruption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.



**BILL O'REILLY**

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

MS FISKE, IN YOUR LETTER OF (9/17/04) YOU SAID, JUDGE UNDERHILL ENTERED A DECREE THAT THE UNITED STATES "CANNOT" RETURN MY CHECK FOR $150,000.00.! (YOU DID NOT TELL ME WHY.??)

MS FISKE, YOU SAID, JUDGE UNDERHILL, APPROVED AND ENTERED THE SETTLEMENT IN FAVOR OF THE UNITED STATES.!

MS FISKE, YOU SAID, JUDGE UNDERHILL, WAS PROVIDED LETTERS THAT I SENT HER INCLUDING THE LETTER REQUESTING, SHE RETURN MY ($150,000.00)SETTLEMENT PAYMENT MADE TO RESOLVE MY LIA-BILITY.! MS FISKE, "I HAVE "NO" LIABLILITY."! MS FISKE, WHAT IS MY LIABILITY.? MS FISKE, YOU MUST PROVE THAT I HAVE A LIABILITY.! MS FISKE, YOU KNOW I BROKE NO LAWS.!!

MS FISKE, "DID YOU SHOW THE JUDGE ALL THE LETTERS I SENT YOU"??

MS FISKE, I HAVE COPIES OF EVERY LETTER, I SENT TO ALL THE AUTHORITIES FROM 1992--2004.!

MS FISKE, YOU MENTION THE LETTER AND I HAVE IT.!

MS FISKE, I CAN PROVE I DO NOT OWE EPA ANY MONEY.! I ALSO CAN PROVE THAT EPA, NOT ONLY OWES ME THE $150,000.00 YOU STOLE FROM ME. EPA, OWES ME FOR ALL THE DAMAGES THEY CAUSED TO MY PROPERTY AND VERY EXPENSIVE "ABCOR FILTRATION SYSTEM" THAT PURIFIES THE WASTE OILS. EPA, CAUSED DAMAGES IN EXCESS OF $400,000.00. I HAVE ALL THE INVOICES.!

I WENT INTO SERIOUS DEBT BECAUSE OF THE INCOMPETENCE OF (D.E.P. AND EPA ).!

I HAD TO PAY PROPERTY TAXES FROM 1996 THRU THE PRESENT AND WAS NOT ABLE TO USE MY PROPERTY.

I LOST OVER $100,000.00 PLUS I WAS NOT ABLE TO GET "INSURANCE COVERAGE".!

I LOST $120,000.00 YEARLY RENTS FROM MID 1996 THRU THE PRESENT AND COUNTING.!

THIS IS THE REWARD FOR BEING AN "HONEST LAW ABIDING CITIZEN".!OUR JUSTICE DEPT. "STINKS".!

YOURS TRULY,

*Ralph R. Bello*

RALPH ROCKY BELLO                              (4)