TO: THE HONORABLE JUDGE STEFAN UNDERHILL

FAX NUMBER: 203 579 5704

FILED
2004 NOV -8 A 11: 31
US DISTRICT COURT

INCLUDING THIS COVER SHEET TOTAL NUMBER OF PAGES ARE 1

FROM: RALPH R. BELLO

COMMENTS: JUDGE UNDERHILL:

I, RALPH R. BELLO, WITHDRAW MY REQUEST FOR A HEARING ON 11/18/04. AT THIS POINT I WILL TOTALLY DIVORCE MYSELF FROM ANY FURTHER DISPUTES REGARDING EPA/DEP. PLEASE DISAVOW MY PRIOR LETTERS. I DO THIS OF MY OWN FREE WILL AND CHOICE. ANY QUESTIONS I'M AT 203 932 4454. THANK YOU,

RALPH R. BELLO

*Ralph R. Bello* (signature)

Subscribed and sworn before me this 5 day of NOV 04
*Don Bello* (signature)
Notary Public
My Commission Expires: 8-31-05

CC: ADDIE FISKE