

CAF/BG
90-11-3-0733

**Boston Field Office**
*Environmental Enforcement Section*
*One Gateway Center, Suite 616*
*Newton, MA 02158*

U.S. Department of Justice

Environment and Natural Resources Division

*Telephone (617) 450-0444*
*Facsimile (617) 450-0448*

November 4, 2004

By Overnight Mail

The Honorable Stefan Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: United States v. Ralph Bello, et. al. (3:01cv1568(SRU))

Dear Judge Underhill,

I have received copies of the recent correspondence addressed to you from defendant Ralph Bello regarding the National Oil Superfund Site and the above captioned matter. See docket entries 99, 100 and 102.

I regret that Mr. Bello continues to bring issues before the court which I believe have been fully and fairly resolved. The accusations and characterizations set forth in Mr. Bello's letters are neither accurate nor fair. In addition, the United States has already provided Mr. Bello with a detailed explanation for every issue raised in his letter, on more than one occasion. See Exhibit C attached to the United States' Motion To Enter the Consent Decree with Mr. Bello, docket entry 92.

Please advise me if you would like any further written submissions from the United States prior to the hearing scheduled for November 18, 2004. The United States will be represented at the hearing.

Sincerely,

Catherine Adams Fiske

cc: Counsel of Record
    Ralph and Vera Bello