PHONE: (203)- 932-4454                                                                FAX: (203)- 937-8274

3:01CV1568

# FORUM

## Corruption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.



**BILL O'REILLY**

STEFAN R. UNDERHILL
U.S. DISTRICT COURT
915 LAFAYETTE BLVD.
BRIDGEPORT, CONN. 06604

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

NOVEMBER 4, 2004

DEAR JUDGE:

I HAVE ENCLOSED A COPY LETTER SENT TO ME BY CATHERINE ADAMS FISKE, U.S. JUSTICE DEPARTMENT. MS FISKE, MADE THE FOLLOWING STATEMENTS, I FIND APPALLING.! SHE SAID : THAT JUDGE UNDERHILL ENTERED THE DECREE. NOW THAT THE DECREE HAS BEEN ENTERED, THE UNITED STATES ( CANNOT ) RETURN THE $150,000.00 SETTLEMENT PAYMENT MADE TO RESOLVE (YOUR LIABILITY) TO THE UNITED STATES.! " I HAVE NO "LIABILITY"!! I NEVER HAD ANY LIABILITY.!!
MS FISKE, YOU MUST "PROVE" THAT I HAVE A "LIABILITY".! MS FISKE, YOU SAID, JUDGE UNDERHILL, ENTERED THE DECREE.! MS FISKE, I HAVE NOT RECEIVED A LETTER FROM JUDGE UNDERHILL, STATING THAT I AM LIABLE.!  I HAVE "CERTIFIED PROOF" THAT I ABIDED BY EVERY LETTER OF THE LAW.!
MS FISKE, YOU MUST PROVE THAT I BROKE THE LAW ??

IN YOUR LETTER OF SEPTEMBER 17, 2004, TO ME YOU MADE THE FOLLOWING STATEMENTS:

1.. JUDGE UNDERHILL, APPROVED AND ENTERED THE SETTLEMENT BETWEEN UNITED STATES AND YOURSELF ( THE CONSENT DECREE ).

2.. YOU SAID, JUDGE UNDERHILL WAS PROVIDED COPIES OF MY LETTERS INCLUDING THE LETTER REQUESTING THE RETURN OF MY $150,000.00 CHECK.!

3.. YOU SAID, THE LETTERS WERE CONSIDERED BY JUDGE UNDERHILL.!

4.. YOU SAID, AFTER JUDGE UNDERHILL, CONSIDERED ALL THE ISSUES, JUDGE UNDERHILL ENTERED THE DECREE.!

5.. YOU SAID, NOW THAT THE DECREE HAS BEEN ENTERED, THE UNITED STATES (CANNOT RETURN MY CHECK FOR $150,000.00) TO RESOLVE MY LIABILITY).! MS FISKE, I HAVE "NO" LIABILITY.! I NEVER HAD ANY "LIABILITY"! MS FISKE, YOU MUST "PROVE" THAT I HAVE A "LIABILITY".!!

6.. YOU SAID, THE UNITED STATES (CANNOT) RETURN MY ($150,000.00) PAYMENT, NOR CAN "EPA" SEND ME A LETTER REGARDING THEY "CLEANED MY PROPERTY" OF ALL HAZARDOUS WASTE OILS AND SLUDGE.

(1)

PHONE: (203)- 932-4454                                                FAX: (203)- 937-8274

# FORUM

## Corruption, inefficiency thrive at Justice

THERE is something very wrong inside the Justice Department, and there has been for some time.



**BILL O'REILLY**

THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!

7..THIS IS PROOF, THAT EPA, DID A "VERY POOR JOB" OF CLEANING THE HAZARDOUS WASTE OILS AND SLUDGE THAT MY TENANT LEFT ON MY PROPERTY.

8..YOU SAID, EPA, HAS NOT MADE ANY DETERMINATION, REGARDING THE EXTENT OF CONTAMINATION ON YOUR PROPERTY, IF ANY, BECAUSE EPA'S REMOVAL WAS SOLELY REGARDING THE ABOVE THE GROUND STORAGE TANKS AND CONTAINERS FOUND ON THE PROPERTY.!

EPA, HAS (NOT) CONDUCTED ANY TESTS REGARDING THE GROUND WATER AND SOIL AT THE SITE.!!

THIS LAST STATEMENT "PROVES" THAT EPA DOES A VERY POOR JOB.!! THEY ARE INCOMPETENT.!

