IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL NO. 3:01 CV 1568 (SRU) |
| RALPH BELLO, et. al., | ) |
| Defendants, | ) |
| v. | ) |
| DETROIT STEEL CORPORATION, et. al., | ) |
| Third-Party Defendants. | ) |

FILED
2004 NOV 15 P 2: 27

## ORDER FOR THE ENTRY OF CONSENT DECREE
## WITH RESPECT TO CERTAIN THIRD PARTY DEFENDANTS

This matter comes before this Court on Plaintiff's, the United States', Motion to Enter Consent Decree with Respect to Certain Third Party Defendants. The Consent Decree is between the United States and certain third party defendants including, Armstrong Rubber, Carpenter Technology, and Pratt & Whitney (collectively "Settling Defendants").

This Court, having considered the supporting papers and being sufficiently advised,

IT IS THIS _15th_ day of _November_, 2004,

ORDERED that the United States' Motion to Enter Consent Decree with Respect to Certain Third Party Defendants is Granted.

IT IS FURTHER ORDERED that the Consent Decree shall be entered as a final judgment in Civil Action No. 3:01CV1568, pursuant to Fed. R. Civ. P. 58.

UNITED STATES DISTRICT ~~COURT~~ JUDGE