OCT 22 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 NOV 15 P 2: 26

U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RALPH BELLO; VERA BELLO; VERA )<br>ASSOCIATES LIMITED PARTNERSHIP; )<br>REAL PROPERTY ADDRESSED AT )<br>16-20 ELM STREET, WEST HAVEN, )<br>CONNECTICUT; and THE )<br>TORRINGTON COMPANY, )<br>)<br>Defendants, )<br>)<br>v. )<br>)<br>DETROIT STEEL CORPORATION; )<br>et. al., )<br>)<br>Third-Party Defendants. ) | CIVIL NO. 3:01 CV 1568 (SRU) |

ORDER GRANTING UNITED STATES' MOTION TO
WITHDRAW MONIES HELD IN COURT REGISTRY ACCOUNT

The above-entitled cause having come before the Court upon the Motion of the United States to Withdraw Monies Held in Court Registry Account pursuant to Fed. R. Civ. P. 67 and L.Civ.R. 67, and the Court having considered the Motion,

NOW, THEREFORE, it is on this _15th_ day of _November_, 20_04_;

ORDERED that the Motion to Withdraw Sum of Money held in the court registry account shall be, and is hereby, granted; it is

FURTHER ORDERED that such sum, to wit; One hundred fifty thousand dollars ($150,000), plus any interest that has accrued thereon, be withdrawn, by the Clerk as soon as the business of his or her office allows; it is

FURTHER ORDERED that sum of money so withdrawn, shall be paid, by the Clerk as soon as the business of his or her office allows to the United States Environmental Protection

Agency Hazardous Substance Superfund by wire-transfer according to the attached instructions; it is

      FURTHER ORDERED that the Custodian shall not deduct a miscellaneous schedule fee for the handling of registry funds, as authorized by the Judicial Conference of the United States and Standing Order of this court dated June 30, 1989, as amended November 30, 1990, because the funds are to be received by the United States. 56 Fed. Reg. 56356-01 (November 4, 1991).

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE