FILED

2005 MAY -3 A 9: 40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RALPH BELLO, et. al., ) <br> ) <br> Defendants, ) <br> ) <br> v. ) <br> ) <br> DETROIT STEEL CORPORATION, et. al., ) <br> ) <br> Third-Party Defendants. ) | CIVIL NO. 3:01 CV 1568 (SRU) |

### UNITED STATES'
### MOTION TO ENTER CONSENT DECREE

Plaintiff, the United States of America, respectfully moves the Court to approve, sign, and enter as a final judgment the Consent Decree with The Torrington Company ("Torrington") which was lodged with the Court on February 9, 2005 ("Consent Decree" or "Decree"). The Decree resolves the Plaintiff's claims against Torrington and requires Torrington to reimburse $350,000 in removal costs incurred by the United States Environmental Protection Agency ("EPA") at the National Oil Services Superfund Site.

On February 17, 2005, the United States published notice of the proposed Decree in the Federal Register and initiated a 30-day public comment period. 70 Fed. Reg. 8110 (Feb. 17,

2005). The comment period has concluded, and the United States has only received comments from defendant Mr. Ralph Bello on the proposed Decree.[1]

Mr. Bello's letters complain that the government is not receiving enough money from Torrington, without recognizing that the government faced certain litigation risks with respect to Torrington, and that Mr. Bello, as the land owner, benefitted from the government's clean up of his property. The accompanying Memorandum and EPA's Response to Comment On Proposed Consent Decree with Torrington ("EPA's Response" or "Response")[2] address the points asserted in Mr. Bello's letters and demonstrate that the Court should approve the Decree. For the reasons set forth in the Memorandum, the Decree is fair, reasonable, and consistent with the goals of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §§ 9601 *et seq.*

---

[1] Mr. Bello's letters are attached to the Memorandum in Support of this Motion as Exhibit 1.

[2] EPA's Response to Mr. Bello's letters is attached to the Memorandum in Support of this Motion as Exhibit 3.

Wherefore, the United States respectfully requests that the Court sign and enter the Decree and sign the attached proposed Order approving and entering the Decree as a final judgment pursuant to Federal Rule of Civil Procedure 58.

Respectfully Submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division


_____/s/ C. A. Fiske_____
CATHERINE ADAMS FISKE
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
One Gateway Center -- Suite 616
Newton, MA 02458
(617) 450-0444 (phone)
(617) 450-0448 (fax)



KEVIN J. O'CONNOR
United States Attorney
District of Connecticut

JOHN B. HUGHES
Assistant United States Attorney
U.S. Attorney's Office
District of Connecticut
Connecticut Financial Center
157 Church Street
New Haven, Connecticut 06510

OF COUNSEL:

STEVEN SCHLANG
Senior Enforcement Counsel
U.S. Environmental Protection Agency
Region I
One Congress Street, Suite 1100
Boston, MA 02114-2023

## Certificate of Service

I hereby certify that the foregoing document was served this 2nd day of May, 2005 by first class mail upon counsel of record in this matter and upon Ralph and Vera Bello.

/s/ C. A. Fiske
Catherine Adams Fiske