IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 JUN -3 P 3: 07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 3:01 CV 1568 (SRU) |
| RALPH BELLO, et. al., | ) ) ) |
| Defendants, | ) ) |
| v. | ) ) |
| DETROIT STEEL CORPORATION, et. al., | ) ) |
| Third-Party Defendants. | ) |

### ORDER FOR THE ENTRY OF THE TORRINGTON CONSENT DECREE

This matter comes before this Court on plaintiff's, the United States', Motion to Enter the Consent Decree. The Consent Decree is between the United States and The Torrington Company ("The Torrington Consent Decree").

This Court, having considered the supporting papers and being sufficiently advised,

IT IS THIS __3rd__ day of __June__, 2005,

ORDERED that the United States' Motion to Enter the Consent Decree is Granted.

IT IS FURTHER ORDERED that the Torrington Consent Decree shall be entered as a final judgment in Civil Action No. 3:01 CV 1568, pursuant to Fed. R. Civ. P. 58.

UNITED STATES DISTRICT COURT