MY CASE COULD HAVE AND SHOULD HAVE BEEN SETTLED IN (1992) WHEN MY TENANT RECEIVED HIS FIRST "VIOLATION NOTICE" FOR STORING AND PROCESSING HAZARDOUS WASTE OILS AND SLUDGE ONTO MY PROPERTY. HAD D.E.P. DIRECTOR, DAVID NASH, ACTED QUICKLY AND FORCEFULLY, MY TENANT COULD NEVER HAVE ACCUMULTATED OVER (500,000) GALLONS OF HAZARDOUS WASTE OILS AND SLUDGE. INSTEAD,D.E.P. CHOSE NOT TO DO ANYTHING TO MY TENANT.

D.E.P. AND U.S.E.P.A. ALLOWED THIS CASE TO GO ON FOR OVER (7 YEARS) WASTING TAX PAYER MONEY AND TIME.!  IT TOOK ME OVER (3) MONTHS TO FINALLY "EVICT" MY TENANT ON (12/31/97).!

IN RETROSPECT, HAD D.E.P. MADE MY TENANT EMPTY ALL THE TANKS OF OVER (500,000) GALLONS OF HAZARDOUS WASTE OILS AND SLUDGE, THERE WOULD HAVE BEEN NO REASON FOR ( U.S.E.P.A ) TO GET INVOLVED.! WE TAX PAYERS COULD HAVE SAVED OVER (12) YEARS OF WASTED TIME AND MONEY FROM 1992 THRU 2004, WHEN EPA, FINALLY DECIDED TO TAKE THE "LIEN" OFF MY PROPERTY.!

HOWEVER, U.S.E.P.A. STILL WILL NOT GIVE ME A LETTER STATING THAT MY PROPERTY IS FREE AND CLEAR OF HAZARDOUS WASTE OILS AND SLUDGE.! BECAUSE OF THIS STATEMENT BY U.S.E.P.A., I CAN NOT GET INSURANCE COVERAGE ON MY PROPERTY.!

OUR GOVERNMENT HAS A "DOUBLE STANDARD". ONE FOR THE "CORRUPT, DIS-HONEST, LAZY GOVERNMENT EMPLOYEES.! AND ONE FOR THE "HONEST, HARD WORKING, LAW ABIDING CITIZEN.!

PHONE: (203)-932-4454                                      FAX: (203)-937-8274

# Corruption, inefficiency thrive at Justice



BILL O'REILLY

"THERE IS SOMETHING VERY WRONG INSIDE THE JUSTICE DEPARTMENT AND THERE HAS BEEN FOR SOME TIME.!!"

OUR GOVERNMENT SHOULD HAVE MADE AN "EXAMPLE" OF THE LAZY, CORRUPT AND DIS-HONEST GOVERNMENT EMPLOYEES. INSTEAD, THEY CHOSE TO "COVER-UP" FOR THEM, GIVING OUR GOVERNMENT A BAD NAME.!

THIS IS A "GROSS INJUSTICE" PERPETRATED BY U.S.E.P.A., JUSTICE DEPARTMENT, NAMELY CATHERINE ADAMS FISKE, JUSTICE DEPARTMENT AND MANY OTHERS.!

OUR GOVERNMENT NEEDS TO SET AN EXAMPLE TO OUR FUTURE GENERATIONS THAT "HONESTY, TRUTHFULL-NESS IS THE ONLY AND BEST POLICY.!!

D.E.P. HAD THE OPTION TO MAKE MY TENANT EMPTY ALL THE TANKS OF HAZARDOUS WASTE OILS AND SLUDGE THEY BROUGHT TO MY PROPERTY.! HOWEVER, THEY DECIDED TO TAKE THE EASY WAY OUT.!

PUT THE BLAME ON THE "LANDLORD".!

MY TENANT ALLOWED HAZARDOUS WASTE OILS AND SLUDGE TO LEAK INTO LONG ISLAND SOUND. THE COAST GUARD MADE THE "LANDLORD" RESPONSIBLE FOR THEIR "ILLEGAL ACTIVITIES". THE COAST GUARD HAS BEEN TAKING ($159.75) FROM MY SOCIAL SECURITY CHECK FOR OVER (3) YEARS THUS FAR.!

I NEED TO REMIND EPA, THAT IT WAS MR. BELLO, WHO TOOK HIS TENANT TO COURT BEFORE (3) DIFFERENT JUDGES. JUDGE BERGER, JUDGE LEVIN AND JUDGE LEAVITT.! THEY ALL RULED IN MY FAVOR.!

IN CLOSING, PLEASE LET ME SAY: I AM READY TO PUT MY HAND ON THE "BIBLE" AND TELL THE TRUTH, THE WHOLE TRUTH AND NOTHING BUT THE TRUTH.!

IS CATHERINE ADAMS FISKE, PREPARED TO DO THE SAME?

ARE THE REST OF THOSE WHO PASSED JUDGEMENT ON ME, READY TO DO THE SAME.?

I WILL CLOSE FOR THE TIME BEING.!

SINCERELY,

*Ralph R. Bello*

RALPH R. BELLO

PS..I WILL BE SENDING A COPY OF THIS LETTER TO ALL I HAVE LISTED.!

# PEOPLE'S PHOTO ID SYSTEMS

840 Orange Avenue • West Haven, Connecticut 06516

Phone: (203) 932-4454 • Fax: (203) 937-8274

FAX 1-617-450-0448

CATHERINE ADAMS FISKE                                           SEPTEMBER 3, 2004

I LOCATED A LETTER THAT WAS SENT TO MY ATTORNEY QUITE SOME TIME AGO. YOU MADE THE FOLLOWING STATEMENTS:

1. TORRINGTON COMPANY BROUGHT OVER 4,000,000 GALLONS OF HAZARDOUS WASTE OILS ON MY PROPERTY.
2. EPA, KNOWS MR. BELLO "EVICTED" HIS TENANT.!
3. MR. BELLO, LOST OVER $600,000/MONTH RENT CLAIMS D.E.P. DID NOTHING.!
4. TENANT OWED $350,000.00 BACK RENTS.!
5. IF GOVERNMENT LET THE "GENERATORS" GO-OFF, CAN THE GOVERNMENT ALSO ALLOW THE LANDLORD GO, BY TAKING OFF THE "LIEN" ?
6. GOVERNMENT IS SHORT $500,000.00.
7. PERSUE "TORRINGTON COMPANY" TO GET REMAINING $500,000.00.
8. DAMAGE TO PROPERTY, TANKS AND "ABCOR FILTRATION SYSTEM".!

MY QUESTION TO YOU IS, "WHY DID YOU WANT A CHECK FROM ME WHEN I WAS THE ONLY ONE WHO ABIDED BY ALL THE "ENVIRONMENTAL LAWS".! AND YOU COLLECTED ALL YOUR MONEY.!!

YOU MUST "RETURN" MY CHECK FOR $150,000.00 PLUS INTEREST THAT I LOST.!

EPA, "UN-JUSTICE DEPT". MUST IMBURSE ME FOR ALL MY "RENTAL LOSSES".

I HAVE "PROOF" WITHOUT ANY REASONABLE DOUBT, THAT I ABIDED BY EVERY LETTER OF OUR LAWS.

MS FISKE, YOU CANNOT MAKE ME THE "GUILTY PARTY".! I HAVE TO MUCH PROOF.! I AM HONEST.!

HEATHER BRUSER AND SAM SILVERMAN BOTH SAID, AS EPA, RECOVERS COSTS FROM "VIOLATORS" THE AMOUNT OF YOUR "LIEN" ON YOUR PROPERTY WILL "DECREASE".!!

EPA, "UN-JUSTICE DEPT." RECEIVED MUCH MORE THAN THEIR COSTS.!! ENOUGH FOR NOW.!

SINCERELY,

RALPH "ROCKY" BELLO

*(Ralph Rocky Bello)*



U.S. Department of Justice

Environment and Natural Resources Division

---

*Boston Field Office*  
*Environmental Enforcement Section*  
*One Gateway Center, Suite 616*  
*Newton, MA 02158*

*Telephone (617) 450-0444*  
*Facsimile (617) 450-0448*

September 17, 2004

By Mail  
Mr. Ralph Bello  
840 Orange Avenue  
West Haven, CT 06516

    Re: <u>United States v. Bello</u>, D. Ct. (3:01 CV 1568 (SRU))

Dear Mr. Bello:

    Thank you for the letters you have sent to me regarding the National Oil Superfund Site, including the letters you have sent to me since the Federal District Court Judge assigned to this matter, Judge Underhill, approved and entered the settlement between the United States and yourself (the "Consent Decree").

    In connection with the United States' Motion to Enter the Consent Decree, Judge Underhill was provided with copies of numerous letters you sent to me over the years, including letters requesting the return of your $150,000 settlement payment. These letters were considered by Judge Underhill in deciding whether to enter and approve the Consent Decree. After considering all the issues, including as set forth in your letters, Judge Underhill entered the Decree. Now that the Decree has been entered, the United States cannot return the $150,000 settlement payment made to resolve your liability to the United States in connection with this matter. Under the terms of the Decree, the United States' claims as set forth in the complaint are resolved against you. EPA's lien on your property has been removed.

    The United States cannot return the $150,000 payment, nor can EPA send you a letter offering an opinion on whether the groundwater and soil at the Site is clean. EPA has not made any determinations regarding the extent of contamination on your property, if any, because EPA's removal was solely regarding the above ground storage tanks and containers found on the property. EPA has not conducted any tests or sampling regarding the groundwater and soil at the Site.

*[Handwritten annotations:]* Never had Liability! — I have (NO) Liability!  
I obeyed all the Laws!

PS: I SENT COPY OF THIS LETTER TO JUDGE UNDERHILL.

## I WILL BE MAILING A COPY OF THIS LETTER TO THE FOLLOWING

VICE PRESIDENT, DICK CHENEY
950 PENNSYLVANIA AVE.
WASHINGTON, D.C. 20530-0001

JOHN ASHCROFT, ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE.
WASHINGTON, D.C. 20530-0001

JOHN C. CRUDEN, ACTING ASS'T GENERAL
ENVIRONMENTAL SECTION
U.S. JUSTICE DEPT. P.O. BOX 7611
WASHINGTON, D.C. 20044-7611

CATHERINE R. McCABE, DEPUTY CHIEF
ENVIRONMENTAL SECTION
P.O. BOX 7611
WASHINGTON, D.C. 20044-7611

LAWRENCE PUCKETT, U.S. JUSTICE DEPARTMENT
ENVIRONMENTAL SECTION
P.O. BOX 7611
WASHINGTON, D.C. 20044-7611

ANNA-MARIE KILMADE GATONS
OFFICE OF THE EXECUTIVE SECRETARIAT
U.S. JUSTICE DEPARTMENT, ROOM 4400
950 PENNSYLVANIA AVE. N.W.
WASHINGTON, D.C. 20530-0001

MIKE LEAVITT, DIRECTOR
U.S.E.P.A., ADMINISTRATOR
1200 PENNSYLVANIA AVE. N.W.
WASHINGTON, D.C. 20460

PAT ROBB
ASSOCIATED PRESS
10 COLUMBUS BOULEVARD, 9TH FLOOR
HARTFORD, CONN. 06106

EVE STOLOV VAUDO, SENIOR ENVIRONMENTAL COUNCIL
U.S.E.P.A., REGION ONE
ONE CONGRESS STREET
BOSTON, MASS. 02114-2023

HEATHER BRUSER, U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL ENFORCEMENT SECTION
BEN FRANKLIN STATION, P.O. BOX 7611
WASHINGTON, D.C. 20044-7611

SAMUEL SILVERMAN, ACTING DIRECTOR
OFFICE OF ENVIRONMENTAL STEWARDSHIP
U.S.E.P.A., REGION ONE
1 CONGRESS STREET, SUITE 1100
BOSTON, MASS. 02114-2023

JOHN DANAHER, III, U.S. ATTORNEY
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CONN. 06510

RICHARD BLUMENTHAL, ATTORNEY GENERAL
55 ELM STREET
P.O. BOX 120
HARTFORD, CONN. 06141-0120

JOHN B. HUGHES, ASS'T U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONN. 06510

CATHERINE ADAMS FISKE "ADDIE"
U.S. DEPARTMENT OF JUSTICE
1 GATEWAY CENTER, SUITE 616
NEWTON CENTER, MASS. 02458

HENRY FRIEDMAN, ESQ.
U.S. DEPARTMENT OF JUSTICE
BEN FRANKLIN STATION, P.O. BOX 7611
WASHINGTON, D.C. 20044-7611

MR. BILL O'REILLY
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036